JUDGE ROBINSON

Steven S. Rand
Tracee E. Davis
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, New York 10022
(212) 223-0400

## 08 CV 00546

Attorneys for Defendants
  Countrywide Home Loans, Inc., Angelo R. Mozilo,
  and Jill Wosnak

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DOUGLAS D. DE MASI SR.,

                                        Plaintiff,

                 - against -

COUNTRYWIDE HOME LOANS, INC.,
ANGELO R. MOZILO, AND JILL WOSNAK,

                                        Defendants.

---

Case No.:

**RECEIVED JAN 22 2008 U.S.D.C. S.D.N.Y. CASHIERS**

**NOTICE OF REMOVAL**

TO:    Clerk, United States District Court
       for the Southern District of New York.

            Pursuant to 28 U.S.C. § 1441, Defendant Countrywide Home Loans, Inc.

("CHL") hereby removes to this Court an action styled <u>Countrywide Home Loans, Inc.,</u>

<u>Angelo R. Mozilo, and Jill Wosnak</u>, Index No. 2007-8681, nominally pending in the

Supreme Court of the State of New York, County of Dutchess (the "State Court

Action").

In support of this removal, CHL avers:

1.      Plaintiff served CHL with the Summons and Complaint in the State Court Action on December 31, 2007, by personal service on the New York Secretary of State pursuant to BCL 306.

2.      In accordance with 28 U.S.C. § 1446(a), the Summons and Complaint are annexed as Exhibit A.  To date, the Summons and Complaint are all of the process and pleadings filed in the State Court Action.

3.      The issues raised by Plaintiff's complaint have not been joined in the State Court Action and the date on or before which CHL is required to answer or move under the New York Civil Practice Law and Rules with respect to plaintiff's complaint has not lapsed.

4.      Removal is proper pursuant to 28 U.S.C. §§ 1441(b) and 1331 in that this Court has original jurisdiction over this civil action.

5.      This Court has original jurisdiction over the State Court Action, pursuant to 28 U.S.C. § 1331, because Plaintiff, who is acting pro se, asserts what appear to be claims under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, et seq., and the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681, et seq.

6.      Without specifically identifying either statute by name, Plaintiff's summons and complaint asserts that CHL harassed Plaintiff in its efforts to collect on

Plaintiff's mortgage loan, and in servicing the loan, CHL allegedly deliberately withheld mortgage payments in order to make Plaintiff's payments appear late, reported the late payments to the credit reporting companies and, in doing so, destroyed Plaintiff's credit rating. These allegations fall squarely within the precepts of FDCPA and the FCRA, and as such, subject the State Court Action to this Court's original jurisdiction.

7.    Individual Defendants Angelo R. Mozilo and Jill Wosnak have not been validly served in the State Court Action, and thus, have not been made a party to the State Court Action. However, without waiving any defenses to jurisdiction of this Court or any other court, they each consent to the filing of this application for removal.

8.    This Notice of Removal is filed in the United States District Court for the Southern District of New York within thirty (30) days of receipt "of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based..." 28 U.S.C. § 1446(b).

9.    A copy of this Notice of Removal is being filed with the Supreme Court of the State of New York, County of Dutchess, as required by 28 U.S.C. § 1446(d).

10.     Pursuant to the foregoing, CHL files this Notice of Removal, thereby removing the pending State Court Action to the United States District Court for the Southern District of New York.

WHEREFORE, CHL respectfully requests that this action be removed from the Supreme Court of the State of New York, County of Dutchess, to this Court, that this Court accept jurisdiction of this action, and that this action be placed on the docket of this Court for further proceedings, as though this action had been originally instituted in this Court.

Dated:   New York, New York
         January 22, 2008

ZEICHNER ELLMAN & KRAUSE LLP

By: _____
     Steven S. Rand
     Tracee E. Davis
     Attorneys for Defendants
       Countrywide Home Loans, Inc.,
       Angelo R. Mozilo, and Jill Wosnak
     575 Lexington Avenue
     New York, New York 10022
     (212) 223-0400

TO:   Douglas D. De Masi, Sr.
      1214 Beeman Road
      Hopewell Jct., New York  12533

Exhibit A

COVER SHEET

PLAINTIFF

Douglas D. De Masi Sr.                          December 21, 2007
1214 Beeman Road
Hopewell Jct. New 12533
Phone # 845 27 5387
Fax   # 845 227 7312

-AGAINST-

Country Wide Home Loans,
Mr. Angelo R. Mozilo; Chairman, Ceo and
Ms. Jill Wosnak; Assistant Vice President
Country Wide Home Loans
400 Countrywide Way, MS SV-314
Simi Valley, 93065

DEFENDANTS

2007 DEC 21 PM 12: 41
DUTCHESS COUNTY
CLERK'S OFFICE
RECEIVED

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF DUTCHESS

Date December 21, 2007

Douglas D. De Masi Sr.

Index No. 2007-8681
Filed Date 12-21-2007

                              Plaintiff,

SUMMONS

-Against-

Plaintiff designates
Dutchess County as
The place of trial since
They have office(s) in
Dutchess County NY.

Country Wide Home Loans, Mr. Angelo R. Mozilo; Chairman, Ceo Officer and
Ms. Jill Wosnak, Assistant Vice President.

                    Defendants

DUTCHESS COUNTY
CLERK'S OFFICE
RECEIVED
2007 DEC 21 PM 12: 41

TO THE ABOVE NAMED DEFENDANTS

    YOU ARE HEREBY SUMMONED to answer the complaint in this action and to
serve a copy of your answer or, if the Complaint is not served with this summons, to
serve a Notice of appearance on the attorneys for the plaintiff with in twenty (20) days
after service of this Summons, exclusive of the day of service; or within the thirty (30)
days after service is complete if this summons is not personally delivered to you within
the State of New York; or within sixty (60) days if is the United States Of America. In
case of your failure to appear or answer, judgment will be taken against you by default
for the relief demanded in the Complaint.

                NOTICE OF NATURE OF ACTION AND RELIEF SOUGHT

The object of the above caption action is to get a (judgment against Country Wide Home
Loans and any and all of their subsidiary companies but not limited to, along with any
and all assets along with Mr. Angelo R. Mozilo; Chairman and Ceo officer of Country
Wide Home Loans and any and all of his personnel assets and Ms. Jill Wosnak-Assistant
Vice President for Country Wide Home Loans and any and all of her personnel assets.
For the sum of relief that I'm asking for is (Two Hundred Million Dollars)
$200.000.000.00. Dollars which will include the $733.000.00. Of lost wages and profits
during the time that Country Wide Home Loans Company and their officers,

    (KNOWENLY AND DELIBERTLY SET OUT TO DESTROY OUR FAMILY BY
DELIBERATELY NOT CASHING OUR MORTAGE CHECKS AND HOLD THEM,
KNOWENLY AND DELIBERTLY MAKING OUR MORTGAGE PAYMENTS LATE

AND AT THE SAME TIME DESTROYING OUR CREDIT RATING BY MAKING US LATE AND REPORTING US LATE, COSTING THREE YEARS OF THE MOST HORIBLE AND STRESS FULL TIME OUT OF OUR LIVES THAT CAN NEVER BE GIVEN BACK TO US, AND HUNDREDS OF THOUSAND OF DOLLARS IN EXTRA FEES, LATE FEES, INTREST COST THAT WE WERE FORCED TO PAY AND WILL HAVE TO CONTINUE TO PAY.)

Last known mailing address for Country Wide Home Loans and their officers as follows.

Country Wide Home Loans
400 Countrywide Way, MS SV-314
Simi Valley, CA. 93065

Country Wide Home Loans
11 Merrit Boulevard
Suite 102
Fishkill, NY 12524

------------------------------------------------------------

### BACKGROUND OF FACTS

1) Patty and I took out a mortgage in the year of 2000, with Option One Mortgage Company. The M-T Bank was the mortgage broker. We knew the rate was going to be high as we just got out a very long legal battle that forced us in to bankruptcy that lasted about eleven years. We did this so we could build up our credit rating with mortgage payments always being paid on time. We paid all of our mortgage payment using the United States Postal Service, Certified Mail Return Requested. And all of our mortgage checks coincide with all the Certified Mail Recites, clearly proving that we were never late on any mortgage payments.

2) Later on we refinance our home with Freemont Lending Company at a lower interest rate And we paid our mortgage payment always in the same way. Using the United States Postal Service, Certified Mail Return Recite Requested. And as before with Option One Mortgage Company, all of our mortgage payment were on time all the time.

3)  We knew that we had a (four and a half year fix rate time period) And we also

Knew that our credit rating was going up and up. So before the four and a half

Year time period had gone past, we could have very easily refinance at a much

Lower rate so we could have gotten more money out of our home and bought the

Neighbors land and subdivide it and sold off two lots with new homes  and

rebuilt the old house that was in great need of repair or some other property.

4)  Buy doing this we could have paid off our mortgage, built a new home for our

Selves and have our saving built up again.

5)  But that would not happen; Country Wide Home Loans bought our mortgage

From Freemont Lending Company. So now our mortgage payments were now

Going to be paid to Country Wide Home Loans. So we paid them in the exact

Same way that we paid Option One Company and Freemont Lending Company.

Using the United State Postal Service, Certified Mail Return Recite Requested.

And we were never late in any payments as clearly shown and proved with all the

return recites and cancelled checks that all ways coincide with each other.

6)Country Wide Home Loans Subsidiary Company Full Spectrum Lending, had

Called on many accessions, and told us that they could Refinance our mortgage

rate a lot lower then 10.50% that we are now paying. So after they mailed us the

paper work we noticed that the closing cost were just About $16,000.00. For no

more then flipping the same mortgage that was about $129,000.00. Please

remember that our closing cost were just about $4,000.00.  For about the same

amount of money .Our mortgage payment would have gone from $1,205.51. to

$1,205.00. that's a saving of .51 cents per month for the next 30 years, and our

mortgage balance would have gone from about $129.000.00. to $150.000.00. (what a deal.)

7) After the many times that they have called us, in to trying to force us in to

    A new mortgage with them, and the countless times they have said

    repeatedly (just trust us because we know what's good for you,) I finely

    told them to stop calling us and just leave us along, and if you don't I'm going

    to call the New York State Trooper and file a formal complaint against you,

    Full Spectrum Lending and Country Wide Home Loans.

8) I was then told,(WERE GOING TO DESTROY YOU AND YOUR FAMILY).

    And that just what they did for over three year of hell, the constant phone calls

    and the amount of stress they put us through, being beat up constantly.

9) We then started to notice that our mortgage payment were (being posted late)

    even though we mailed them on time all the time, still using the United States

    Postal Service, Certified Mail Returned Recite Requested, as we always used

    before with Option One Company and Freemont Lending Company and never

    being late. And these recites clearly showed that Country Wide Home Loans did

    In fact receive and sign for our mortgage payments before the payments

    were Due clearly proving 100% that all of our mortgages payments were always

    paid on  time all The time.

10) As time went on, we then started to get late notices, with late fees. And even

    when I would call up at Country Wide Home Loans, I was told don't worry,

    and they will correct our account, but that never happen at all.

11) Then we started to get phone calls , and most of them were just a few minutes

Before 9 PM, why just before 9 PM? And the phone calls always ended up

long after 9PM for a good ten to twenty minutes if not longer just check their

phone bills

12) As time went on, we continued to get more and more late payment in the mail,

With even more late fees and other kind of fees.

13) And we received a letter in the mail stating that we are lapse in our home

Owners Insurance, and that they were adding on that now, and there home

owners insurance Policy was more then twice the amount that we were

paying and it didn't protect us At All, only Country Wide Home Loans.

14) So we proved that they were wrong with a letter form our insurance company

clearly telling them that we were not lapse on our home insurance.

15) As time goes on we are finding out they have reported us late with all three

credit reporting agencies, so now our credit rating is going south real fast.

16) At this point they have now completely destroyed our credit rating, were there is

no way now that we would be able to refinance our home at a lower rate with

an In crease amount so we could buy that other property and subdivide it and

build two new homes on it and rebuild the old home that is in need of repair or

some other property we had many options.

17) At one point during their constantly beating us up, some one called up at night

and told Patty that Country Wide Home Loans has notified the New York State

Troopers to have Doug arrested and our family thrown out in to the streets.

when I got home she Was so up set and crying her eyes all the time and looking

out the Front window The entire night, even that I told her that Country

Wide Home loans was Wrong, she finely fell a sleep as she continued crying.

18) And as time continues to go on, and County Wide Home Loans still continues to beat us up constilely, and have their home inspectors out at our home at any given time and day or night and never calling before they come over just to make sure our home is still there and that's even another charge that we have to Pay for.

19) At about four and a half years in to our mortgage and the time when I knew the Rate change was going to take place, I was told by Country Wide Home loans to Continue to make the regular mortgage payment of $1,205.51. Because they Knew the late fees that we were charged and not credit for were going to off set The Increase in mortgage payment. And just ignore any late payments sent by Mail Because it's automatically computer generated. So that's just what I did, is to continue to make the regular mortgage payment of $1,205.51.

20) Then in around July 2006, I received a phone call from Country Wide Home Loans, and I was told that I was one month behind in our mortgage payment, I knew they were wrong but I was told if I didn't send it in right a way, they would start to fore close on us right a way and that would be even more extra fees that we would have to pay for. So I did just that and send in the $1,205.51. # 2764 dated August 06, 2006 right a way. But then they mailed that extra payment back to me why??????? And theirs a bank stamp on the back of the check.

21) So I called up and ask them why they mailed back the payment of $1,205.51. I Was told that was the wrong amount, and that I owed (four regular payments) so

Again I knew that I was right, and I didn't owe four regular payments, but I was again threaten if I don't send it in right away that they would start to fore closes on us right a way. So now I mailed in Four regular payments for a total of $4,822.04. # 2773 dated August 25, 2006. But again they mailed back this Check, but why???????????? And again theirs a bank stamp on the back of our check.

22) So I again call up Country Wide Home Loans, and they now tell me now that I have to Call up their attorney, Ms. Linda Manfred. She is with the law office of Eschen, Frenkel and Weisman, LLP. So I Left my name and phone number for her to call me. But she doesn't returned the Phone call, so I called again and she still didn't return my phone call.

23) Later on, in August 2006, we receive a letter from Ms. Linda Manfred, and it's a demand letter for all theses extra fees and amounts that I don't Understand or agree with. And the letter says that I'm to respond with in (30 days) If I don't agree with it. So I respond with in a few days of her letter on why we don't agree with her amounts and fees.

24) But then Patty finds in our new paper box, fore closure papers on September 3, 2006 at about 8;30 AM that were filed on August 15, 2006 four days after Ms. Manfredi mailed out her first letter. So this clearly tells me or any one else that Country Wide Home Loans And Ms. Linda Manfred only plans were to start to fore close on us and this. Would be their (golden nugget or wind fall) of making hundreds of thousands of Dollars for doing no more then destroying our family, our lives and credit rating. As we are trying to defend our selves in

court against this abusive , crooked and lying lawyer , Ms. Linda Manfriedi
and Country Wide Home Loans. We are so trying to prove to all three Credit
Reporting Agency's, New York State Supreme Court, New York State
Banking Commission and The M-T Bank that Country Wide Home Loans are
100% wrong.

25) The first excuse that Country Wide Home Loans used why that we are late is
that our Bank, the M-T Bank would take weeks to clear our mortgage checks.
So I went in to our Bank and I spoke with Ms. Susan Trax the bank Assistant
Manager, and I explained what the problem was. She said right from the start
that it doesn't take weeks for our checks to clear. So she thoroughly
research our account and that she found that once Country Wide Home Loans
did deposit our mortgage check, that it only takes (one or two days to clear).

26) The second excuse that Country Wide Home Loans would use is that the mail
was slow, and that I should have mailed our mortgage payment sooner. But I
told them that since the year 2000, we have (always mailed our mortgage
payment the same way and only way. We would use the United State Postal
Service, Certified Mail Return Recite Requested. This always proves 100%
when we mailed out our mortgage payment and when you received our
mortgage payment, it's just that simple. So this way all of our mortgage checks
and Certified Mailing Recites all ways coincide with each other. And we have
never had any trouble with Option One Lending or Freemont Lending Company
ever, just look at the credit reports. And that again we had to prove that all of
our mortgage checks were mailed out on time and all the time, and they
received our mortgage checks way before the due date that has been clearly
proven by the official time and date stamps from the United States Postal
Service.

27) The their third excuse was, that I must be in bed with the post office clerks or
paying them off, because (No one sends all their mortgage checks in by the
United States Postal Service, Certified Mail Returned Recite Requested, No

one.) And my response was that all of your plans to destroy us , hurt us and near bankrupt us,  never included any one (like Patty and I) that would have a clear paper trail from the United States Postal Service with official time and date stamped on all of our mortgage payments mailing recites and that you figured wrong and you (hurt the wrong family, my family) and I don't for get all the sadness, hurt and sleepless nights  that you have caused my kids ,Patty and I. and I don't for give.

28)  In the mean time, I'm sending any and all material that Mr. John De Anda wants to see, He works for the office of the president, and he was confused about what's going on, so he put a hold on the fore closure for a while. He asks me for very specific checks and the certified mailing recites to to prove what I've been saying all along. He even ask me when I mailed out the information ,and I told him the tracking # for the certified mail that is going to him, he then checks on what I said and he can clearly sees that its enroot.

29) Mr. John De Anda calls me up and said every thing that he ask for checks out, but its not up to him on what going to happen.

30) So they start up the fore closure again, and as I'm answering their questions to the court.

31) I'm also talking to all three credit reporting agency's. Their telling me they need the same information that I have mailed to Country Wide Home Loans ,New York State Banking Commission ,New York State Supreme Court and the M-T Bank So they to can do their own investigating.

32) As I'm giving every thing to the reporting credit agency's that they need to make their own decision.  Country Wide Home Loans is disputing it all, and saying that they are right and that Patty and I are wrong.

33) I'm also in contact with the New York State Banking Commission. And once again Country Wide Home Loans is clearly stating that all of their spread sheets clearly prove that in fact they are right and we are wrong. But they have (complete control) over every thing that goes in and out of their own computers. And Patty and I are still using ( the same proof and information) that we have all ways used before, and we have (no control) over the M-T Bank clearing

house, New York State Banking Commission, the United States Postal Service, All Three Credit Reporting agency's, and the New York State Supreme Court.

34) But we have always stated from the start, Country Wide Home Loans have (complete control over every thing that goes in to their computers and goes out of their computers). They can program the computer to print out any thing they want it to say, their in complete control.

35) But on the other hand, (all of our proof that we have, all ways paid on time), comes from company's that (we don't have any control with at all). The M-T Bank clearing system, New York State Banking Commission, The United States Postal Service, Certified Mailing Recites, All three reporting Credit Agency's and the New York State Supreme Court, Its just that simple.

36) And after a while, all three credits reporting agencies changed our credit report from being on the bottom to now being on top.

37) Further more, when I told the United State Post Master for Poughquag New York, Mr. Dave Edmonds what Country Wide Home Loans accused them of doing, he was out raged to say the least. He told me to have them call him up at once or to file a formal complaint at the Washington DC main office. As of to days date, no one from Country Wide Home Loan has filed any complaint.

38) Later on, the New York State Supreme Court clerk told me that Patty and I have won the fore closure lawsuit that Country Wide Home Loans had filed against us.

39) Just a few weeks ago, I was talking with Mr. Steve Kirchenbager and Mr. Gene Brooks of the New York State Banking Commission. And they clearly stated that all of their research clearly shows that all of our mortgage payment were made on time. But when the four and a half year kicked in, and that our mortgage payment was going to increase by a few dollars, I kept on paying the regular amount of $1,205.51. And they said that could make us late even that Country Wide Home Loans never mailed back any of theses payments from around November of 2005 to around September of 2006 when Country wide started to fore closure on us. I told them that I was well a were of the few dollars

being short when the new interest rate was to kicked in, and that because Country Wide Home Loans told me just to make the regular mortgage payment of $1,205.05. Because they never gave us credit for all the late fees that was added on to our mortgage balance and that both the late fee and the regular mortgage payment will be and even wash. And that if I get any more late payment fees notices from Country Wide Home Loans, just ignore them because it comes automatically from their computer. Further more if you take from November 2005 to about September 2006 at the very most I would have owed just about $200.00. in late fees. But according to Country Wide Home Loans, (they owed us in the late fees that we never received credit for).

40) I have been ask how much money that we have lost so far, and the figures are $733,000.00. Because of the lost of our credit rating and the lost of the work profit and wages from the other property, and the other improvements from our land that has been clearly documented and explained to Country Wide Home Loans.

41) I have also been ask how do I come up with the total amount including damages to my kids, my wife and I, the pure hell that they put us though for abut three years now, and the figure that I would have would be $200,000,000.00. And when I prevail. I shall give 90% of it away to the families that for some reason or another got hurt from Country Wide Home Loans or another dishonest banks. And the remainder we will share among Patty's family members and her church and my family members and my church.

42) These people and this company, knowingly and deliberately hurt my kids, my wife and I ,for about three very, very, very long years and all along they would simple laugh about it all the time as they them selves are getting enrich all the time. As they continue to beat us up, one of their most used statements are, we have over 50,000 people working here, and thousands of attorneys that do what ever we tell them to do. And there is no way you will win and they continue to laugh even lauder.

43) I wonder how many millions of their customers or other families that they have hurt and destroyed. And how many would lose their families, homes and lives???????

## EXHIBITS

a. Copy of Full Spectrum Lending letter dated June 24, 2003.

b. Copy of letter dated June 30, 2004 from Country Wide Home Loans saying that were lapse on our home owners insurance policy, and our insurance company's letter dated August 4, 2004 saying were not.

c. Copy of Eschen, Frenkel and Weisman, LLP Ms. Linda P. Manfredi attorney at law letter dated August 11, 2006. that if we don't agree then reply with in (30) days .

d. My letter dated August 18, 2006, and mailed Certified Mail Return Recite Requested # 7005 0390 0005 4112 6744 and dated August 21, 2006 in response to Ms. Manfredi dated August 11, 2006. saying were not late.

e. My letter dated September 15, 2006 and mailed Certified Mail Return Recite Requested # 7005 0390 0005 4113 5630 and dated November 11, 2006,to Ms. Manfredi about the fore closures paper that were left in our new paper box on September 3, 2006 at about 8:30 AM that Patty found.

f. Copy of M-T bank letter dated December 20, 2006 to Country Wide Home Loans clearly stating that once Country Wide Home Loans deposits our mortgage check it only takes one or two days to clear, there is also copy's of our checks and banking statements.

g. Copy's of Certified mailing recites and cancelled checks front and back with the clearing house stamps showing the dates and time that each check was deposited and cashed. And also showing that they coincide with each other.  That Country Wide Home Loans required. I all so mailed or hand delivered the same copy's to all three credit reporting

agency's, New York State Banking Commission and the New York
Supreme Court and the M-T Bank.

h. Copy's of our credit report after we proved 100% to all three credit
   reporting agency's that we were never late, clearly showing that our
   credit rating has gone from the bottom of the barrel because of Country
   Wide Home Loans reporting us late. To now being on top of the barrel
   because we did in fact prove to all three reporting agency's that we
   always paid our mortgage payments on time all the time.

i. Copy of the New York Supreme Courts decision dated August 22, 2007.

j. Copy of my November 5, letter that I mailed out .

k. Copy of Country Wide Home Loans letter dated November 28, 2007
   from Ms. Kacie Miller in response to my November 5, 2007 letter that I
   mailed out. Their still stating that Patty and I along with all three credit
   reporting agency's, M-T Bank , New York Supreme Court and the
   United States Postal Service is wrong and their the only ones that are
   right, (go figure).

l. Copy of my letter dated December 11, 2007 in response to Ms. Miller
   letter dated November 28, 2007.

m. Please look at the tabs of Certified Mail Recites and the cancelled
   checks front and back with the clearing house stamps of the date and
   time that all of our checks were cashed clearly shows that Country Wide
   Home Loans did in fact hold on to our mortgage payments for weeks,
   months and longer. And also the Certified Mailing Recites with the last
   two checks that they told me to mail out because I was short in what
   (they said I owed). And I knew we didn't owe any extra.

I swear to the best of my knowledge that every thing that I have said is to be true
and honest.

Thank You

*Dngl D De masr*
Douglas D. De Masi Sr.


My home address for the past thirty years is as followed, along with my phone and
fax number.

Douglas D. De Masi Sr.

1214 Beekman Road

Hopewell Jct. NY 12533

Phone # 845 227 5387

Fax    # 845 227 7312


I CERTIFY THAT THE MAILING WILL BE BY THE UNITED STATES
POSTAL SERVICE, CERTIFIED MAIL ONLY WITH RETURN RECITE
REQUESTED.

Douglas D. De MasiSr.

*Dngl DDe masn*


Douglas De Masi Sr appeared before me
this 21st day of December, 2007.

*Rosmaire Sgn*

Rosemarie S Giammatteo
Notary Public, State of New York
No. 01GI61156650
Commission Expires 09-13-20 08



PRIORITY MAIL
UNITED STATES POSTAL SERVICE®
Label 107R, February 2006    www.usps.com

Douglas A. Dennis
1414 Beekman Rd
Hopewell Jct NY
12533

Mr. Angelo R. Mozilo. Chairman, ceo
Countrywide Home Loans
11 merit Boulevard
Suite 102
Fishkill, NY 12524


7006 0100 0000 1845 6938
CERTIFIED MAIL




0000
12524
U.S. POSTAGE
POUGHKEEPSIE, NY
DEC 26 '07
AMOUNT
$9.40
00012533-01



PRIORITY
MAIL
UNITED STATES POSTAL SERVICE®
Label 107R, February 2005    www.usps.com

Douglas O Dennis Sr
214 Deerbrook rd
Hopewell Jct NY
12533

Mrs. Jill Gosnell-assistant Vice President
Country Wide Home Loans
11 Merrit Boulevard
Suite 102
Fishkill, NY 12524

CERTIFIED MAIL

7006 0100 0000 1845 6945

UNITED STATES
POSTAL SERVICE

U.S. POSTAGE
PAID
POUGHKEEPSIE, NY
DEC 28, 07
AMOUNT
$9.40
0001255-01

FedEx | Ship Manager | Label 7992462234896

From: Carol Merino
Origin ID:HCCA    (845)897-8310
COUNTRYWIDE FINANCIAL
11 Merrill Blvd/Ramsey Square
Suite 102
Fishkill, NY 12524

SHIP TO: (818)871-6003
**Cindy Chambers**
**Countrywide Home Loans-Legal Dept**
**5220 LAS VIRGENES RD**
**MAILSTOP AC-11**
**CALABASAS, CA 91302**1064

BILL SENDER

FedEx
Express

Ship Date: 27DEC07
ActWgt: 1 LB
System#: 828137?/INET7091
Account#: S *******

Delivery Address Bar Code

Ref # 1000215001148500
Invoice #
PO #
Dept #

TRK#
[0201]    7992 4623 4896

**XH-JSNA**

FRI - 28DEC    A2
**STANDARD OVERNIGHT**

BUR
CA-US
**91302**

Page 1 of 1



BANK ONE NA  0213-0500-1
►111900057◄  11302004
11/30/04  ENT=0646 TRC=0646 PK=03
0330113264  2358791034

060070 078521 059 022000046
112904 000000006 SPLI 45
241102 28  032000046  11/30/04
0919940601 PLM  1ST BANK BUFFALO, NY
1100622242

CREDITED WITHIN
NAMED PAYEE
#1825452913
>111900057<

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Coun Wide Home Loan
P.O. Box 660694
Dalla Texas 75266-0694

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee
B. Received by ( Printed Name )  C. Date of Delivery
NOV 28 2004
D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

2. Article N
(Transfer

PS Form 3

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

* Sender: Please print your name, address, and ZIP+4 in this box *

D. ODerman
1214 Dealward
Hopewell Jct N.Y.
12533



U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

O F F I C I A L   U S E

UNIT ID: 0570

| Postage | $ | 0.37 |
| Certified Fee | | 2.30 |
| Return Receipt Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 4.42 |

Postmark Here

Sent To _Claim My & de Aline Lopes_
Street, Apt. No.; _PA CTR 62054_
or PO Box No. _____
City, State, ZIP+4 _Dallas Texas - 75266-0654_

7004 1160 0000 7289 2222

PS Form 3800, June 2002          See Reverse for Instructions

---

Feling Royal

**UNITED STATES**
**POSTAL SERVICE**

***** WELCOME TO *****
POUGHQUAG HPO
POUGHQUAG, NY 12570-9998
01/31/05 09:34AM

Store USPS         Trans 11
Wkstn sys5003   Cashier K0353Z
Cashier's Name    EDIE
Stock Unit Id     SIAEDIE
Pre Phone Number  800-275-8777
USPS #            3539360570

1. First Class                    4.42
            T5266
            0.20 oz.
            PVI
            4.42
            0.37

          JTCCS
Certified Mail 70041160001728922222   2.30
Rtn Recpt (Green Card)            1.75

Subtotal                          4.42
Total                             4.42

Cash                              5.00
Charge Due
Cash                              0.58

Number of Items Sold: 1

        Thank You
   Please come again!

DOUGLAS D. DE-MASI, SR.

M&T Bank

BANK ONE NA
▶ I11900057◀
02/09/05

020920050 XP SRTR1  PKT
F.R.B. UTICA
ENT=0207 TRC=0207 PK=03

0630517748 2150500036

064235 025 02290004
$LA 45
027801
BUFFALO NY
1127670601 $CR

CREDITED WITHIN
NAMED PAYEE
#1825452213
▶I11900057◀

1300945662

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Country Wide Home Loans
P.O. Box 660694
Dallas Texas - 75266-0694

COMPLETE THIS SECTION ON DELIVERY

A. Signature

X _Gary Hall_           ☐ Agent
                        ☐ Addressee

B. Received by ( Printed Name )     C. Date of Delivery
                                    FEB 8 8 2005

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

7004 1160 0001 7249 2333

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

- Sender: Please print your name, address, and ZIP+4 in this box •

D.D. Demasi
1214 Hearomand
Pequsell Old NY
10533

*Mixed Payment*



**UNITED STATES POSTAL SERVICE**
***** WELCOME TO *****
POUGHQUAG MPO
POUGHQUAG, NY 12570-9998
02/07/05 05:00PM

Store    USPS          Trans    124
Wkstn   sys5003        Cashier  KKKF70
Cashier's Name          DAVE
Stock Unit Id           SIADAVE
PO Phone Number         800-275-8777
USPS #                  3590960570

1. First Class
   Destination:        7526G        4.42
   Weight:             0.40 oz.
   Postage Type:       PVI
   Total Cost:         4.42
   Base Rate:          0.37
        SERVICES
   Certified Mail                   2.30
        70041160000172896268
   Rtn Recpt (Green Card)           1.75
Subtotal                            !2
Total                               :2

Cash
Change Due                          .00
   Cash                             0.58

Number of Items Sold: 1

        Thank You
     Please come again!

---

**U.S. Postal Service**
**CERTIFIED MAIL   RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ 0.37 | UNIT ID: 0570 |
| Certified Fee | 2.30 | |
| Return Receipt Fee (Endorsement Required) | 1.75 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: KKKF70 |
| Total Postage & Fees | $ 4.42 | 02/07/05 |

Sent To
*Country Wide Home Loans*
Street, Apt. No.;
or PO Box No. *P.O. Box 660654*
City, State, ZIP+4
*Dallas Texas-75266-0654.*

PS Form 3800, June 2002        See Reverse for Instructions

7004 1160 0001 7289 6268



PATRICIA A DE MASI
DOUGLAS D DE MASI, SR.
PH: 845-227-0387
1216 BEEKMAN RD
FAX 845-227
HOPEWELL JUNC

$1/2005²

M MetBank

02.13-0500-1
02142005
ENT=0247  TRC=0072 PK=03
2250076098

BANK ONE NA
▶111900057◀
02/14/05

0753096757

000003 087607 010 0000046
021185 0000000 $MJ #5
120551 089 080000046 02/14/05  001
8673100501 $MJ  BANK BUFFALO HY

CREDITED WITHIN
NAMED PAYEE
#1025452913
▶111900057◀

1300858056

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. ■ Print your name and address on the reverse so that we can return the card to you. ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature X _____ □ Agent □ Addressee B. Received by (Printed Name)   C. Date of Delivery TOM CRANDELL  FEB 1 0 2005 |
| 1. Article Addressed to:  Ceny United Home Loan, P.O. Box 660694 Dallas Texas 75266-0694 | D. Is delivery address different from item 1? □ Yes If YES, enter delivery address below:   □ No |
|  | 3. Service Type □ Certified Mail   □ Express Mail □ Registered   □ Return Receipt for Merchandise □ Insured Mail   □ C.O.D. 4. Restricted Delivery? (Extra Fee)   □ Yes |
| 2. Article Number (Transfer from service label) | 7004 1160 0001 7289 6268 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

D Demasi Sr
1214 Beekmand
Hope Well Jct NY
12533



**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 0.37 |
| Certified Fee | | 2.30 |
| Return Reciept Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 4.42 |

Sent To  *Country Wide Home Loans*
Street, Apt. No.; or PO Box No.  *P.O. Box 660694*
City, State, ZIP+4  *Dallas Texas - 75266-0694*

PS Form 3800, June 2002                  See Reverse for Instructions



**UNITED STATES**
**POSTAL SERVICE**

***** WELCOME TO *****
POUGHQUAG MPO
POUGHQUAG, NY  12570-9998
02/25/05 12:04PM

Store USPS        Trans  31
Wkstn sys5003     Cashier  K03532
Cashier's Name    EDIE
Stock Unit Id     SIAEDIE
PO Phone Number   800-275-8777
USPS #            3590960570

1. First Class                      4.42
   Destination:     75266
   Weight:          0.30 oz.
   Postage Type:    PVI
   Total Cost:      4.42
   Base Rate:       0.37
        SERVICES
   Certified Mail                   2.30
      70041160000172896282
   Rtn Recpt (Green Card)  1.75

Subtotal                            4.42
Total                               4.42

Cash                                5.00
Change Due
   Cash                             0.58

Number of Items Sold: 1

            Thank You
        Please come again!



PATRICIA A DE MASI
DOUGLAS D DE MASI, SR.
PH. 845-227-5387, FAX 845-227-7312
1216 BEEKMAN RD.
HOPEWELL JUNCTION, NY  12533

2383

10-4
220

$2-25-05$

Pay Countrywide Home Loan

$ 1,205 $\frac{57}{100}$

Twelve hundred five dollars $\frac{57}{100}$

M&T Bank
Hopewell Junction Office

#030751162 - 9pmt pymt

Deryl D DeMasis

⑈0220000461⑈110009111188367⑈"2383  "0000120551"

Posting Date    2005 Mar 02

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Countrywide Home Loan
P.O. Box 660654
Dallas Texas
    75266-0654

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Tony Barrall
☐ Agent
☐ Addressee

B. Received by (Printed Name)  TONY BARRET  C. Date of Delivery
FEB 28 2005

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number

7004 1160 0001 7289 6282

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

D. D. DeMasi
1214 Beekman rd
Hopewell Jct NY
    12533





***** WELCOME TO *****
POUGHQUAG HPO
POUGHQUAG, NY  12570-9998
04/13/05 04:18PM

Store USPS          Trans 111
Wkstn  sys5003      Cashier  KKKF70
Cashier's Name      DAVE
Stock Unit Id       STADAVE
PO Phone Number     800-275-8777
USPS #              3590960570

1. First Class                      4.42
   Destination:      75266
   Weight:           0.40 oz.
   Postage Type:     PVI
   Total Cost:       4.42
   Base Rate:        0.37
        SERVICES
   Certified Mail                   2.30
   70041160000172896299
   Rtn Recpt (Green Card) 1.75

Subtotal                            4.42
Total                               4.42

VISA                                4.42

      <23-903613552-97>
VISA
ACCT. NUMBER      EXP      CLERK ID
XXXX XXXX XXXX 3097  06/06    01
AUTH 055062    CREDIT TRANS # 197

ALL SALES FINAL ON STAMPS AND POSTAGE.
REFUNDS FOR GUARANTEED SERVICES ONLY.

Number of Items Sold: 1

          Thank You
       Please come again!



PATRICIA A DE MASI
DOUGLAS D DE MASI SR

BANK ONE NA
▶111900057◀
04/18/05.
1030032296
2251448907

CREDITED WITHIN
NAMED PAYEE
#1825452913
>111900057<

0584700801  $JND BANK  BUFFALO NY

1300659261

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. ■ Print your name and address on the reverse so that we can return the card to you. ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X_____ □ Agent □ Addressee |
| | B. Received by (Printed Name)   C. Date of Delivery  APR 6 2005 |
| 1. Article Addressed to:  C_____ ___ Handloom  P.O. ___ 660634  Dallas Texas  75266-06__ | D. Is delivery address different from item 1? □ Yes  If YES, enter delivery address below: □ No |
| | 3. Service Type  □ Certified Mail □ Express Mail  □ Registered □ Return Receipt for Merchandise  □ Insured Mail □ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee) □ Yes |
| 2. Article Number (Transfer from service label) | 7004 1160 0001 7289 6299 |

PS Form 3811, August 2001    Domestic Return Receipt

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

D. D. Demasi
1214 _____ Rd
Hopewell Jct NY
12533



```
          UNITED STATES
          POSTAL SERVICE
      ***** WELCOME TO *****
          POUGHQUAG MPO
      POUGHQUAG, NY 12570-9998
         04/29/05 10:51AM

Store USPS          Trans    34
Wkstn  sys5002      Cashier  KYY5KZ
Cashier's Name      TERRY
Stock Unit Id       SIATERRY
PO Phone Number     800-275-8777
USPS #              3590960570

  1. First Class                    4.42
     Destination:   75266
     Weight:        0.20 oz.
     Postage Type:  PVI
     Total Cost:    4.42
     Base Rate:     0.37
              SERVICES
     Certified Mail             2.30
        700413500000044610726
     Rtn Recpt (Green Card)     1.75

Subtotal                          4.42
Total                             4.42

Cash
Change Due                       10.00
   Cash
                                  5.58

Number of Items Sold: 1

        Thank You
     Please come again!
```

U.S. Postal Service
**CERTIFIED MAIL   RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 0.37 |
| Certified Fee | | 2.30 |
| Return Receipt Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 4.42 |

04/29/05

Sent To
_Cecelia Loue Wn_
Street, Apt No.;
or PO Box No. P.O. Box 660654
City, State, ZIP+4
_Dallas Texas - 75266-0654_

PS Form 3800, June 2002                    See Reverse for Instructions

7004 1350 0000 0446 1 0726



4-13-05

ENT•0257 TRC•0260 PX•03

2152600026

CREDITED WITHIN NAMED PAYEE    >III19-2509-0<
#9200236372              TREASBK, DALLAS, TX, P.E.G.
        111000098        647    06282005
079749 022000046          02RTN.866-788-5181

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

County Wide Home Loan
P. O. Box 660694
Dallas, Texas, 75266-0694

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____        ☐ Agent
                         ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
                    MAY 02 2005

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)        ☐ Yes

2. Article Number
   (Transfer from service label)    7004 1350 0000 4461 0726

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

D. Damasi
1210 Decker rd
Pope Valley NY
          13330



**UNITED STATES POSTAL SERVICE**
***** WELCOME TO *****
PG.GHQUAG MPO
POUGHQUAG, NY 12570-9998
06/24/05 02:40PM

| | | |
|---|---|---|
| Store USPS | Trans | 55 |
| Wkstn sys5003 | Cashier | K0353Z |
| Cashier's Name | EDIE | |
| Stock Unit Id | STAEDIE | |
| PO Phone Number | 800-275-8777 | |
| USPS # | 3590960570 | |

1. First Class
   Destination:        75266        4.42
   Weight:             0.20 oz.
   Postage Type:       PVI
   Total Cost:         4.42
   Base Rate:          0.37
       SERVICES
   Certified Mail                   2.30
     70041350000044598895
   Rtn Recpt (Green Card)           1.75

Subtotal                           4.42
Total                              4.42

Cash                              50.00
Change Due
Cash                              45.58

Number of Items Sold: 1

        Thank You
   Please come again!





062920050 XP SRTR1  PKT
F.R.B. UTICA
ENT-0257 TRC-0269 PK-03

2152609083

CREDITED WITHIN NAMED PAYEE        >1119-2509-0C
#9200036372            111000038   TREASBK, DALLAS, TX-P.E.G.
                                   746   06282005
045140 022000                      BZRTN. 866-788-5181
                 0115578202
            1300083610

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X _Tony Barrett_ ☐ Agent ☐ Addressee <br> B. Received by (Printed Name) JUN 27 2005 C. Date of Delivery <br> TONY BARRETT |
| 1. Article Addressed to: <br> Country Wide Home Loans <br> P.O. Box 660694 <br> Dallas Texas 75266-0694 | D. Is delivery address different from item 1? ☐ Yes ☐ No <br> If YES, enter delivery address below: |
| | 3. Service Type <br> ☐ Certified Mail  ☐ Express Mail <br> ☐ Registered  ☐ Return Receipt for Merchandise <br> ☐ Insured Mail  ☐ C.O.D. <br> 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number <br> (Transfer from service label) | 7004 1350 0000 4459 8895 |
| PS Form 3811, August 2001 | Domestic Return Receipt |

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

D. A Dennis Sr
1214 Deckman rd
Hopewell Jct NY
12533



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Countrywide America
P.O. Dra. 660694
Dallas Texas
75266-0694

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
AUG 0 5 20

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merch
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7004 1350 0000 4461 0849

PS Form 3811, August 2001    Domestic Return Receipt    102595-02

---

**UNITED STATES POSTAL SERVICE**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

D.D. Dema
1214 Deckman D
Aquebell sed NY
12533

---

UNITED STATES
**POSTAL SERVICE**

***** WELCOME TO *****
POUGHQUAG MPO
POUGHQUAG, NY 12570-9998
08/02/05 02:38PM

Store:    Trans: 93
Wkstn:    Cashier KD353Z
Cashier's Name: EDIE
Stock Id:    STAEDIE
DO Phone:    800-275-8777
SPS #    3590960_

1. First Class    4.42
   Destination:    75266   Countrywide
   Weight:    0.20 oz.   America
   Postage Type:    PVI
   Total Cost:    4.42
   Base Rate:    0.37
       SERVICES
   Certified Mail    2.30
       70041350000044610849
   Rtn Rcpt (Green Card)    1.75
2. First Class    4.42
   Destination:    91355
   Weight:    0.50 oz.
   Postage Type:    PVI
   Total Cost:    4.42
   Base Rate:    0.37
       SERVICES
   Certified Mail    2.30
       70041350000044610825
   Rtn Recpt (Green Card)    1.75

Subtotal    8.84
Total    8.84

AMEX    8.84

   <25-903613552-97>
AMEX    <6314735710>
ACCT. NUMBER    EXP    CLERK ID
XX XXXX XX 019    08/06    04
AUTH 5252    EDIT TRANS # 109

ALL SALES FINAL ON STAMPS AND POSTAGE.
FUNDS FOR GUARANTEED SERVICES ONLY.

Number of Items Sold: 2

Thank You
Please come again!

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

Postage    $    0.37    UNIT ID: 0570

Certified Fee    2.30

Return Receipt Fee
(Endorsement Required)    1.75    Postmark
                                    Here

Restricted Delivery Fee
(Endorsement Required)    Clerk: KD353Z

Total Postage & Fees    $    4.42    08/02/05

Sent To
Countrywide Home Loan
Street, Apt. No.;
or PO Box No.    P.O. Dra. 660694
City, State, ZIP+4
Dallas Texas 75266-0694

PS Form 3800, June 2002    See Reverse for Instructions

**PATRICIA A DE MASI**
**DOUGLAS D DE MASI, SR.**
PH. 845 227-5387 FAX 845-227-7312
1216 BEEKMAN RD.
HOPEWELL JUNCTION, NY  12533

10-4/220 3814

2502

8 - 1 - 05

$ 1205 ⁵⁰

**M&T Bank**
Manufacturers and Traders Trust Company
Hopewell Junction Office

⑆:022000046⑆: 110091 1188367⑆ 2502  '0000120551'

0213-0509-1
08192005
CNT-0668  TRC-0669  PK-03

2550763685

CREDITED WITHIN NAMED PAYEE      >III9-2589-0<
#9200236372                  TREASBK, DALLAS, TX, P.E.G
              02200014 12000038,           945  08092005
056443 022000046             07 02RTN.866-788-5181



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com.

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ | 0.37 | UNIT ID: 0570 |
| Certified Fee | 2.30 | |
| Return Receipt Fee (Endorsement Required) | 1.75 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: KKKK70 |
| Total Postage & Fees | $ | 4.42 | 09/01/05 |

Sent To
Country Wide home Loan
Street, Apt. No.; or PO Box No. P.O. BOX 660684
City, State, ZIP+4
Dallas Texas 75266-0684

PS Form 3800, June 2002    See Reverse for Instructions



PATRICIA A DE MASI
DOUGLAS D DE MASI SR

120 days

9-1-05

2555184918

CREDITED WITHIN NAMED PAYEE    >1119-2509-0<
#9200236972 FM    CNTRYWIDE BK, DALLAS, TX, P.E.6
2325 0516000000 004A/A=A0    1045 05172006
127918 0226000000 0006 01RTNS.877-250-8709
E01-3972 TRC-3974 PK=14
130914000106

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. ■ Print your name and address on the reverse so that we can return the card to you. ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature X TONY HARRIS  B. Received by (Printed Name)  TONY HARRIS  D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to: Country Wide Home Loan PO Box 660694 Dallas Texas 75266-0694 | 3. Service Type ☑ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.  4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) 7004 1160 0001 7269 6305 | |
| PS Form 3811, August 2001 | Domestic Return Receipt    102595-02-M-1540 |

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

D. D. DeMasi
1214 Deer Run Rd
Yorktown Hts N.Y. 13513



**UNITED STATES POSTAL SERVICE**

```
***** WELCOME TO *****
       POUGHQUAG MPO
    POUGHQUAG, NY  12570-9998
       11/02/05 08:56AM

Store USPS            Trans    9
Wkstn  sys5002        Cashier  KYY5KZ
Cashier's Name        SIATERRY
Stock Unit Id         SIATERRY
PO Phone Number       800-275-8777
USPS #                3590960570

1. First Class                    4.42
   Destination:        75266
   Weight:             0.20 oz.
   Postage Type:       PVI
   Total Cost:         4.42
   Base Rate:          0.37
        SERVICES
   Certified Mail                 2.30
     70041350000044610696
   Rtn Recpt (Green Card)  1.75

Subtotal                          4.42
Total                             4.42

VISA                              4.42

      <23-903613552-98>

VISA
ACCT. NUMBER       EXP      CLERK ID
XXXX XXXX XXXX 4464 08/08    03
AUTH 070019  CREDIT TRANS #  706

ALL SALES FINAL ON STAMPS AND POSTAGE.
REFUNDS FOR GUARANTEED SERVICES ONLY.

~ber of Items Sold: 1

        Thank You
     Please come again!
```



11-2-05

$1205

M&T Bank

⑈⑈02⑈2000046⑈:⑈⑈⑈⑈1⑈100091⑈188367⑈⑈2583⑈⑈0000120559⑈⑈



01-05-2006

2551150822

CREDITED WITHIN NAMED PAYEE      >1119-2509-0<
#9000236372 PM     CNTRYWIDE BK,DALLAS,TX P.C.G
   2583 0103000019660001          445 01042006
123407 022000046          05 01RTN.866-227-7999

15048024706309

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X _G. Hill_ ☐ Agent ☐ Addressee <br> B. Received by (Printed Name)  NOV 0 8 2005  C. Date of Delivery |
| 1. Article Addressed to: <br><br> Countrywide Home Loans <br> P.O. Box 660694 <br> Dallas, Texas 75266-0694 | D. Is delivery address different from item 1? ☐ Yes <br> If YES, enter delivery address below: ☐ No <br><br> 3. Service Type <br> ☐ Certified Mail ☐ Express Mail <br> ☐ Registered ☐ Return Receipt for Merchandise <br> ☐ Insured Mail ☐ C.O.D. <br> 4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number <br> (Transfer from service label)   7004 1350 0000 4461 0696 | |
| PS Form 3811, February 2004       Domestic Return Receipt | 102595-02-M-1540 |



UNITED STATES POSTAL SERVICE

| | First-Class Mail <br> Postage & Fees Paid <br> USPS <br> Permit No. G-10 |

* Sender: Please print your name, address, and ZIP+4 in this box *

P.P. Dimici
1216 Dalton Rd
Home Well Oct NY
12500





```
***** WELCOME TO *****
POUGHQUAG MPO
POUGHQUAG, NY  12570-9998
12/05/05 08:41AM

Store  USPS        Trans    4
Wkstn  sys5002     Cashier  KYY5KZ
Cashier's Name     TERRY
Stock Unit Id      SIATERRY
PO Phone Number    800-275-8777
USPS #             3590960570

1. First Class                    4.42
   Destination:    75266
   Weight:         0.30 oz.
   Postage Type:   PVI
   Total Cost:     4.42
   Base Rate:      0.37
        SERVICES
   Certified Mail                 2.30
     70050390000541126911
   Rtn Recpt (Green Card)  1.75

Subtotal                          4.42
Total                             4.42

VISA                              4.42

        <23-903613552-98>
VISA
ACCT. NUMBER               CLERK ID
XXXX XXXX XXXX 4464        03
AUTH 010052   CREDIT TRANS # 960

ALL SALES FINAL ON STAMPS AND POSTAGE.
REFUNDS FOR GUARANTEED SERVICES ONLY.

Number of Items Sold: 1

        Thank You
     Please come again!
```

U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ | 0.37 |
| Certified Fee | | 2.30 |
| Return Receipt Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 4.42 |

Sent To
Street, Apt No.; or PO Box No. P.O. BOX 660694
City, State, ZIP+4 Dallas, TX 75266-0694

PS Form 3800, June 2002                    See Reverse for Instructions

7005 0390 0005 4112 6911



PATRICIA A DE MASI
DOUGLAS D DE MASI SR

121520050 XF SRTP1 PKT
F.R.B. UTICA
ENT*0378 TRC*0379 PK*93
2153711698

CREDITED WITHIN NAMED PAYEE    >I119-2509-0<
#920002236372 PM    CNTRYWIDE  BK  DALLAS TX  P.E.G.
8G8638162  W0000000000000718005845  12142005
841023  8220000000000000000001111.866-227-7999

1300296069867

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Tony Barrett_  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name)   C. Date of Delivery<br>TONY BARRETT   DEC 1 2 2005 |
| 1. Article Addressed to:<br>Co---- J Wide Home loan<br>P.O. Box 660694<br>Dallas, Texas<br>75266-0694 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

P.Q. Dema.
1214 Deakman rd
Haga well Jct NY
12533

R001





UNITED STATES
POSTAL SERVICE

***** WELCOME TO *****
POUGHQUAG MPO
POUGHQUAG, NY  12570-9998
12/24/05 10:26AM

Store  USPS          Trans  18
Wkstn  sys5003       Cashier  KD353Z
Cashier's Name       EDIE
Stock Unit Id        STAEDTE
PO Phone Number      800-275-8777
USPS #               3590960570

  1. First Class                      4.42
     Destination:   75266
     Weight:        0.20 oz.
     Postage Type:  PVI
     Total Cost:    4.42
     Base Rate:     0.37
          SERVICES
     Certified Mail                   2.30
     70050390000541126928
     Rtn Recpt (Green Card)  1.75

Subtotal                              4.42
Total                                 4.42

VISA                                  4.42
          <23-903613552-97>
VISA
ACCT. NUMBER                     CLERK ID
XXXX XXXX XXXX 4464                04
AUTH 095085   CREDIT TRANS # 513

ALL SALES FINAL ON STAMPS AND POSTAGE.
REFUNDS FOR GUARANTEED SERVICES ONLY.


Number of Items Sold: 1

          Thank You
     Please come again!

PATRICIA A. DE MASI
DOUGLAS D. DE MASI, SR.
1218 BEEKMAN RD.
PH: 845-227-5387 FAX 845-227-7312
HOPEWELL JUNCTION, NY 12533

EPW

2629

$ 1200 00

M&T Bank

⑆022000046⑆ 1⑆10091⑆1188367⑆ 2629 ⑆0000120599⑆

AD119-VS50-A
J10320096-
ENT-0539  TRC-0542  PK-03

2457843062

CREDITED WITHIN NAMED PAYEE     >1119-2509-0<
#9200236372 PM    CNTRYWIDE BK, DALLAS, TX, P.E.G
020838162 90 DAY11690000026600I 3045 12302005
642249 022092            01RTN.866-227-7999

12127834011
15A0690144

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

A. Signature
*Tony Barrett*    ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )    Date of Delivery
TONY BARRETT    DEC 27 2005

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:    ☐ No

1. Article Addressed to:

Country Wide Home Loan
P. O. Box 660694
Dallas Texas
     75266-0694

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number    7005 0390 0005 4112 6928
   (Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE
MID HUDSON NY 125

03 JAN 2006 PM 2 T

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

D. D. De Masi Jr
1214 Deckman Rd
Hopewell Jct N.Y.
     12533



**UNITED STATES POSTAL SERVICE**

```
***** WELCOME TO *****
POUGHQUAG MPO
POUGHQUAG, NY  12570-9998
02/03/06 11:32AM

Store USPS          Trans 54
Wkstn sys5003       Cashier KD353Z
Cashier's Name      EDIE
Stock Unit Id       STAEDIE
PO Phone Number     800-275-8777
USPS #              3590960570

1. First Class                    4.64
   Destination:     75266
   Weight:          0.20 oz.
   Postage Type:    PVI
   Total Cost:      4.64
   Base Rate:       0.39
           SERVICES
   Certified Mail                 2.40
   7005039000054112Z123
   Rtn Recpt (Green Card)         1.85

Subtotal                          4.64
Total                             4.64

Cash                              5.00
Change Due
Cash                              0.36

Number of Items Sold: 1

        Thank You
    Please come again!
```

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent / ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery

1. Article Addressed to:

   Country Wide Home Loans.
   P. O. Box 660684
   Dallas Texas
          75266-0684

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)    7005 0390 0005 4112 7123

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

D. D. Dennis
1219 Beekman Rd
Hopewell Jct NY
         12533



Note Check Received
by Country Wide but not
Cashed for Jenuary payment 2006
still not Cashed
# 2643
1-12-2006
$ 1205 ⁵⁴

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

**OFFICIAL USE**

For delivery information visit our website at www.usps.com

Postage  $    .39      UNIT ID: 0570
Certified Fee     2.40
Return Receipt Fee
(Endorsement Required)  1.85    Postmark Here
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees  $   4.64    Clerk: KD353Z
                                  02/03/06

Sent To
Country Wide Home Loans
Street, Apt. No.; or PO Box No. P.O. Box 660684
City, State, ZIP+4
         Dallas Texas 75266-0684

7005 0390 0005 4112 7123



**UNITED STATES POSTAL SERVICE**

***** WELCOME TO *****
POUGHQUAG MPO
POUGHQUAG, NY  12570-9998
02/14/06 11:39AM

```
Store  USPS         Trans   38
Wkstn  sys5003      Cashier KD353Z
Cashier's Name      EDIE
Stock Unit Id       STAEDIE
PO Phone Number     800-275-8777
USPS #              3590960570

1. First Class                    4.64
   Destination:    75266
   Weight:         0.20 oz.
   Postage Type:   PVT
   Total Cost:     4.64
   Base Rate:      0.39
               SERVICES
   Certified Mail               2.40
   70050390000541127086
   Rtn Recpt (Green Card)       1.85

Subtotal                          4.64
Total                             4.64


Cash                              5.00
Change Due
   Cash                           0.36


   of Items Sold: 1

           Thank You
      Please come again!
```



1216 BEEKMAN RD.

3-24-06

$ 1205

**M&T Bank**

#120074164

**F.R.B. UTICA**
022226060 XP SRTR1 PKT
ENT=0269 TRC=0286 PK=03

2156491069

CREDITED WITHIN NAMED PAYEE    >1119-2509-0<
#9200236372 PM    CNTRYWIDE BK,DALLAS,TX.P.E.G.
029839162 90-DAY W1000009 42500194J  02222006
065256 022000060000410KW202 PK=16 M&T BANK1-800-410KW202 TMS.877-250-8709
081\1809912
12000051VAV

---

<table>
<tr><td colspan="2">**SENDER: COMPLETE THIS SECTION**</td><td colspan="2">**COMPLETE THIS SECTION ON DELIVERY**</td></tr>
<tr><td colspan="2">
■ Complete items 1, 2, and 3. Also complete<br>
item 4 if Restricted Delivery is desired.<br>
■ Print your name and address on the reverse<br>
so that we can return the card to you.<br>
■ Attach this card to the back of the mailpiece,<br>
or on the front if space permits.
</td><td colspan="2">
A. Signature<br>
X _____ ☐ Agent / ☐ Addressee<br>
B. Received by (Printed Name)   C. Date of Delivery<br>
TONY BARRI
</td></tr>
<tr><td colspan="2">
1. Article Addressed to:<br>
Country Wide Home Loan<br>
P.O. Box 660694<br>
Dallas Texas 75266-0694
</td><td colspan="2">
D. Is delivery address different from item 1? ☐ Yes<br>
If YES, enter delivery address below:  ☐ No<br>
<br>
3. Service Type<br>
☑ Certified Mail  ☐ Express Mail<br>
☐ Registered  ☐ Return Receipt for Merchandise<br>
☐ Insured Mail  ☐ C.O.D.<br>
4. Restricted Delivery? (Extra Fee)  ☐ Yes
</td></tr>
<tr><td colspan="2">
2. Article Number<br>
(Transfer from service label)<br>
7005 0390 0005 4112 7086
</td><td colspan="2"></td></tr>
<tr><td colspan="2">PS Form 3811, February ...</td><td>Domestic Return Receipt</td><td>102595-02-M-1540</td></tr>
</table>

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

D.O. Dermisir
1214 Beekman rd
Hopewell jct N.Y.
12533

53345375-14 RODI



**UNITED STATES**
**POSTAL SERVICE**

***** WELCOME TO *****
POUGHQUAG MPO
POUGHQUAG, NY 12570-9998
03/29/06 04:18PM

Store USPS          Trans 81
Wkstn sys5003       Cashier KKKF70
Cashier's Name      DAVE
Stock Unit Id       STADAVE
PO Phone Number     800-275-8777
USPS #              3590960570

1. First Class                      4.64
   Destination:     75266
   Weight:          0.30 oz.
   Postage Type:    PVI
   Total Cost:      4.64
   Base Rate:       0.39
        SERVICES
   Certified Mail                   2.40
   70050390000541126874
   Rtn Recpt (Green Card)           1.85

Subtotal                            4.64
Total                               4.64

Cash                               10.00
Change Due
   Cash                             5.36

Number of Items Sold: 1

        Thank You
   Please come again!





0213-0560-1.
04062006
EIM-0671 TRC-0672 PK=03
2257903739

CREDITED WITHIN NAMED PAYEE    >I119-2509-0<
#9200236372 PM    CNTRYWIDE BK, DALLAS, TX, P.E.G.
0000000000038    32405 04052006
US 01RTNS:877-250-8709

ENDORSE HERE

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Country Wide Home loans
P.O. Box 660694
Dallas Texas
75266-0694

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
APR 02 2006
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7005 0390 0005 4112 6874

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •
P.O. Annasi
1214 Beckman rd
Hope well Jct NY
12533





```
***** WELCOME TO *****
        POUGHQUAG MPO
    POUGHQUAG, NY  12570-9998
       04/29/06 10:05AM

Store  USPS        Trans    24
Wkstn  sys5002     Cashier  KYY5KZ
Cashier's Name     TERRY
Stock Unit Id      SIATERRY
PO Phone Number    800-275-8777
USPS #             3590960570

 1. First Class                   4.64
     Destination:    75266
     Weight:         0.20 oz.
     Postage Type:   PVI
     Total Cost:     4.64
     Base Rate:      0.39
            SERVICES
     Certified Mail            2.40
       70041350000044602462
     Rtn Recpt (Green Card)    1.85

Subtotal                        4.64
Total                           4.64


Cash                           10.00
Change Due
    Cash                        5.36

Number of Items Sold: 1

        Thank You
   Please come again!
```

PATRICIA A. DE MASI
DOUGLAS D. DE MASI, SR.

M&T Bank

0220000461 1100091 1188367 2725 000012 0551

0213-0506-1
05082006
ENT#0179 TRC=0213 PK=93

2550876330

CREDITED WITHIN NAMED PAYEE   >1119-2500-0<
#9200236372 PM    CNTRYWIDE  BK, DALLAS,TX,P.E.G
020838162  90+DAY 05080200611500 0045 05052006
045664  0220000   RTNS.877-250-8709

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. ■ Print your name and address on the reverse so that we can return the card to you. ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  ☐ Agent  ☐ Addressee  |
| 1. Article Addressed to: Country Wide Home Loan. P.O. Box 660694  Dallas Tyler 75266-0694 | B. Received by ( Printed Name )  TONY BARRETT  C. Date of Delivery MAY 1 4 2006  D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No |
| | 3. Service Type ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label)  7004 1350 0000 4460 2462 | |
| PS Form 3811, February 2004        Domestic Return Receipt | 102595-02-M-1640 |

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

D. A. Demasi
1219 Beekmand
Hopewell JCT N.Y.
12533



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com.

**OFFICIAL USE**

| | | | |
|---|---|---|---|
| Postage | $ | 0.39 | UNIT ID: 0207 |
| Certified Fee | | 2.40 | |
| Return Receipt Fee (Endorsement Required) | | 1.85 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | | Clerk: KDRBVF |
| Total Postage & Fees | $ | 4.64 | 05/30/06 |

7005 0390 0004 4112 6836

Sent To _Court United Am. Trav_

Street, Apt. No.; or PO Box No. _P.O. Box 660-694_

City, State, ZIP+4 _Dallas Texas 75266-0694_

PS Form 3800, June 2002          See Reverse for Instructions

---

**UNITED STATES POSTAL SERVICE**

```
***** WELCOME TO *****
    HOPEWELL JUNCTION NPO
HOPEWELL JUNCTION, NY 12533-9998
       05/30/06 02:11PM

Store  USPS            Trans    144
Wkstn  sys5003         Cashier  KDRBVF
Cashier's Name         JOSE
Stock Unit Id          STAJOSA
PO Phone Number        800-275-8777
USPS #                 3590960207

1. First Class
   Destination:   75266      4.64
   Weight:        0.40 oz.
   Postage Type:  PVT
   Total Cost:    4.64
   Base Rate:     0.39
           SERVICES
   Certified Mail           2.40
   70050390000541126836
   Rtn Recpt (Green Card)   1.85

Subtotal                    4.64
Total                       4.64

Cash                        5.00
Change Due
   Cash                     0.36

Number of Items Sold: 1

   Starting Saturday July 31, 2004
Post Office Box lobby hours will be:
   Mon. 7:00 A.M. - 7:00 P.M.
   Sat. 7:00 A. M. - 4:00 P. M.
```



RICHARD DEMASI
DOUGLAS D. DE MASI, SR.

M&T Bank

KELL R. DEMASI (.
06072006
ENT=0366 TRC=0368 PK=03

2451016292

CREDITED WITHIN NAMED PAYEE    >1119-2509-0<
#9200236372 PM   CNTRYWIDE BK,DALLAS,TX,P.E.G.
020838162 90-DAY 06050000085000 0646 06052006
053473 00000000           0IRTNS.877-250-8709
          ENT=2294 TRC=2295 PK=13
ENT=4003 TRC=4004 PK=14
05161131042    0085954

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery  JUN 2006 |
| 1. Article Addressed to:<br>Country Wide Home Loan<br>P.O. Box 660-654<br>Dallas, Texas<br>75266-0654 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
|  | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label)  7005 0390 0005 4112 6836 | |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

D. D. Demasi Sr
124 Beekman d
Hope Well Jet NY
12533

**UNITED STATES POSTAL SERVICE**

```
***** WELCOME TO *****
   HOPEWELL JUNCTION MPO
HOPEWELL JUNCTION, NY  12533-9998
      06/30/06 03:03PM

Store USPS        Trans    127
Wkstn  sys5003    Cashier  KDRBVF
Cashier's Name    JOSE
Stock Unit Id     STAJOSA
PO Phone Number   800-275-8777
USPS #            3590960207

1. First Class                  4.64
   Destination:    75266
   Weight:         0.30 oz.
   Postage Type:   PVI
   Total Cost:     4.64
   Base Rate:      0.39
         SERVICES
   Certified Mail               2.40
      70041350000044598918
   Rtn Recpt (Green Card)       1.85

Subtotal                        4.64
Total                           4.64

Cash                            5.00
Change Due
Cash                            0.36

Number of Items Sold

Starting Saturday July 31, 2004
Post Office Box lobby hours will be:
   Mon. 7:00 A.M. - 7:00 P.M.
   Sat. 7:00 A.M. - 4:00 P.M.
```

*NAC* Check Decived by
Countrywide but Not
Cashed for July payment 2006

#2745            still not Casted
; 29-2006
V /bot 51

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

County Wide Home Loans
P.O. Box 660-694
Dallas Texas, 75266-0694

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent / ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
_____   JAN 04 20

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)    7004 1350 0000 4459 8918

PS Form 3811, February 2004    Domestic Return Receipt    102595-0

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Pa
USPS
Permit No. G-10

* Sender: Please print your name, address, and ZIP+4 in this box *

D.D. Octavia
1214 Beekman rd
Hopewell Jct N.Y.
12533

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ | 0.39 | UNIT ID: 0207 |
| Certified Fee | 2.40 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 1.85 | |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: KDRBVF |
| Total Postage & Fees | $ | 4.64 | 06/30/06 |

Sent To
Country Wide Home Loan
Street, Apt No.;
or PO Box No. P.O. Box 660-694
City, State, ZIP+4
Dallas Texas - 75266-0694

PS Form 3800, June 2002    See Reverse for Instructions

7004 1350 0000 4459 8918

```
============================
       POUGHQUAG MPO
    POUGHQUAG, New York
        125709998
      3590960570-0097
08/09/2006 (800)275-8777 02:08:58 PM
============================
====== Sales Receipt ======
Product      Sale Unit    Final
Description  Qty Price    Price

DALLAS TX 75266              $0.39
First-Class
0.40 oz.
Return Rcpt (Green          $1.85
Card)
Certified                   $2.40
Label #:   70050390000541127024
                          ========
Issue PVI:                  $4.64

                          ==========
Total:                      $4.64

Paid by:
Cash                       $10.00
Change Due:                -$5.36

Bill#:1000300008553
Clerk:01

All sales final on stamps and postage.
Refunds for guaranteed services only.
     Thank you for your business.
           Customer Copy
```





PATRICIA A DE MASI
DOUGLAS D DE MASI. SR.
PH: 845-227-5387
1216 BEEKMAN RD.
HOPEWELL JUNCTION, NY 12533

M&T Bank

ENCLOSE HERE

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Country Wide Home Loan
P.U. Box 660-0694
Dallas Texas, 75266-0694

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)    7005 0390 0005 4112 7024

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

D. O. Demasi
1219 Beekman rd
Hope Well Jct NY
12533



```
=====================================
            POUGHQUAG MPO
         POUGHQUAG, New York
              125709998
             3590960570-0098
08/28/2006 (800)275-8777 08:37:58 AM
=====================================
===== Sales Receipt =====
Product          Sale Unit      Final
Description      Qty Price      Price

DALLAS TX 75266                 $0.39
First-Class
0.60 oz.
  Return Rcpt (Green    ..      $1.85
  Card)
  Certified                     $2.40
  Label #:    70050390000541126720
                             =========
  Issue PVI:                    $4.64

                             =========
Total:                          $4.64

Paid by:
Cash                            $5.00
Change Due:                    -$0.36


Bill#:1000200022340
Clerk:03

All sales final on stamps and postage.
Refunds for guaranteed services only.
      Thank you for your business.
            Customer Copy
```



**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

C O w A y Wide Home Loans
P.O. Box 660-684
Dallas Texas    75266-0684

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
*Tony Barrett*
☐ Agent
☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
TONY BARRETT    OCT 1 2006

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7005 0390 0005 4112 6720

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

* Sender: Please print your name, address, and ZIP+4 in this box *

Dorothy & Doug De Masi SR
1214 Dickinson Rd
Hope Well Jct NY 12533



PRIORITY
MAIL
UNITED STATES POSTAL SERVICE®
Label 107R, February 2006
www.usps.com

Douglas D De rossi Sr
1214 Beekman rd
Hope well Jct NY
12533

Mrs. Jill Woshell - Assistant Vice
Country Wide Home Loans
11 merrit Boulevard
Suite 102
Fishkill, NY 12524

CERTIFIED MAIL
PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS FOLD AT DOTTED LINE

7006 0100 0000 1845 9945



PRIORITY
MAIL
UNITED STATES POSTAL SERVICE®
Label 107R, February 2006     www.usps.com

Douglas A DeMasi
1214 Beekman rd
Hope Well Jct NY
12533

Mr. Angelo R marlo chair
county Legislature
11 marr.L Boulevard
Suite 102
35 Kill NY 12524



CERTIFIED MAIL

7006 0100 0000 1845 4930



**Full Spectrum Lending**
A MEMBER OF THE COUNTRYWIDE FAMILY

### Loan Program Summary

PREPARED FOR _Douglas Demasi_ DATE _6-24-3_

PURPOSE(S) FOR LOAN _Lower rate, save money_

**CURRENT DEBT** AMOUNT PAYMENT

1. _C.W. + prepay penalty_ $ _135,000_ $ _1205_
2. _Estimated closing_ $ _2,500_ $ _____
3. _4.75 pts_ $ _____ $ _____
4. _____ $ = _144,031_ $ _____
5. _____ $ _____ $ _____
6. _____ $ _____ $ _____
7. CASH _Estimate $6,000_ $ _____

**TOTAL OF CURRENT MONTHLY PAYMENTS** $ _1,205_

_L.A. $ 150,001.00_

**LOAN PRODUCTS DISCUSSED**

_No Prepay Penalty on this loan!_

TYPE OF LOAN
PRODUCT _3/27_

LOAN TERM _30 yr._ —

TODAY'S RATE _7.625_

**Full Spectrum Lending**
A MEMBER OF THE COUNTRYWIDE FAMILY

DISCOUNT POINTS* _4.75 pts_

**KEITH JONES**
ACCOUNT EXECUTIVE

APR _____

(972) 608-9552           6400 LEGACY DRIVE
(866) 868-6382 EXT. 6332  MS PTX-127
(866) 661-7197 FAX        PLANO, TX 75024

LOAN PAYMENT $ _1061_ $ _____

*Discount points are used to determine the interest rate. Lower
rate and higher discount points will result in a lower interest rate.
other options in addition to the ones listed above.

E-MAIL: KEITH_JONES@COUNTRYWIDE.COM

PROPOSED MONTHLY
PAYMENT SAVINGS $ _$145_ $ _____ $ _____

_Saving 52,200 over 30 yrs._

*The basis for these loan product quotes is information you provided us that we have not verified. This is
not a pre-approval or commitment to lend. It is subject to our satisfactory review of the property, further
review and verification of your financial information, underwriting of your loan and compliance with our
program requirements. The interest rate is not locked and will not be locked until loan approval has been
given.*

*Other costs may apply for your loan, including fees for an appraisal, Title Company and closing agent
charges, and loan processing. Estimates for these fees will be provided to you.*

Summary S

5/2003

**Countrywide**
HOME LOANS
Insurance Department, SV3-22
P.O. Box 10212
Van Nuys, CA 91410-0212

6/30/04

MID-HUDSON CO-OPERATIVE INSURANCE
P.O. BOX 38
BRACKEN RD.
MONTGOMERY, NY                    125490038

RECEIVED
JUL 6 2004
MID-HUDSON CO-OP

RE: LOAN NUMBER  20838162

DOUGLAS D DEMASI
PATRICIA DEMASI
POLICY NUMBER    5026045
PROPERTY  1216 BEEKMAN RD
          BEEKMAN, NY              12533

Dear Insurance Representative:

This letter serves as formal notification that the above listed property
is vacant as of 06/28/04.

To protect Countrywide Home Loans    as mortgagee named in this policy,
we request that you provide proof of vacancy coverage or endorse the
policy to include vacancy coverage.

Should your office choose to cancel this policy due to the added risk
of vacancy, please forward a cancellation notice within 30 days.  In
addition, please forward all unearned premium to
                    Countrywide Home Loans
                    Insurance Department, SV-22
                    P.O. Box 10212
                    Van Nuys, CA  91410-0212

Failure to respond to this letter within 30 days will indicate that
your company is providing vacancy coverage for the above named property.

Should you have any questions or need additional information, please
contact our office at (800)669-6607.

Sincerely,

David Ryan
Insurance Department

FS132R-2

1.

Exhibit
D



**Co-Operative Insurance Co.**    104 BRACKEN ROAD, MONTGOMERY, NY 12549-2600
(845) 457-5001  •  1-800-721-5001  •  FAX (845) 457-5023

August 4, 2005

Countrywide Home Loans Inc
Its Successors &/or Assings, ATIMA
PO BOX 961206 FTWX-22
Fort Worth TX  76161

RE:  Loan # 20838162
Douglas D Demasi & Patricia A Demasi
Policy # 5026045
Location: 1214 Beekman Rd, Hopewell Junction, NY 12533

To Whom It May Concern:

Please be advised that the above reference policy has been in force with our
Company since 5/08/2001 with no lapse in coverage.  Attached is copy of 911
change showing the address should read:  1214 Beekman Road, Hopewell Jct.

Sincerely,

Mary J Eisnor
Controller

Pc:  Douglas D & Patricia A Demasi

11/29/2006    10:28    MID-HUDSUN CO-UP INS → 2277312    NO.367    D03

08/02/2004    09:22    8454866529    DUTCHESS CO 911    09/02/04  11:20pm  P. 002    PAGE  02

**DUTCHESS COUNTY ENHANCED 911**
**DEPARTMENT OF EMERGENCY RESPONSE**
**392 CREEK ROAD**
**POUGHKEEPSIE, NY 12601**

August 02, 2004

DOUGLAS D & PATRICIA DE MASI
1216 BEEKMAN RD
HOPEWELL JUNCTION, NY 12533

Tax Parcel ID: 6759-00-234162

Dear Dutchess County Resident/Business Owner:

Dutchess County has implemented an Emergency 9-1-1 telephone communications system. Now operational, this provides residents of Dutchess County with an easily remembered three digit telephone number to be dialed in the event that emergency services are needed. One of the most critical elements in this 9-1-1 system is the assignment of street addresses throughout the County where they do not currently exist or meet addressing standards. Your new street address is:

**1214 BEEKMAN RD**

The Dutchess County 911 Office is responsible for establishing and assigning street addresses. You, as a Dutchess County resident or business owner, have been assigned a unique address that when posted, will be an easily and readily identifiable house and/or business address, so that police, fire and ambulance emergency services as well as your post office and other delivery services will be able to use these new addresses for more effective service. Post Office box holders must not change postal delivery addresses.

It is your responsibility to inform your correspondents of any change of your address.

Please contact the business office of your telephone company to insure that they have the correct service address for all your phones.

The address number assigned to your home or business should be displayed prominently on your mailbox and on the front door to assist emergency services and delivery agencies in finding you. The County has adopted a uniform sign policy. Please see reverse side of this letter for a summary of this law.

Your cooperation and understanding in this matter is greatly appreciated. If you have any questions, please contact the Dutchess County Department of Emergency Response at (845) 486-6532.

DeWitt Sagendorph, Coordinator
Dutchess County Emergency Response

LAW OFFICES

# ESCHEN, FRENKEL & WEISMAN, LLP

20 WEST MAIN STREET
BAY SHORE, NY 11706-8304
(631) 969-3100
FAX (631) 969-3101
E-MAIL INFO@EFWLAW.COM

MARVIN ESCHEN (1926 - 1995)
DAVID L. FRENKEL (NY)
TODD E. WEISMAN (NY)

SAMUEL J. REICHEL (NY)
LISA K. GORDON (NY)
JENNIFER COLEMAN (NY)
DINA L. SHUSTER (NY)
LINDA P. MANFREDI (NY & NJ)
JOSEPH F. BATTISTA (NY)
SONYA G. CHAZIN (NY & NJ)
JENNIFER T. PELKOWSKY (NJ)
DORI L. SCOVISH (NJ)
KEVIN M. BUTLER (NY)

ESCHEN, FRENKEL & WEISMAN
80 MAIN STREET
WEST ORANGE, NEW JERSEY 07052
(973) 325-8800

OF COUNSEL:
ROBERT F. SCHILLBERG, JR. (NY & NJ)
SCOTT I. GORDON (NY)

August 11, 2006

Douglas D. Demasi and Patricia Demasi
1216 Beekman Road
Hopewell Junction a/k/a Beekman, NY 12533

Re:     Loan #: 20838162
        Our File #: 21608
        Premises: 1216 Beekman Road, Hopewell Junction a/k/a Beekman, NY 12533
        **Outstanding Debt: $** 133,467.49

Dear Douglas D. Demasi and Patricia Demasi:

Please be advised that this firm represents Countrywide Home Loans, Inc., servicer of the above referenced loan.

You have failed to comply with the terms of your loan documents by failing to make the required monthly payments to Countrywide Home Loans, Inc.. As of the date of this letter, you owe $133,467.49. Because of interest, late charges and other charges that may vary from day to day, the amount due on the day you pay may be greater. Hence, if you pay the amount shown above, an adjustment may be necessary after we receive your check, in which event we will inform you before depositing the check for collection. For further information, you may contact our office at the number and/or address noted above.

Please be advised that Countrywide Home Loans, Inc., has retained this firm to exercise all of its rights and remedies at law, and in equity, including, but not limited to, the right to sell the above captioned premises at a public sale.

The above captioned premises may be redeemed at any time prior to a foreclosure sale.

Unless you dispute the validity of the debt, or any portion thereof, within **thirty (30)** days after receipt of this notice, the debt will be assumed to be a valid debt.

Exhibit
B

Page 2
August 11, 2006

Should you dispute the validity of the debt or any portion thereof, in writing, within **thirty (30)** days after receipt of this notice, verification of the amount due will be provided as soon as possible.

Should you wish to obtain the name and address of the original creditor to whom this debt was owed, if different from the creditor named herein, you must request, within **thirty (30)** days from the date of this letter, the name and address of the original creditor. Upon receipt of said request, the information will be forwarded to you.

Please guide your actions accordingly.

**THIS FIRM IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE.**

Very truly yours,

Linda P. Manfredi

cc:     Douglas D. Demasi and Patricia Demasi
        1214 Beekman Road,
        Hopewell Junction a/k/a Beekman, NY 12533

Patricia A. and Douglas D. De Masi Sr.
1214 Beekman Road
Hopewell Jct. New York 12533
845 227 5387, Fax 227 7312

Date August 28, 2006

Law Offices
Eschen, Frenkel and Weisman, LLP
20 West Main Street
Bay Shore, New York 11706-8304
631 969 3100, Fax 969 3101

Subject
Loan # 20838162

Mail Certified
#7005 0390 0005 4112 6744

Dear Ms. Manfredi

In response to your letter dated 8 11 06, as I have repeatedly stated to country wide home loans call centers, I don't feel that I'm late on any payments, nor do I agree with your balance, its just that simple.

I have repeatedly ask for the following material, and as of to days letter date I haven't received it, her are the items that I need to check against my records, please have country wide mail them to me as soon as possible.

1) Copy of the original mortgage note that they bought from Freemont, and what date.

2) Copy and complete payment history, starting from the first payment that I made to Freemont.

3) Copy of the payment history from my first payment to Country Wide.

4) Copy and explanation of any and all extra fees that Country wide is charging me.

5) Copy of all the notes and history that when Country wide call center would speak to my wife or I.

6) A clear explanation from Country Wide subsidiary mortgage company Spectrum, and Country wide them selves, on why they told my wife and I, we are great customers, and always pay on time, and they would like to offer us a great refinance loan, and when we were told the real numbers, we refused to refinance with them, because the refinance loan was a total rip off.

7) Copy's of all loan material from Spectrum, that they mailed us.

8) I was told by Country Wide call center, that I was three months behind, I don't agree with them, but I have no problem in sending them the three extra payments so this legal problem can be stopped, and in the mean time I will be able to match my records with your records, and try to find out what the problem is. But I may need other information later on if the information that Country Wide sends me isn't complete.

9) Please ,because of the impotence of this matter, from now on, any and all material, and documents from your office, Country Wide, or Spectrum, make sure that its mailed by U.S. CERTIFIED MAIL ONLY, and I feel that this matter can be solved easily.

Thank you

Doug
Doug

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

P.O. DeMaio, Sr.
1214 Decklman rd
Hope Well Jct of NY 12533

■ Complete items 1, 2, and 3. Also complete
item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
or on the front if space permits.

1. Article Addressed to:

LPU 02Dic
Eichen, Drenkel nd Versimax, LLP
30 West main Street
Bay Shore, New York 11706-8304

2. Article Number
(Transfer from service label)    7005 0390 0005 4112 6744

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X    [signature]    □ Agent
                    □ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?    □ Yes
   If YES, enter delivery address below:        □ No

3. Service Type
   ☑ Certified Mail    □ Express Mail
   □ Registered        □ Return Receipt for Merchandise
   □ Insured Mail      □ C.O.D.

4. Restricted Delivery? (Extra Fee)    □ Yes

---

POUGHQUAG MPO
POUGHQUAG, New York
125709998
3590960570-0097
08/21/2006  (800)275-8777 08:57:23 AM

=============================
Sales Receipt
Product        Sale Unit    Final
Description    Qty Price    Price
=============================

BAY SHORE NY 11706
First-Class                      $0.39
0.40 oz.
Return Rcpt (Green
Card)                            $1.85
Certified
Label #:    70050390000541126744
=============================
Issue PVI:                       $4.64
=============================
Total:                           $4.64

Paid by:
Cash
Change Due:                      $5.00
                                -$0.36

Bill#:1000300015053
Clerk:04



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

BAY SHORE NY 11706

Postage    $0.39              0570
Certified Fee    $2.40        04    Postmark
Return Receipt Fee                  Here
(Endorsement Required)  $1.85
Restricted Delivery Fee
(Endorsement Required)  $0.00
Total Postage & Fees  $  $4.64    08/21/2006

Sent To  LPU02Dic- Eichen, Drenkel nd Versmax
Street, Apt. No.; 30 West main street
or PO Box No.
City, State, ZIP+4  Bay Shore, New York 11706-8304

PS Form 3800, June 2002    See Reverse for Instructions

 **M&T Bank**

424 Route 376, Hopewell Junction, NY 12533
845 221 9161  FAX 845 226 4007

December 20, 2006

Countrywide Home loans
Corporation Head Quarters.
4500 Park Granada
Calabasas, CA  81302

RE: Douglas D. De Masi

Attention: Angelo r. Mozilo,

According to your records checks sent to you by Mr. De Masi for his mortgage payment
of $1,205.51 and drawn on M&T Bank have taken several weeks to clear. However,
copies of these checks have shown that when these checks have been submitted by
Countrywide they have been cleared within one to two days. Attached are copies of some
of these mortgage payments. One was submitted by Countrywide on 5/17/2006 and M&T
Bank cleared it on 5/18/2006. Another check was submitted on 6/05/2006 and was
cleared on 6/07/2006. Check # 1983 was submitted by Countrywide on 8/29/2003 and
was cleared by M&T on 9/02/03. I have attached copies of these checks as well as several
others. If you have any further questions you may contact me at 845-221-9161.

Sincerely,

Susan K .Truax
Assistant Branch Manager
Hopewell Junction

Patty and Doug De Masi Sr.
1214 Beekman Road
Hopewell Jct. N.Y. 12533
845 227 5387-Fax 227 7312

Date September 15, 2006                          Subject Matter

Law Offices                                       Our Home
Eachen, Frenkel, and Weisman, LLP                Loan # 20838162
20 West Main Street                               Certified Mail Only and
Bay Shore, New York 11706-8304                    Fax.
631 969 3100, Fax 631 969 3101
Attention Ms. Linda P. Manfredi

Dear Ms. Manfredi,

   Your putting my wife and I in to Bankruptcy court, and your well wear of this, there's
a problem and I don't understand why or what's going on, why you refuse to return my
phone calls.
   I've been in contact with Country wide employees about our home and the payments
and they say I'm late, I say I'm not late, and that I'm requesting a payment history from
Country wide and to try to figure out the problem. I'm told to call up your office because
Country wide now tells me that our home is in foreclosure, so I get your phone number
and I call up, and I speak to Beth on 8-9-06 , she tells me that this case is so new that's
it's not even in the computer yet and that she would need my ss #, to look up the case and
that I should write a simple letter to the attorney that is handeling this case, Ms. Alina
And I did write a letter to Ms. Alina on 8-9-06.
   Then I receive a letter from you Dated 8-11-2006, that tell me that if I don't agree
with the amount of the debt that I have to reply with in thirty days of recite of your letter,
and I did just that, and I mailed my letter to you on 8-18-2006, using Certified Mail #
7005-0390-0005-4112-6744 and your office signed for it on 8-23-2006.
   Then I received another letter from you on 8-17-2006, and I'm trying to understand
these figures, and how you came about hem.
   Now on 8-25-2006, I write a letter to Country wide, using certified mail only# 7005-
0390-0005-4112-6720, with Septembers payment along with the three added payments
that they say I'm behind, but I don't and I'm still waiting for the payment history to
match up from my cancel checks.
   Then Patty, as she is getting the Sunday news paper in the morning of 9-3-2006, out
of the news paper box at the end of our driveway  she sees the foreclosure papers mix
with in the Sunday news paper, how unprofessional and  irresponsible can you
be???????????
WHAT WOULLD HAPPEN IF THE STORM HAD DAMAGED THE NEWS PAPER
BOX AND THE HIGWAY CREW WOULD HAVE RUN IT OVER THE NEWS
PAPER ALONG WITH THE FORECLOSURER PAPERS AS THEY ARE
TOGETHER, REMOVEING DEBRIS FROM THE ROAD FROM THE  STORM OR IF

THE SUNDAYS NEW PAPER WAS STOLEN FROM THE NEWS PAPER BOX OUR HOME IS SEVEN HUNDERD FEET FROM THE MAIN ROAD WHERE THE NEWS PAPER BOX IS AND THE NEWS PAPER HAS BEEN STOLE BEFORE????????????????????????????????????????????????????????? WE WOULD HAVE BEEN SCREED, AND YOU NOW IT, AND YOU PLANDED IT THAT WAY.I THOUGHT ATTORNEYS HAD A HIGHER DEGREE FOR BEING HONEST UP FRONT AND MORE PROFFESSIONAL ????????????

Your probably mad at me, because Patty found the foreclosure papers, that why you have failed to return my phone calls to your office that I made on 9-11-2006 at about 9-30 in the morning and again on 9-13 about 1-30 in the afternoon.

Furthermore, what I don't understand is that Country wide employees, Ms. Linda Cervantes and Ms. Sara Thomas that we spoke very clearly and polite to one another and they both said to me that I don't have any thing to worried about, there isn't a sale date yet, but I tried to explained to them that I have to hire a lawyer and this will cost thousands of dollars to answer to the fore closure papers with in thirty days of recite of the paper work, Then Ms. Sara Thomas ask me for an updated finance of what we could afford to spend, I gave her what she wanted, and Ms. Thomas said that we are pre qualified for payment modifications and that this would take about three to four weeks, again I ask her since we have a plan that I would need a letter from her for a sixty day extension on the foreclosure papers, she said that can only come from you.

Once again I tried to explain to Ms. Thomas that I had to answer the papers with in thirty days or Country wide will have a JUDGEMENT AGAINST OUR HOME, AND WE WILL LOSE OUR HOME, ITS JUST THAT SIMPLE, AND HOW DON'T YOU UNDERSTAD THIS, Ms. Thomas again tried to explain that there isn't a sale date yet And there is nothing to worried about , and that Country wide is only trying to help????????????? Then I told her about the big news paper article, dated September 4, 2006, about a couple, Mr. Carl and Mrs. JoAnne Kelsoe that had there mortgage sold to other banks and then your company ended up with it, they said that they have cancel check for all of there payments, but you foreclosed on them any way, and the assistant attorney general Mr. Mark Hoops said that there looking in to the problem, but because you have a(judgement against them), it makes it harder for his office, to try to help, then your spokes women Ms. Ginny Zoroaster said she can't speak on this matter, and so why do you have any doubt about how upset and nerves Patty and I are, what don't you understand??????????????? What's the problem with you giving us a sixty day extension??????? And what happens whenI do prove that we are not late and should have never been in foreclosure????????? Do you rein burst us for the added expense and aggregation that you have caused us???????? What's the real reason why you won't call me back or simple fax a letter clearly giving us the sixty day extensions since your side needs at least four weeks in preparing the paper work???????????????????

I have read news papers articles on how banks and there lawyers make so much more money on foreclosing on homes, and they have said that this is really a wind fall of added money in there pocket.

Ms. Man field, we really don't want to go bankruptcy court, but you're forcing us to, even if I'm wrong in my figures, which I feel I'm not, I can still add the payments on to the remaining payments until the balance is paid off, and I'm up to date. I will wait until Friday September 22, 2006 for your response, the lawyer that I spoke to and that have

called your office, has said since both sides are working together to solve this problem, Then its standard procedure for the banks attorneys to give a sixty day extension with out any problems what so ever.

In the past, Spectrum lending and Country wide have been using the strong arm tactics In telling Patty and I that we have to refinance and this will save us about $50,000,00 in thirty years, and our payments will go from $1,205,51 , to $1,205,00, and the closing cost will be $16,000,00, so we will be( saving fifty one cents each month),( what a deal), but our mortgage will grow from about $129,000,00 to about $150,000,00, and on top of that, they keep on saying, trust us, we know what's best for you.

The constant phone calls or the paper work that was mailed to us or fax was getting us so overwhelmed, that I told them if they don't stop I'm going to call the New York Police. When I said that, they told me that there going to fix it for us, and they did just that, payments stared to take weeks to clear and some checks they never cashed at all, and then I would start to get the phone calls at night, telling us that were late, I have even had the loan officers yell and tell my wife and I, that there going to foreclose on our hone and have the police there to throw us out of our home, and there is no way that we can win, against Spectrum lending and Country wide, and we will destroy you and there's, nothing, we can do about it, and were nothing at all but a paycheck and a number, and know more.

Thank You

*Patty and Doug*

Patty and Doug

Checks not cashed and never returned
# 2108-$1205,51-date of check 1-20-04 February Payment.
# 2415-$1205,51-Date of check 4-03-05 March payment
# 2551-$1205,51-Date of check 9-16-05 October Payment
# 2643-$1205,51-Date of check 1-12-06 February Payment
#  2749-$1205,51-Date of check 6-29-06 July Payment

Checks not cashed and returned
# 2764-$1205,51-Date of check 8-06-06 August Payment
#2773- $4822,08-Date of check 8-25-06 September Payment and three extra payments

CC. list , mailed and fax to the following
Mr. Eliot Spitzer, New York Attorney General
The Capital , Albany New York, 12224-0341
Phone # 1-518-474-7330

Mr. Angelelo R. Mozilo Ceo
Country Wide Home Loans
Corporation Headquarters
4500 Park Granada
Calabasas, California, 91302
Phone # 1-818-225-3000
Fax # 1-818-225-4052

Transaction Processed

Page 1 of 1

ebrn68w is Logged on
Logon as a Different User

**Research Service Center**
**Transaction Processed**

Exit Application
Page Expires: 14:52

## Your request submitted successfully!

| | |
|---|---|
| Date Requested: | **12/04/2006** |
| Confirmation Number: | **001056738100198** |
| Account Number: | **000011000911188367** |
| Customer Name: | PATRICIA DEMASI |
| Request Type: | Check/Wd/Misc DR CR/Pymt/Savings Bond-Single Photo Copy |
| Deliver to: | Requestor |
| Delivery Option: | Email |

Expected Completion:

<4 copies - 24 Hours ~~~~~ 5 - 29 copies - 48 Hours ~~~~~ Incomplete Information - 72 Hours

>30 copies - Requestor will be notified

Print Form

Main Menu                    Account Locate                    Request Menu

#1983  9/3/03  1205.51

## M&T Bank

| ACCOUNT NO. | ACCOUNT TYPE |
|---|---|
| 11000911188367 | PAY AS YOU GO CHECKING |

| STATEMENT PERIOD | PAGE |
|---|---|
| AUG.16-SEP.17,2003 | 1 OF 2 |

00   14 03814M M   021

8572

PATRICIA DEMASI
DOUGLAS D DEMASI
1216 BEEKMAN RD
HOPEWELL JUNCTION NY 12533

HOPEWELL JUNCTION

## ACCOUNT SUMMARY

| BEGINNING BALANCE | DEPOSITS & OTHER ADDITIONS | | CHECKS PAID | | OTHER SUBTRACTIONS | | CURRENT INTEREST PD | ENDING BALANCE |
|---|---|---|---|---|---|---|---|---|
| | NO. | AMOUNT | NO. | AMOUNT | NO. | AMOUNT | | |
| 448.42- | 4 | 29,884.74 | 14 | 3,238.22 | 23 | 1,743.36 | 0.00 | 24,454.74 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS, INTEREST & OTHER ADDITIONS | CHECKS & OTHER SUBTRACTIONS | DAILY BALANCE |
|---|---|---|---|---|
| 08-16-03 | BEGINNING BALANCE | | | $448.42- |
| 08-20-03 | INSUFFICIENT FUNDS FEE-AOL*ONLINE SERV ICE 0803 | | 30.00 | 478.42- |
| 08-22-03 | INSUFFICIENT FUNDS FEE-AOL*ONLINE SERV ICE 0803 | | 30.00 | 508.42- |
| 08-25-03 | DEPOSIT | 3,800.00 | | 3,291.58 |
| 08-26-03 | M&T ATM CASH WITHDRAWAL ON 08/26 | | 500.00 | |
| | ROUTE 55 OFFICE,1100 ROUTE 55,LAGRANGEVILLE,NY | | | 2,791.58 |
| 08-27-03 | AOL*ONLINE SERV ICE 0803 | | 28.90 | 2,762.68 |
| 08-28-03 | CHECK NUMBER 1990 | | 541.18 | |
| 08-28-03 | SEARS ROEBUCK   1333      POUGHKEEPS | | 59.48 | |
| 08-28-03 | BEEKMAN PHARMACY        POUGHQUAG | | 51.96 | 2,110.06 |
| 09-03-03 | US TREASURY 303  SOC SEC | 1,201.00 | | |
| 09-03-03 | CHECK NUMBER 1983 | | 1,205.51 | |
| 09-03-03 | CHECK NUMBER 1984 | | 400.58 | |
| 09-03-03 | CHECK NUMBER 1987 | | 280.60 | |
| 09-03-03 | CHECK NUMBER 1988 | | 130.00 | |
| 09-03-03 | ATM CASH WITHDRAWAL ON 09/02 | | 101.00 | |
| | IBM HUDSON    415 RTE 376 SUITE HOPEWELL JUCTNY | | | |
| 09-03-03 | EFT SERVICE CHARGE | | 1.75 | |
| 09-03-03 | CHECK NUMBER 1996 | | 35.00 | 1,156.62 |
| 09-04-03 | DEPOSIT | 600.00 | | |
| 09-04-03 | ATM CASH WITHDRAWAL ON 09/04 | | 101.00 | |
| | IBM HUDSON    415 RTE 376 SUITE HOPEWELL JUCTNY | | | |
| 09-04-03 | EFT SERVICE CHARGE | | 1.75 | |
| 09-04-03 | CHECK NUMBER 1989 | | 81.60 | 1,572.27 |
| 09-05-03 | NORTHERN HEART SPECIALISTBREWSTER | | 30.00 | |
| 09-05-03 | SUNOCO           HOPEWELL J | | 25.00 | 1,517.27 |
| 09-08-03 | HOLIDAY INNS        LAKE GEORG | | 191.97 | |
| 09-08-03 | CHECK NUMBER 1998 | | 116.00 | |
| 09-08-03 | ATM CASH WITHDRAWAL ON 09/06 | | 101.50 | |
| | WALMART #2424    TICONDEROGA  NY | | | |

# ▲▲ M&T Bank

| ACCOUNT NO. | ACCOUNT TYPE |
|---|---|
| 11000911188367 | PAY AS YOU GO CHECKING |

| STATEMENT PERIOD | PAGE |
|---|---|
| AUG.16-SEP.17,2003 | 2 OF 2 |

PATRICIA DEMASI
DOUGLAS D DEMASI

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS INTEREST & OTHER ADDITIONS | CHECKS & OTHER SUBTRACTIONS | DAILY BALANCE |
|---|---|---|---|---|
| 09-08-03 | EFT SERVICE CHARGE | | 1.75 | |
| 09-08-03 | M&T ATM CASH WITHDRAWAL ON 09/07 | | 100.00 | |
| | HOPEWELL JNCT, RTE 82 & 376, HOPEWELL JNCT, NY | | | |
| 09-08-03 | CHECK NUMBER 1995 | | 70.00 | |
| 09-08-03 | CHECK NUMBER 1997 | | 47.26 | |
| 09-08-03 | CHECK NUMBER 1999 | | 25.00 | 863.79 |
| 09-09-03 | STOP PAYMENT FEE | | 30.00 | |
| 09-09-03 | M&T ATM CASH WITHDRAWAL ON 09/09 | | 100.00 | |
| | HOPEWELL JNCT, RTE 82 & 376, HOPEWELL JNCT, NY | | | 733.79 |
| 09-10-03 | CHECK NUMBER 2000 | | 250.00 | |
| 09-10-03 | M&T ATM CASH WITHDRAWAL ON 09/10 | | 200.00 | |
| | HOPEWELL JNCT, RTE 82 & 376, HOPEWELL JNCT, NY | | | 283.79 |
| 09-11-03 | CHECK NUMBER 2002 | | 30.49 | |
| 09-11-03 | CHECK NUMBER 2001 | | 25.00 | 228.30 |
| 09-17-03 | DEPOSIT | 24,283.74 | | |
| 09-17-03 | BEEKMAN PHARMACY          POUGHQUAG | | 50.00 | |
| 09-17-03 | TOTAL OF FEES FOR WITHDRAWALS BY CHECK | | 2.80 | |
| 09-17-03 | FEE FOR CHECK RETURN OPTION | | 1.00 | |
| 09-17-03 | SERVICE CHARGE | | 3.50 | 24,454.74 |
| | ENDING BALANCE | | | $24,454.74 |

| CHECKS PAID SUMMARY | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1983 | 09-03-03 | 1,205.51 | 1984 | 09-03-03 | 400.58 | 1987* | 09-03-03 | 280.60 |
| 1988 | 09-03-03 | 130.00 | 1989 | 09-04-03 | 81.60 | 1990 | 08-28-03 | 541.18 |
| 1995* | 09-08-03 | 70.00 | 1996 | 09-03-03 | 35.00 | 1997 | 09-08-03 | 47.26 |
| 1998 | 09-08-03 | 116.00 | 1999 | 09-03-03 | 25.00 | 2000 | 09-10-03 | 250.00 |
| 2001 | 09-11-03 | 25.00 | 2002 | 09-11-03 | 30.49 | | | |

M&T INSURANCE SERVICES UNDERSTANDS THAT YOU WANT TO PROTECT YOUR FAMILY FROM THE UNEXPECTED.  THAT'S WHY WE OFFER LIFE, DISABILITY AND LONG-TERM CARE INSURANCE. STOP BY YOUR NEAREST M&T BANK BRANCH TODAY OR VISIT WWW.MANDTBANK.COM TO FIND OUT MORE.   M&T INSURANCE SERVICES, A DIVISION OF M&T BANK N.A. UNDERSTANDING WHAT'S IMPORTANT. INSURANCE PRODUCTS: ARE NOT DEPOSITS * ARE NOT FDIC INSURED * ARE NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY * HAVE NO BANK GUARANTEE * INSURANCE PRODUCTS ARE OBLIGATIONS OF THE INSURANCE COMPANIES THAT ISSUE THE POLICIES.

## M&T Bank

| ACCOUNT NO. | ACCOUNT TYPE |
|---|---|
| 11000911188367 | PAY AS YOU GO CHECKING |

| STATEMENT PERIOD | PAGE |
|---|---|
| FEB.18-MAR.17,2005 | 1 OF 2 |

00    14 03814M M    021

PATRICIA DEMASI
DOUGLAS D DEMASI
1216 BEEKMAN RD
HOPEWELL JUNCTION NY 12533

HOPEWELL JUNCTION

## ACCOUNT SUMMARY

| BEGINNING BALANCE | DEPOSITS & OTHER ADDITIONS | | CHECKS PAID | | OTHER SUBTRACTIONS | | CURRENT INTEREST PD | ENDING BALANCE |
|---|---|---|---|---|---|---|---|---|
| | NO. | AMOUNT | NO. | AMOUNT | NO. | AMOUNT | | |
| 223.84 | 7 | 6,145.00 | 14 | 3,852.07 | 16 | 1,159.04 | 0.00 | 1,357.73 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS, INTEREST & OTHER ADDITIONS | CHECKS & OTHER SUBTRACTIONS | DAILY BALANCE |
|---|---|---|---|---|
| 02-18-05 | BEGINNING BALANCE | | | $223.84 |
| 02-18-05 | DEPOSITED ITEM RETURNED | | 4.99 | |
| 02-18-05 | RETURNED DEPOSITED ITEM FEE | | 10.00 | 208.85 |
| 02-22-05 | DEPOSIT | 500.00 | | |
| 02-22-05 | TWX*AOL SERVICE 0205 | | 28.90 | |
| 02-22-05 | CAPITAL ONE    CHECK PYMT 000000000002378 | | 25.00 | 654.95 |
| 02-23-05 | CHECK NUMBER 2372 | | 51.90 | |
| 02-23-05 | KEYCREDITCARDPMT CHECK PYMT 000000000002376 | | 50.00 | |
| 02-23-05 | CHECK NUMBER 2377 | | 25.00 | |
| 02-23-05 | CHECK NUMBER 2374 | | 25.00 | |
| 02-23-05 | M&T ATM CASH WITHDRAWAL ON 02/23 | | 20.00 | |
| | HOPEWELL JNCT,RTE 82 & 376,HOPEWELL JNCT,NY | | | 483.05 |
| 02-24-05 | CHECK NUMBER 2375 | | 100.00 | |
| 02-24-05 | ECHOSTAR COMMUNI DISHCKPYMT 000000000002373 | | 49.80 | 333.25 |
| 02-25-05 | US TREASURY 220 TAX REFUND | 2,582.00 | | |
| 02-25-05 | M&T ATM CASH WITHDRAWAL ON 02/25 | | 500.00 | |
| | HOPEWELL JNCT,RTE 82 & 376,HOPEWELL JNCT,NY | | | |
| 02-25-05 | CHECK NUMBER 2379 | | 25.00 | 2,390.25 |
| 03-01-05 | CHECK NUMBER 2385 | | 200.00 | 2,190.25 |
| 03-02-05 | DEPOSIT | 300.00 | | |
| 03-02-05 | CHECK NUMBER 2383 | | 1,205.51 | |
| 03-02-05 | CHECK NUMBER 2380 | | 400.00 | |
| 03-02-05 | M&T ATM CASH WITHDRAWAL ON 03/02 | | 300.00 | |
| | HOPEWELL JNCT,RTE 82 & 376,HOPEWELL JNCT,NY | | | |
| 03-02-05 | CAPITAL ONE    CHECK PYMT 000000000002382 | | 100.00 | 484.74 |
| 03-03-05 | US TREASURY 303  SOC SEC | 1,259.00 | | |
| 03-03-05 | CHECK NUMBER 2384 | | 109.72 | |
| 03-03-05 | CHECK NUMBER 2381 | | 100.00 | |
| 03-03-05 | WM SUPERCENTER      FISHKILL | | 8.05 | 1,525.97 |
| 03-04-05 | DELL FINANCIAL    CHECK PYMT 000000000002386 | | 50.00 | 1,475.97 |

**M&T Bank**

| ACCOUNT NO. | ACCOUNT TYPE |
|---|---|
| 11000911188367 | PAY AS YOU GO CHECKING |

| STATEMENT PERIOD | PAGE |
|---|---|
| FEB.18-MAR.17,2005 | 2 OF 2 |

PATRICIA DEMASI
DOUGLAS D DEMASI

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS, INTEREST & OTHER ADDITIONS | CHECKS & OTHER SUBTRACTIONS | DAILY BALANCE |
|---|---|---|---|---|
| 03-07-05 | DEPOSIT | 400.00 | | |
| 03-07-05 | CHECK NUMBER 2067 | | 1,205.51 | 670.46 |
| 03-08-05 | CHECK NUMBER 2387 | | 172.43 | |
| 03-08-05 | CHECK NUMBER 0064 | | 132.00 | |
| 03-08-05 | CHECK NUMBER 2388 | | 100.00 | 266.03 |
| 03-09-05 | TOTAL OF CHECK PHOTOCOPY FEES | | 5.00 | 261.03 |
| 03-16-05 | NY STATE TAX REFUND | 1,004.00 | | |
| 03-16-05 | DEPOSIT | 100.00 | | 1,365.03 |
| 03-17-05 | TOTAL OF FEES FOR WITHDRAWALS BY CHECK | | 2.80 | |
| 03-17-05 | FEE FOR CHECK RETURN OPTION | | 1.00 | |
| 03-17-05 | SERVICE CHARGE | | 3.50 | 1,357.73 |
| | ENDING BALANCE | | | $1,357.73 |

### CHECKS PAID SUMMARY

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 64 | 03-08-05 | 132.00 | 2067* | 03-07-05 | 1,205.51 | 2372* | 02-23-05 | 51.90 |
| 2374* | 02-23-05 | 25.00 | 2375 | 02-24-05 | 100.00 | 2377* | 02-23-05 | 25.00 |
| 2379* | 02-25-05 | 25.00 | 2380 | 03-02-05 | 400.00 | 2381 | 03-03-05 | 100.00 |
| 2383* | 03-02-05 | 1,205.51 | 2384 | 03-03-05 | 109.72 | 2385 | 03-01-05 | 200.00 |
| 2387* | 03-08-05 | 172.43 | 2388 | 03-08-05 | 100.00 | | | |

WHEN IT COMES TO INVESTMENTS, HOW DO YOU KNOW WHAT'S RIGHT FOR YOU?  LET A
FINANCIAL CONSULTANT HELP YOU PLAN AHEAD FOR EVERY STAGE OF YOUR LIFE.  TO MAKE
AN APPOINTMENT, CONTACT US AT WWW.MANDTBANK.COM/CONTACTINVESTMENTS OR VISIT YOUR
NEAREST BRANCH.

INVESTMENTS: * ARE NOT FDIC-INSURED * HAVE NO BANK GUARANTEE * MAY LOSE VALUE
SEE ADDITIONAL DISCLOSURES AT WWW.MANDTBANK.COM/CONTACTINVESTMENTS.

**M&T Bank**

| ACCOUNT NO. | ACCOUNT TYPE |
|---|---|
| 11000911188367 | PAY AS YOU GO CHECKING |

| STATEMENT PERIOD | PAGE |
|---|---|
| APR.17-MAY.17,2004 | 1 OF 3 |

00    23 03814M M    021

PATRICIA DEMASI
DOUGLAS D DEMASI
1216 BEEKMAN RD
HOPEWELL JUNCTION NY 12533

HOPEWELL JUNCTION

## ACCOUNT SUMMARY

| BEGINNING BALANCE | DEPOSITS & OTHER ADDITIONS | | CHECKS PAID | | OTHER SUBTRACTIONS | | CURRENT INTEREST PD | ENDING BALANCE |
|---|---|---|---|---|---|---|---|---|
| | NO. | AMOUNT | NO. | AMOUNT | NO. | AMOUNT | | |
| 491.35 | 5 | 13,661.00 | 23 | 11,587.95 | 27 | 2,472.39 | 0.00 | 92.01 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS, INTEREST & OTHER ADDITIONS | CHECKS & OTHER SUBTRACTIONS | DAILY BALANCE |
|---|---|---|---|---|
| 04-17-04 | BEGINNING BALANCE | | | $491.35 |
| 04-19-04 | BEEKMAN PHARMACY        POUGHQUAG | | 111.47 | |
| 04-19-04 | CHECK NUMBER 2143 | | 35.00 | |
| 04-19-04 | Chase Card Serv  ACHPAYMENT 000000000002142 | | 25.00 | 319.88 |
| 04-20-04 | TWX*AOL SERVICE 0404 | | 28.90 | 290.98 |
| 04-21-04 | CHECK NUMBER 2145 | | 96.20 | |
| 04-21-04 | WM SUPERCENTER        FISHKILL | | 38.59 | |
| 04-21-04 | CHECK NUMBER 2140 | | 35.00 | 121.19 |
| 04-22-04 | CHECK NUMBER 2135 | | 14.00 | |
| 04-22-04 | CHECK NUMBER 2139 | | 12.00 | 95.19 |
| 04-23-04 | CHECK NUMBER 2144 | | 147.00 | |
| 04-23-04 | STOP & SHOP #517        HOPEWELL J | | 31.25 | 83.06- |
| 04-26-04 | INSUFFICIENT FUNDS FEE-CHECK NUMBER 2144 | | 30.00 | |
| 04-26-04 | INSUFFICIENT FUNDS FEE-STOP & SHOP #517 | | 30.00 | |
| 04-26-04 | CHECK NUMBER 2148 | | 35.00 | 178.06- |
| 04-27-04 | REVERSE CHECK PAID | 35.00 | | |
| 04-27-04 | INSUFFICIENT FUNDS FEE-CHECK NUMBER 2148 | | 30.00 | |
| 04-27-04 | FILENES        ACCT PYMT 000000000002154 | | 25.00 | 198.06- |
| 04-28-04 | DEPOSIT | 12,000.00 | | |
| 04-28-04 | INSUFFICIENT FUNDS FEE-FILENES        ACCT PY | | 30.00 | 11,771.94 |
| 04-29-04 | CHECK NUMBER 2153 | | 220.00 | 11,551.94 |
| 04-30-04 | CHECK NUMBER 2155 | | 3,300.00 | |
| 04-30-04 | CHECK NUMBER 2148 | | 35.00 | 8,216.94 |
| 05-03-04 | US TREASURY 303  SOC SEC | 1,226.00 | | |
| 05-03-04 | CAPITAL ONE     CHECK PYMT 000000000002149 | | 1,065.35 | |
| 05-03-04 | CHECK NUMBER 2150 | | 376.58 | |
| 05-03-04 | ATM CASH WITHDRAWAL ON 04/30 | | 302.00 | |
| | KEYBANK NA    ROUTE 55        POUGHQUAG    NY | | | |
| 05-03-04 | EFT SERVICE CHARGE | | 1.75 | |
| 05-03-04 | SEARS ROEBUCK  1333        POUGHKEEPS | | 178.53 | |

## M&T Bank

| ACCOUNT NO. | ACCOUNT TYPE |
|---|---|
| 11000911188367 | PAY AS YOU GO CHECKING |

| STATEMENT PERIOD | PAGE |
|---|---|
| APR.17-MAY.17,2004 | 2 OF 3 |

PATRICIA DEMASI
DOUGLAS D DEMASI

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS,INTEREST & OTHER ADDITIONS | CHECKS & OTHER SUBTRACTIONS | DAILY BALANCE |
|---|---|---|---|---|
| 05-03-04 | M&T ATM CASH WITHDRAWAL ON 05/03 | | 100.00 | |
| | WAPPINGERS FL DI,1568 RTE 9,WAPPINGERS FALLS,NY | | | |
| 05-03-04 | DICK'S SPORTINGGOODS      POUGHKEEPS | | 73.57 | |
| 05-03-04 | CUMBERLAND   91804062      HOPEWELL | | 29.75 | 7,315.41 |
| 05-04-04 | CHECK NUMBER 2122 | | 1,205.51 | |
| 05-04-04 | CHECK NUMBER 2147 | | 1,205.51 | |
| 05-04-04 | CHECK NUMBER 2115 | | 1,205.51 | |
| 05-04-04 | CHECK NUMBER 2146 | | 961.14 | |
| 05-04-04 | CHECK NUMBER 2151 | | 50.00 | 2,687.74 |
| 05-05-04 | CHECK NUMBER 2121 | | 961.14 | |
| 05-05-04 | CHECK NUMBER 2160 | | 240.00 | |
| 05-05-04 | M&T ATM CASH WITHDRAWAL ON 05/05 | | 100.00 | |
| | HOPEWELL JNCT,RTE 82 & 376,HOPEWELL JNCT,NY | | | 1,386.60 |
| 05-06-04 | ATM CASH WITHDRAWAL ON 05/05 | | 102.00 | |
| | KEYBANK NA    ROUTE 55      POUGHQUAG    NY | | | |
| 05-06-04 | EFT SERVICE CHARGE | | 1.75 | |
| 05-06-04 | CHECK NUMBER 2158 | | 93.20 | |
| 05-06-04 | Chase Card Serv  ACHPAYMENT 000000000002157 | | 25.00 | 1,164.65 |
| 05-07-04 | CHECK NUMBER 2116 | | 961.14 | |
| 05-07-04 | CHECK NUMBER 2152 | | 82.17 | |
| 05-07-04 | CHECK NUMBER 2156 | | 25.00 | 96.34 |
| 05-10-04 | DEPOSIT | 300.00 | | |
| 05-10-04 | CHECK NUMBER 2161 | | 194.85 | |
| 05-10-04 | CHECK NUMBER 2159 | | 132.00 | |
| 05-10-04 | A&P #003          LA GRANGE | | 23.38 | 46.11 |
| 05-14-04 | DEPOSIT | 100.00 | | 146.11 |
| 05-17-04 | BEEKMAN PHARMACY      POUGHQUAG | | 45.00 | |
| 05-17-04 | TOTAL OF FEES FOR WITHDRAWALS BY CHECK | | 4.60 | |
| 05-17-04 | FEE FOR CHECK RETURN OPTION | | 1.00 | |
| 05-17-04 | SERVICE CHARGE | | 3.50 | 92.01 |
| | ENDING BALANCE | | | $92.01 |

| CHECKS PAID SUMMARY | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2115 | 05-04-04 | 1,205.51 | 2116 | 05-07-04 | 961.14 | 2121* | 05-05-04 | 961.14 |
| 2122 | 05-04-04 | 1,205.51 | 2135* | 04-22-04 | 14.00 | 2139* | 04-22-04 | 12.00 |
| 2140 | 04-21-04 | 35.00 | 2143* | 04-19-04 | 35.00 | 2144 | 04-23-04 | 147.00 |
| 2145 | 04-21-04 | 96.20 | 2146 | 05-04-04 | 961.14 | 2147 | 05-04-04 | 1,205.51 |

**M&T Bank**

| ACCOUNT NO. | ACCOUNT TYPE |
|---|---|
| 11000911188367 | PAY AS YOU GO CHECKING |

| STATEMENT PERIOD | PAGE |
|---|---|
| APR.17-MAY.17,2004 | 3 OF 3 |

PATRICIA DEMASI
DOUGLAS D DEMASI

| | CHECKS PAID SUMMARY | | | | | | |
|---|---|---|---|---|---|---|---|
| 2148 | 04-26-04 | 35.00 | 2148R | 04-27-04 | 35.00 | 2148 | 04-30-04 | 35.00 |
| 2150* | 05-03-04 | 376.58 | 2151 | 05-04-04 | 50.00 | 2152 | 05-07-04 | 82.17 |
| 2153 | 04-29-04 | 220.00 | 2155* | 04-30-04 | 3,300.00 | 2156 | 05-07-04 | 25.00 |
| 2158* | 05-06-04 | 93.20 | 2159 | 05-10-04 | 132.00 | 2160 | 05-05-04 | 240.00 |
| 2161 | 05-10-04 | 194.85 | | | | | |

AT M&T BANK, WE ARE COMMITTED TO PROTECTING YOUR PERSONAL AND FINANCIAL INFORMATION.  WHETHER YOU'RE
BANKING ONLINE, BY PHONE OR AT ONE OF OUR BRANCHES WE WANT TO HELP YOU PROTECT YOUR PERSONAL
INFORMATION AND FINANCIAL ASSETS BY PROVIDING YOU WITH HELPFUL ADVICE AND TIPS LOCATED AT
WWW.MANDTBANK.COM/SECURITY IF YOU HAVE ANY QUESTIONS, PLEASE CALL THE M&T TELEPHONE BANKING CENTER AT
1-800-724-2440.

**M&T Bank**

| ACCOUNT NO. | ACCOUNT TYPE |
|---|---|
| 11000911188367 | PAY AS YOU GO CHECKING |

| STATEMENT PERIOD | PAGE |
|---|---|
| JUN.18-JUL.15,2005 | 1 OF 3 |

00    26 03814M M    021

PATRICIA DEMASI
DOUGLAS D DEMASI
1216 BEEKMAN RD
HOPEWELL JUNCTION NY 12533

HOPEWELL JUNCTION

## ACCOUNT SUMMARY

| BEGINNING BALANCE | DEPOSITS & OTHER ADDITIONS | | CHECKS PAID | | OTHER SUBTRACTIONS | | CURRENT INTEREST PD | ENDING BALANCE |
|---|---|---|---|---|---|---|---|---|
| | NO. | AMOUNT | NO. | AMOUNT | NO. | AMOUNT | | |
| 918.95 | 5 | 9,269.50 | 26 | 6,298.62 | 18 | 3,697.26 | 0.00 | 192.57 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS, INTEREST & OTHER ADDITIONS | CHECKS & OTHER SUBTRACTIONS | DAILY BALANCE |
|---|---|---|---|---|
| 06-18-05 | BEGINNING BALANCE | | | $918.95 |
| 06-20-05 | TWX*AOL SERVICE 0605 | | 28.90 | |
| 06-20-05 | SEARS PAYMENT    CHECK PYMT 000000000002466 | | 25.00 | |
| 06-20-05 | SEARS PAYMENT    CHECK PYMT 000000000002464 | | 25.00 | 840.05 |
| 06-21-05 | CHECK NUMBER 2451 | | 103.51 | |
| 06-21-05 | CHECK NUMBER 2465 | | 100.00 | |
| 06-21-05 | CHECK NUMBER 2460 | | 62.16 | |
| 06-21-05 | CHECK NUMBER 2471 | | 170.00 | 404.38 |
| 06-22-05 | CHECK NUMBER 2459 | | 400.00 | 4.38 |
| 06-24-05 | INCOMING FEDWIRE FUNDS TRANSFER | 7,800.00 | | |
| | 024069991 DORIS DEMASI-STANO 1186 B | | | 7,804.38 |
| 06-27-05 | AMERICAN EXPRESS CHECK PYMT 000000000002456 | | 3,146.77 | |
| 06-27-05 | CHECK NUMBER 2462 | | 46.30 | 4,611.31 |
| 06-28-05 | CHECK NUMBER 2463 | | 229.79 | |
| 06-28-05 | CHECK NUMBER 2476 | | 165.82 | |
| 06-28-05 | CHECK NUMBER 2461 | | 150.39 | |
| 06-28-05 | CHECK NUMBER 2467 | | 99.60 | |
| 06-28-05 | CHECK NUMBER 2470 | | 99.31 | |
| 06-28-05 | PILENES    ACCT PYMT 000000000002473 | | 55.19 | |
| 06-28-05 | PILENES    ACCT PYMT 000000000002472 | | 50.00 | |
| 06-28-05 | CAPITAL ONE ARC   CHECK PYMT 000000000002474 | | 50.00 | |
| 06-28-05 | CHECK NUMBER 2458 | | 75.71 | 3,635.50 |
| 06-29-05 | NYS PARK RESERVATIONS BALLSTON SPA | 110.50 | | |
| 06-29-05 | CHECK NUMBER 2457 | | 1,205.51 | |
| 06-29-05 | CHECK NUMBER 2422 | | 1,205.51 | |
| 06-29-05 | CAPITAL ONE ARC   CHECK PYMT 000000000002475 | | 50.00 | 1,284.98 |
| 06-30-05 | CHECK NUMBER 2477 | | 300.00 | |
| 06-30-05 | CHECK NUMBER 2452 | | 97.36 | |
| 06-30-05 | AMERICAN EXPRESS CHECK PYMT 000000000002480 | | 50.00 | 837.62 |
| 07-01-05 | US TREASURY 303  SOC SEC | 1,259.00 | | |

**M&T Bank**

| ACCOUNT NO. | ACCOUNT TYPE |
|---|---|
| 11000911188367 | PAY AS YOU GO CHECKING |

| STATEMENT PERIOD | PAGE |
|---|---|
| JUN.18-JUL.15,2005 | 2 OF 3 |

PATRICIA DEMASI
DOUGLAS D DEMASI

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS, INTEREST & OTHER ADDITIONS | CHECKS & OTHER SUBTRACTIONS | DAILY BALANCE |
|---|---|---|---|---|
| 07-01-05 | CHECK NUMBER 2479 | | 200.00 | |
| 07-01-05 | DELL FINANCIAL    CHECK PYMT 000000000002478 | | 50.00 | |
| 07-01-05 | CHECK NUMBER 2453 | | 17.97 | |
| 07-05-05 | CHECK NUMBER 2455 | | 55.90 | 1,828.65 |
| 07-05-05 | EXXONMOBIL    CHECKPAYMT 000000000002481 | | 50.00 | 1,722.75 |
| 07-06-05 | CHECK NUMBER 2482 | | 1,159.40 | |
| 07-06-05 | CHECK NUMBER 2468 | | 49.00 | |
| 07-06-05 | CHECK NUMBER 2454 | | 19.95 | 494.40 |
| 07-07-05 | CHECK NUMBER 2483 | | 109.45 | |
| 07-07-05 | CHECK NUMBER 2485 | | 50.00 | |
| 07-07-05 | CHECK NUMBER 2486 | | 50.00 | |
| 07-07-05 | CHECK NUMBER 2484 | | 75.98 | 208.97 |
| 07-11-05 | PURCHASE ON 07/11 | | 40.90 | |
| | USPS 359096057          POUGHQUAG    NY | | | |
| 07-11-05 | POS ATM FEE | | 0.50 | 167.57 |
| 07-12-05 | DEPOSIT | 50.00 | | 217.57 |
| 07-14-05 | DEPOSIT | 50.00 | | |
| 07-14-05 | PURCHASE WITH CASH BACK ON 07/14 | | 64.80 | |
| | USPS 359096057          POUGHQUAG    NY | | | |
| 07-14-05 | POS ATM FEE | | 0.50 | 202.27 |
| 07-15-05 | TOTAL OF FEES FOR WITHDRAWALS BY CHECK | | 5.20 | |
| 07-15-05 | FEE FOR CHECK RETURN OPTION | | 1.00 | |
| 07-15-05 | SERVICE CHARGE | | 3.50 | 192.57 |
| | ENDING BALANCE | | | $192.57 |

### CHECKS PAID SUMMARY

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2422 | 06-29-05 | 1,205.51 | 2451* | 06-21-05 | 103.51 | 2452 | 06-30-05 | 97.36 |
| 2453 | 07-01-05 | 17.97 | 2454 | 07-06-05 | 19.95 | 2455 | 07-05-05 | 55.90 |
| 2457* | 06-29-05 | 1,205.51 | 2458 | 06-28-05 | 75.71 | 2459 | 06-22-05 | 400.00 |
| 2460 | 06-21-05 | 62.16 | 2461 | 06-28-05 | 150.39 | 2462 | 06-27-05 | 46.30 |
| 2463 | 06-28-05 | 229.79 | 2465* | 06-21-05 | 100.00 | 2467* | 06-28-05 | 99.60 |
| 2468 | 07-06-05 | 49.00 | 2470* | 06-21-05 | 99.31 | 2471 | 06-21-05 | 170.00 |
| 2476* | 06-28-05 | 165.82 | 2477 | 06-30-05 | 300.00 | 2479* | 07-01-05 | 200.00 |
| 2482* | 07-06-05 | 1,159.40 | 2483 | 07-07-05 | 109.45 | 2484 | 07-07-05 | 75.98 |
| 2485 | 07-07-05 | 50.00 | 2486 | 07-07-05 | 50.00 | | | |

**M&T Bank**

| ACCOUNT NO. | ACCOUNT TYPE |
|---|---|
| 11000911188367 | PAY AS YOU GO CHECKING |

| STATEMENT PERIOD | PAGE |
|---|---|
| JUN.18-JUL.15,2005 | 3 OF 3 |

PATRICIA DEMASI
DOUGLAS D DEMASI

M&T CHOICEQUITY, THE FLEXIBILITY TO CHOOSE FIXED RATE LOANS OR A LINE OF CREDIT
ANYTIME.  APPLY AT ANY M&T BANK BRANCH OR CALL THE M&T TELEPHONE BANKING CENTER
AT 1-800-724-3222.  EQUAL HOUSING LENDER.

## M&T Bank

| ACCOUNT NO. | ACCOUNT TYPE |
|---|---|
| 11000911188367 | PAY AS YOU GO CHECKING |

| STATEMENT PERIOD | PAGE |
|---|---|
| DEC.17-JAN.17,2006 | 1 OF 2 |

00    5 03814M M    021

PATRICIA DEMASI
DOUGLAS D DEMASI
1216 BEEKMAN RD
HOPEWELL JUNCTION NY 12533

HOPEWELL JUNCTION

### ACCOUNT SUMMARY

| BEGINNING BALANCE | DEPOSITS & OTHER ADDITIONS | | CHECKS PAID | | OTHER SUBTRACTIONS | | CURRENT INTEREST PD | ENDING BALANCE |
|---|---|---|---|---|---|---|---|---|
| | NO. | AMOUNT | NO. | AMOUNT | NO. | AMOUNT | | |
| 1,489.04 | 7 | 12,901.13 | 5 | 5,001.53 | 37 | 8,917.24 | 0.00 | 471.40 |

### ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS,INTEREST & OTHER ADDITIONS | CHECKS & OTHER SUBTRACTIONS | DAILY BALANCE |
|---|---|---|---|---|
| 12-17-05 | BEGINNING BALANCE | | | $1,489.04 |
| 12-19-05 | H&M  #31            DANBURY | | 78.50 | |
| 12-19-05 | VILLA MARISSA      LAGRANGEVILLE | | 25.11 | 1,385.43 |
| 12-20-05 | CHECK NUMBER 2141 | | 1,205.51 | |
| 12-20-05 | TWX*AOL SERVICE 1205 | | 28.90 | 151.02 |
| 12-27-05 | DEPOSIT | 500.00 | | |
| 12-27-05 | AMERICAN EXPRESS CHECK PYMT 000000000002619 | | 100.00 | |
| 12-27-05 | USPS 3590960570      POUGHQUAG | | 4.42 | |
| 12-27-05 | USPS 3590960570      POUGHQUAG | | 0.87 | 545.73 |
| 12-28-05 | DEPOSIT | 7,819.53 | | |
| 12-28-05 | SEARS PAYMENT    CHECK PYMT 000000000002621 | | 50.00 | |
| 12-28-05 | GULF       91804061HOPEWELL JUNC | | 27.38 | |
| 12-28-05 | SEARS PAYMENT    CHECK PYMT 000000000002625 | | 25.00 | |
| 12-28-05 | FILENES          ACCT PYMT 000000000002628 | | 25.00 | |
| 12-28-05 | WFNNB CREDITCARD CHECK PYMT 000000000002623 | | 25.00 | |
| 12-28-05 | PURCHASE ON 12/28 | | 23.00 | |
| | METRO-NORTH TV          877-886-6677 NY | | | |
| 12-28-05 | POS ATM FEE | | 0.50 | 8,189.38 |
| 12-29-05 | CHECK NUMBER 2630 | | 1,000.00 | |
| 12-29-05 | GEMB RSF         CHECKPAYMT 000000000002620 | | 100.00 | 7,089.38 |
| 12-30-05 | ECHOSTAR COMMUNI DISHCKPYMT 000000000002618 | | 96.80 | |
| 12-30-05 | KEYCREDITCARDPMT CHECK PYMT 000000000002624 | | 50.00 | |
| 12-30-05 | SEARS PAYMENT    CHECK PYMT 000000000002622 | | 25.00 | |
| 12-30-05 | INSUFFICIENT FUNDS FEE-CHECK NUMBER 2630 | | 35.00 | |
| 12-30-05 | INSUFFICIENT FUNDS FEE-GEMB RSF        CHECKPA | | 35.00 | |
| 12-30-05 | INSUFFICIENT FUNDS FEE-ECHOSTAR COMMUNI DISHCKP | | 35.00 | |
| 12-30-05 | INSUFFICIENT FUNDS FEE-KEYCREDITCARDPMT CHECK P | | 35.00 | |
| 12-30-05 | INSUFFICIENT FUNDS FEE-SEARS PAYMENT     CHECK P | | 35.00 | 6,742.58 |
| 01-03-06 | DEPOSIT | 2,500.00 | | |
| 01-03-06 | US TREASURY 303  SOC SEC | 1,311.00 | | |

**M&T Bank**

| ACCOUNT NO. | ACCOUNT TYPE | STATEMENT PERIOD | PAGE |
|---|---|---|---|
| 1100091188367 | PAY AS YOU GO CHECKING | DEC.17-JAN.17,2006 | 2 OF 2 |

PATRICIA DEMASI
DOUGLAS D DEMASI

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS, INTEREST & OTHER ADDITIONS | CHECKS & OTHER SUBTRACTIONS | DAILY BALANCE |
|---|---|---|---|---|
| 01-03-06 | CAPITAL ONE ARC   CHECK PYMT 000000000002627 | | 100.00 | |
| 01-03-06 | CAPITAL ONE ARC   CHECK PYMT 000000000002626 | | 25.00 | |
| 01-03-06 | INSUFFICIENT FUNDS FEE-CAPITAL ONE ARC   CHECK P | | 35.00 | |
| 01-03-06 | INSUFFICIENT FUNDS FEE-CAPITAL ONE ARC   CHECK P | | 35.00 | 10,358.58 |
| 01-04-06 | H&M #12              POUGHKEEPSIE | 70.60 | | |
| 01-04-06 | CHECK NUMBER 2629 | | 1,205.51 | 9,223.67 |
| 01-05-06 | DEPOSITED ITEM RETURNED | | 7,696.03 | |
| 01-05-06 | RETURNED DEPOSITED ITEM FEE | | 10.00 | |
| 01-05-06 | CHECK NUMBER 2583 * | | 1,205.51 | 312.13 |
| 01-09-06 | PURCHASE ON 01/07 | | 40.00 | |
| | METRO-NORTH TV              877-886-6677 NY | | | |
| 01-09-06 | POS ATM FEE | | 0.50 | 271.63 |
| 01-10-06 | DEPOSIT | 300.00 | | 571.63 |
| 01-11-06 | CHECK NUMBER 2589 | | 385.00 | |
| 01-11-06 | M&T ATM CASH WITHDRAWAL ON 01/11 | | 50.00 | |
| | HOPEWELL JNCT,RTE 82 & 376,HOPEWELL JNCT,NY | | | |
| 01-11-06 | BEEKMAN PHARMACY    POUGHQUAG | | 40.00 | 96.63 |
| 01-12-06 | DEPOSIT | 400.00 | | 496.63 |
| 01-13-06 | NORTHERN HEART SPECIALBREWSTER | | 15.00 | 481.63 |
| 01-17-06 | USPS 3539459550          HOPEWELL JUNC | | 4.73 | |
| 01-17-06 | TOTAL OF FEES FOR WITHDRAWALS BY CHECK | | 1.00 | |
| 01-17-06 | FEE FOR CHECK RETURN OPTION | | 1.00 | |
| 01-17-06 | SERVICE CHARGE | | 3.50 | 471.40 |
| | ENDING BALANCE | | | $471.40 |

| CHECKS PAID SUMMARY | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2141 | 12-20-05 | 1,205.51 | 2583* | 01-05-06 | 1,205.51 | 2589* 01-11-06 | 385.00 |
| 2629* | 01-04-06 | 1,205.51 | 2630 | 12-29-05 | 1,000.00 | | |

DO YOUR TAXES WITH TURBOTAX(R) ONLINE(SM), BROUGHT TO YOU BY M&T!  IT'S EASY,
THERE IS NO SOFTWARE TO DOWNLOAD OR INSTALL.  FILE YOUR RETURN ELECTRONICALLY TO
GET YOUR REFUND FASTER.  THE EASYSTEP(R) INTERVIEW ASKS SIMPLE QUESTIONS AND
PLACES YOUR ANSWERS INTO IRS APPROVED FORMS.  THERE IS NO RISK - TRY IT BEFORE
YOU PAY!  GET STARTED AT WWW.MANDTBANK.COM/TURBOTAX!

TURBOTAX AND EASYSTEP ARE REGISTERED TRADEMARKS AND TURBOTAX ONLINE IS A SERVICE
MARK OF INTUIT INC.













CREDITED WITHIN NAMED PAYEE
#9B0023B372 PM     CNTRYWIDE BK, DALLAS,TX,P.E.U

6213-6500-1
12/09/2005
ENT-0432   TRC-0425 PK=03

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Country Wide Home Loan
P.O. Box 660694
Dallas Texas
        75260-0694

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

Article Number
(Transfer from service label)    7002 0860 0006 6704 9078

102595-02-M-1035

*Handwritten note:*

Note check Recived by Country Wide but not cashed. for Febuary payment 2004 #2108 still not cashed 1-20-2004 $1305.??

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

D.D. DeMas, Jr.
1216 Beckman Rd
Hope Well Jet NY
        12533

---

***** WELCOME TO *****
POUGHQUAG MPO
POUGHQUAG, NY 12570-9998
01/30704  10:33AM

Store  USPS
Wkstn sys5C03
Cashier's Name  Cashier KD3537
Stock Unit Id  EDIE
PO Phone Number  STAEDIE
USPS #  800-275-6777
        3590980570

1. First Class
Destination:  75260
Weight:  0.20oz
Postage Type:  Pvt
Total Cost:  4.42
Base Rate:  0.37
        Services
Certified Mail  2.30
7002086000066704908  1.75
Return Receipt

Subtotal
Total  4.42

Cash  10.00
Change Due
Cash  5.56

Number of Items Sold: 1

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only: No Insurance Coverage Provided)

**OFFICIAL USE**

Dallas, TX 75260

| | |
|---|---|
| Postage | $ 0.37 |
| Certified Fee | 2.30 |
| Return Receipt Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.42 |

Febuary payment

Sent To
Country Wide Home Loans
Street, Apt. No.; or PO Box No.  P.O. Box 660694

UNIT ID: POUGHQUAG
POUGHQUAG NY 12570
Clerk: KD3537
01/30/04



**UNITED STATES**
**POSTAL SERVICE**
***** WELCOME TO *****
POUGHQUAG MPO
POUGHQUAG, NY  12570-9998
11/24/04 02:18PM

```
Store  USPS         Trans    132
Wkstn  sys5003      Cashier  KKKF70
Cashier's Name      DAVE
Stock Unit Id       SIADAVE
PO Phone Number     800-275-8777
USPS #              3590960570

1. 7.40 Hol Orn PSBk         7.40

Subtotal                     7.40
Total                        7.40


Cash                        50.00
Change Due
  Cash                      42.60
```

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to
USPS.com/clicknship to print shipping
labels with postage.  For other
information call 1-800-ASK-USPS.


Number of Items Sold: 1

Thank You
Please come again!



**UNITED STATES**
**POSTAL SERVICE**
***** WELCOME TO *****
POUGHQUAG MPO
POUGHQUAG, NY  12570-9998
11/24/04 02:19PM

```
Store  USPS         Trans    133
Wkstn  sys5003      Cashier  KKKF70
Cashier's Name      DAVE
Stock Unit Id       SIADAVE
PO Phone Number     800-275-8777
USPS #              3590960570

1. First Class               4.42
   Destination:  75266
   Weight:       0.40 oz.
   Postage Type: PVI
   Total Cost:   4.42
   Base Rate:    0.37
        SERVICES
   Certified Mail            2.30
     70041160000172892215
   Rt Recpt (Green Card)     1.75

Subtotal                     4.42
Total                        4.42

Cash                        20.00
Change Due
  Cash                      15.58
```

Number of Items Sold: 1

Thank You
Please come again!



U.S. Postal Service.
**CERTIFIED MAIL... RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ 0.37 | UNIT ID: 0570 |
| Certified Fee | 2.30 | |
| Return Reciept Fee (Endorsement Required) | 1.75 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: KKKF70 |
| Total Postage & Fees | $ 4.42 | 11/24/04 |

Sent To
Street, Apt No.;
or PO Box No. 01Dg 66064
City, State, ZIP+4
Dallas Texas 75266-0654

PS Form 3800, June 2002                See Reverse for Instructions

7004 1160 0001 7289 2215

Patty and Doug De Masi Sr.
1214 Beekman Road
Hopewell Jct. NY 12533
845 227 5387, Fax 227 7312

August 9, 2007

Subject Matter
Index # 06-4637
File date, 8-15-2006

Certified Mail Only

To whom it may concern,

Enclosed are exact copy's of our new credit reports from the three major credit company's .
Please note that all three credit company's did their (own extensive research) on Patty and I.
All three had the same out come for Patty and I, we were all ways telling the truth, and
Country Wide Home Loans are crooked and liars its just that simple.

All three credit companies did a complete turn around on our credit rating, going from the
bottom of the barrel to the top of the barrel. All three credit companies believe Patty and I,
that we have all ways paid Country Wide Home Loans on time, all the time.

 All of our mortgage payments were made by the  United States Postal Service, Certified
Mail Recites With Return Recite Requested. And all of our cancel mortgage checks and mail
recites for each month coincide with one another, clearly proves that Patty and I were all
ways telling the truth .

We proved 100% that Country Wide Home Loans did in fact change their own computer
spread sheets, and hold on to our mortgage checks for weeks and longer for one reason and
one reason only, to report us late to all the credit companies and destroy our credit rating,
costing us hundreds of thousands of dollars, all because we said no to Full Spectrum
Lending, a subsidiary company of Country Wide Home Loans.

Its nice to know that once in a while the little guy wins.

Thank you

Patty and Doug De Masi Sr.

```
T E L E F A X
RELIGIOUS GIFTS & BOOKS
   C O P Y  C E N T E R
    845-221-0308
***************************
15:24      08-09-2007
MC NO.0000        6974
  144x           @0.09
COPY SERVICE    $12.96T1

SUBTOTAL        $12.96
TAX1             $1.07
TOTAL-TAX        $1.07
- - - - - - - - - - - - - - - - -
T O T A L       $14.03
CASH            $14.03
CHANGE           $0.00
THANK YOU FOR SHOPPING @
TELEFAX WE APPRECIATE
     YOUR BUSINESS
  HAVE A BLESSED DAY
```

```
====================================
        POUGHQUAG MPO
     POUGHQUAG, New York
          125709998
        3590960570-0098
08/09/2007 (800)275-8777 04:53:16 PM
====================================
======= Sales Receipt =======
Product        Sale Unit      Final
Description      Qty Price     Price
------------------------------------
NEW YORK NY 10004               $1.82
Zone-2 First-Class
Large Env
6.70 oz.
Return Rcpt (Green              $2.15
Card)
Certified                       $2.65
Label #:      70070220000071511386
                              ========
Issue PVI:                      $6.62


POUGHKEEPSIE NY                 $1.82
12601 Zone-1
First-Class Large
Env
6.70 oz.
Return Rcpt (Green              $2.15
Card)
Certified                       $2.65
Label #:      70070220000071510952
                              ========
Issue PVI:                      $6.62

                             ==========
Total:                         $13.24

Paid by:
Cash                           $15.00
Change Due:                    -$1.76

Order stamps at USPS.com/shop or
call 1-800-Stamp24. Go to
USPS.com/clicknship to print
shipping labels with postage. For
other information call
1-800-ASK-USPS.

Bill#:1000200296001
Clerk:03

All sales final on stamps and postage.
Refunds for guaranteed services only.
   Thank you for your business.
***********************************
***********************************
   HELP US SERVE YOU BETTER

Go to: http://gx.gallup.com/pos

  TELL US ABOUT YOUR RECENT
    POSTAL EXPERIENCE
```

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

NEW YORK NY 10004

OFFICIAL USE

| Postage | $ | $1.82 | 0570 |
| Certified Fee | | $2.65 | |
| Return Receipt Fee (Endorsement Required) | | $2.15 | |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $6.62 | 08/03/2007 |

7007 0220 0000 7151 1386

Sent To
Banking Department State of New York
Street, Apt. No.; or PO Box No. One State Street
City, State, ZIP+4
New York, NY 10004-1417

PS Form 3800, August 2006         See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

Banking Department
State of New York
One State Street
New York, NY 10004-1417

PH-MB Canary

2. Article Number
   (Transfer from service label)    7007 0220 0000 7151 1386

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                        ☐ Agent
                                         ☐ Addressee
B. Received by          RECEIVED          C. Date of Delivery
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

   NYS Banking Department

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)    ☐ Yes

---

UNITED STATES POSTAL SERVICE    NEW YORK NY 100

14 AUG 2007 PM 2

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

P & D. Dumas Sr
1214 Beekman rd
Hopewell Jct NY
            12533

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

POUGHKEEPSIE NY 12601

| | | |
|---|---|---|
| Postage | $ | $1.82 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.62 |

Postmark Here    06/09/2007

Sent To
Supreme Court of the State of NY
Street, Apt. No.; or PO Box No. 10 market street
City, State, ZIP+4
Poughkeepsie NY 12601

7007 0220 0000 7151 0952

PS Form 3800, August 2006    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete Items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Supreme Court
of the State of NY
10 market street
Poughkeepsie, NY 12601

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
H. PAROCCA    8-10

D. Is delivery address different from Item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7007 0220 0000 7151 0952

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE    POUGHKEEPSIE NY

10 AUG 2007 PM

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

P + O. Demas Sr
1214 Beekman rd
Hopewell Jct NY
12533

P.O. Box 105518
Atlanta, GA 30348

July 31, 2007



**EQUIFAX**

To Start An Investigation, Please Visit Us
www.investigate.equifax.com



000596054-1326
Douglas D Demasi
1214 Beekman Rd
Hopewell Junction, NY 12533-5578

Dear Douglas D Demasi:

Below are the results of your request for Equifax to reinvestigate certain elements of your Equifax credit file.
Equifax contacted each source directly and our investigation is now completed. If you have any additional
questions or concerns, please contact the source of that information directly.

**Results Of Your Investigation**   *(For your security, the last 4 digits of your credit account number(s) have been replaced by*

>>> *We have researched the credit account. Account # - 2083* The results are:* The status of this account h
been updated. If you have additional questions about this item please contact: *Countrywide, 400 Countrywide V
Simi Valley, CA 93065-6298*

**Answers To Your Questions**

* **In reference to New York State Law:**

The comment "Consumer disputes this account" is a requirement under New York state law for current residents o
New York state. This comment displays for credit and public record information that has been disputed where our
checking has not resolved any remaining differences between the source of the information and your original
dispute with them. This comment will apear whenever the file is accessed together with the disputed information.
The comment may remain a part of the credit history as long as the disputed item appears on the credit file.

If you have any additional questions regarding the information provided to Equifax by the source of any informatio
please contact the source of that information directly. You may contact Equifax regarding the specific information
contained in this letter within the next 60 days by visiting us at www.investigate.equifax.com.

Thank you for giving Equifax the opportunity to serve you.

**Notice to Consumers**

Upon receipt of your dispute, we first review and consider the relevant information you have submitted regarding th
nature of your dispute. If the review does not resolve your dispute and further investigation is required, notificatio
your dispute, including the relevant information you submitted, is provided to the source that furnished the disputec
information. The source reviews the information provided, conducts an investigation with respect to the disputed
information and reports the results back to us. The credit reporting agency then makes deletions or changes to yo
credit file as appropriate based on the results of the reinvestigation. The name, address and, if reasonably availabl
the telephone number of the furnisher(s) of the information contacted while processing your dispute(s) is shown ur
the "Results of Your Investigation" section on the cover letter that accompanies the copy of your revised credit file.

If you still disagree with an item after it has been verified, you may send to us a brief statement, not to exceed one
hundred words (two hundred words for Maine residents), explaining the nature of your dispute. Your statement will
become part of your credit file and will be disclosed each time that your credit file is accessed.

If the reinvestigation results in a change to or deletion of the information you are concerned about, or you submit a
statement in accordance with the preceding paragraph, you have the right to request that we send your revised cr
file to any company that received your credit file in the past six months (twelve months for California, Colorado,
Maryland, New Jersey and New York residents) for any purpose or in the past two years for employment purposes

( Continued On Next Page )

**American General Financial** · 2465 S Broad St, Shrs, Trenton NJ 0861-04700; (866) 744-3510
Account Number 1102253403026*

| Items As of / Date Reported | Balance | Amount Past Due | Date Opened | Date of Last Payment | High Credit | Actual Payment Amount | Credit Limit | Scheduled Payment Amount | Terms Duration | Terms Frequency | Date Maj. Del. 1st Rptd | Charge Off Amount | Mnths Revd | Activity Description | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Creditor Classification | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/2007 | | | 11/2002 | 06/2007 | $200 | | $25 | | | | | | 51 | | | | | | |

Current Status - Contact The Credit Grantor For Status; Type of Loan - Charge Account; ADDITIONAL INFORMATION - Consumer Disputes This Account Information;

**Chase Manhattan Mortgage Corp** · 10790 Rancho Bernardo Rd San Diego CA 92127-5705; (619) 674-1400
Account Number 1526*

Account History with Status Codes:

| | 05/2004 | 04/2004 | 03/2004 | 02/2004 | 01/2004 | 12/2003 |
|---|---|---|---|---|---|---|
| | 4 | 4 | 4 | 4 | 3 | 2 |

| Items As of / Date Reported | Balance | Amount Past Due | Date Opened | High Credit | Actual Payment Amount | Scheduled Payment Amount | Terms Duration | Date of Last Activity | Mnths Revd | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/2004 | $0 | | 10/2002 | $125,000 | | $961 | 30 Years | 06/2004 | 19 | |

Current Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Conventional Re Mortgage; ADDITIONAL INFORMATION - Consumer Disputes This Account;

**Countrywide Home Loans** · 400 Countrywide Way, Simi Valley CA 93065-6298; (800) 669-6607
Account Number 2083*

| Items As of / Date Reported | Balance | Amount Past Due | Date Opened | High Credit | Actual Payment Amount | Scheduled Payment Amount | Terms Duration | Terms Frequency | Mnths Revd | Activity Description | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/2007 | | $0 | 03/2002 | $131,000 | | $1,238 | 30 Years | Monthly | 46 | Transfer/Sold/Paid | 09/2002 |

Current Status - Pays As Agreed; Type of Loan - Conventional Re Mortgage; ADDITIONAL INFORMATION - Account Transferred or Sold; Real Estate Mortgage; Conventional Mortgage;

**Fremont Investment & Loan** · 3110 E Guasti Rd Ste 500 Ontario CA 91761-1228; (800) 776-5511
Account Number 700004*

| Items As of / Date Reported | Balance | Amount Past Due | Date Opened | Date of Last Payment | High Credit | Actual Payment Amount | Credit Limit | Scheduled Payment Amount | Terms Duration | Mnths Revd | Activity Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/2002 | | | 02/2007 | 04/2006 | | | | $1,205 | | 5 | Transfer/Sold/Paid |

Current Status - Contact The Credit Grantor For Status; Type of Loan - Conventional Re Mortgage; ADDITIONAL INFORMATION - Consumer Disputes This Account;

**Manufacturers & Traders Trust** · 499 Mitchell St, Ms 504-34, Dorothy Davi, Millsboro DE 19966-9408; (716) 842-4200
Account Number 10000172940002*

| Items As of / Date Reported | Balance | Amount Past Due | Date Opened | Date of Last Payment | High Credit | Actual Payment Amount | Credit Limit | Scheduled Payment Amount | Terms Duration | Date of Last Activity | Mnths Revd | Activity Description | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/2004 | $0 | | 04/2004 | 06/2004 | $12,000 | $12,000 | | $1,037 | 13 Months | 06/2004 | 2 | Paid and Closed | 06/2004 |

Current Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Secured; Whose Account - Maker; ADDITIONAL INFORMATION - Account Paid/Zero Balance; Home Improvement Loan;

**Manufacturers & Traders Trust** · 499 Mitchell St, Ms 504-34, Dorothy Davi, Millsboro DE 19966-9408; (715) 842-4200
Account Number 10001658040*

| Items As of / Date Reported | Balance | Amount Past Due | Date Opened | High Credit | Actual Payment Amount | Scheduled Payment Amount | Terms Frequency | Date of Last Activity | Mnths Revd | Activity Description | Creditor Classification | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/2002 | $0 | $0 | 06/2002 | $18,000 | | $409 | Monthly | 09/2002 | 3 | Paid and Closed | | 09/2002 |

Current Status - Pays As Agreed; Type of Loan - Installment; Whose Account - Maker; ADDITIONAL INFORMATION - Account Paid/Zero Balance; Home Improvement Loan;

72:12021608A16-000596054·1326·10676·AS

| Company Information | Inquiry Date(s) |
|---|---|
| EMS/American Home Mortgage::DELTA FUNDING CORPOR | 06/25/2007 |
| Acranet::TRIBECA LENDING CORP | 06/07/2007 |
| 521 W Maxwell Ave  Spokane, WA 99201-2417  Phone: (509) 462-4976 | |
| Factual Data::2250 THE MORTGAGE TE | 04/30/2007 |
| 5200 Hahns Peak Dr  24HCGS005471MS | |
| 24HCGS005132MS Loveland, CO 80538-8652 | |
| Fis Credit Services::FIDELITY BORROWING M | 03/12/2007   01/23/2007   01/22/2007 |
| 918 Ulster Ave  Kingston, NY | |
| 12401-1344 | |
| First American Credco::HOME LOAN CTR INC DB | 01/18/2007   06/14/2006 |
| 12395 First American Way, Poway, CA 92064-6897  Phone: (800) 637-2422 | |
| Landsafe Credit::CONCORD MORTGAGE COR | 11/21/2006 |
| 1515 Walnut Grove Ave  Rosemead, CA 91770-3710  Phone: (800) 447-1692 | |
| Gemb | 10/13/2006   06/21/2006 |
| 45401-0276 | PO Box 276 Dayton, OH |
| Cbcinnovis::376 DUTCHESS COUNTY | 09/21/2006 |
| PO Box 1838  Columbus, OH 43216-1838  Phone: (877) 237-8317 | |
| First American Credco::FREMONT INVESTMENT A | 09/16/2006 |
| 12395 First American Way, Poway, CA 92064-6897  Phone: (800) 996-4343 | |
| Consolidated Information Serv::ASAP MORTGAGE INC | 08/21/2006   04/18/2006 |
| 227 US Highway 206  Flanders, NJ | |
| 07836-9110 | |
| M & T Bank::Direct | 08/08/2006 |
| Aames Funding Corporation | 06/05/2006 |
| 350 S Grand Ave # 5200  Los Angeles, CA | |
| 90071-3406 | 06/05/2006 |
| Wilmington Finance | |
| 19462-1650 | 401 Plymouth Rd 4 th Fl Plymouth Meeting, PA |
| First American Credco::FREEDOM MORTGAGE | 06/05/2006 |
| 12395 First American Way Poway, CA | |
| 92064-6897 | |
| Cbcinnovis::230 M T SALES HUDSON | 12/07/2005 |
| PO Box 1838  Columbus, OH 43216-1838  Phone: (877) 237-8317 | |
| Landsafe Credit::COUNTRYWIDE FSLD | 10/27/2005 |
| 1515 Walnut Grove Ave  Rosemead, CA 91770-3710  Phone: (800) 447-1692 | |

P.O. Box 105518
Atlanta, GA 30348

June 22, 2007

 **EQUIFAX**

To Start An Investigation, Please Visit Us At:
www.investigate.equifax.com


000592024-1340
Patricia A Demasi
1214 Beekman Rd
Hopewell Junction, NY 12533-5578

Dear Patricia A Demasi:

Below are the results of your request for Equifax to reinvestigate certain elements of your Equifax credit file. Equifax contacted each source directly and our investigation is now completed. If you have any additional questions or concerns, please contact the source of that information directly.

**Results Of Your Investigation** *(For your security, the last 4 digits of your credit account number(s) have been replaced by .)*

>>> *We have reviewed your concerns and our conclusions are:*
Countrywide home loan /20838162 is currently not reporting on the credit file.

If you have any additional questions regarding the information provided to Equifax by the source of any information, please contact the source of that information directly. You may contact Equifax regarding the specific information contained in this letter within the next 60 days by visiting us at www.investigate.equifax.com.

Thank you for giving Equifax the opportunity to serve you.

**Notice to Consumers**

Upon receipt of your dispute, we first review and consider the relevant information you have submitted regarding the nature of your dispute. If the review does not resolve your dispute and further investigation is required, notification of your dispute, including the relevant information you submitted, is provided to the source that furnished the disputed information. The source reviews the information provided, conducts an investigation with respect to the disputed information and reports the results back to us. The credit reporting agency then makes deletions or changes to your credit file as appropriate based on the results of the reinvestigation. The name, address and, if reasonably available, the telephone number of the furnisher(s) of the information contacted while processing your dispute(s) is shown under the "Results of Your Investigation" section on the cover letter that accompanies the copy of your revised credit file.

If you still disagree with an item after it has been verified, you may send to us a brief statement, not to exceed one hundred words (two hundred words for Maine residents), explaining the nature of your dispute. Your statement will become part of your credit file and will be disclosed each time that your credit file is accessed.

If the reinvestigation results in a change to or deletion of the information you are concerned about, or you submit a statement in accordance with the preceding paragraph, you have the right to request that we send your revised credit file to any company that received your credit file in the past six months (twelve months for California, Colorado, Maryland, New Jersey and New York residents) for any purpose or in the past two years for employment purposes.

## Credit Account Information
*(for your security, the last 4 digits of account numbers have been replaced by 9. This section includes open and closed accounts reported by credit grantors.)*

### Account Column Title Descriptions:

| | |
|---|---|
| Account Number - The Account number reported by credit grantor | Amount Past Due - The Amount Past Due as of the Date Reported |
| Date Acct. Opened - The Date that the credit grantor opened the account | Date of Last Paymnt - The Date of Last Payment |
| High Credit - The Highest Amount Charged | Actual Pay Amt - The Actual Amount of Last Payment |
| Credit Limit - The Highest Amount Permitted | Sched Pay Amt - The Requested Amount of Last Payment |
| Terms Duration - The Number of Installments or Payments | Date of Last Activy - The Date of the Last Account Activity |
| Terms Frequency - The Scheduled Time Between Payments | Date Maj Delinq Rptd - The Date of the 1st Major Delinquency Was Reported |
| Months Reviewed - The Number of Months Reviewed | Charge Off Amt - The Amount Charged Off by Creditor |
| Activity Description - The Most Recent Account Activity | Deferred Pay Date - The 1st Payment Due Date for Deferred Loans |
| Creditor Class - The Type of Company Reporting The Account | Balloon Pay Amt - The Amount of Final(Balloon) Payment |
| Date Reported - The Most Recent Account Update | Balloon Pay Date - The Date of Final(Balloon) Payment |
| Balance Amount - The Total Amount Owed as of the Date Reported | Date Closed - The Date the Account was Closed |

| Status Code Descriptions | |
|---|---|
| 1 : 30-59 Days Past Due | 5 : 150-179 Days Past Due |
| 2 : 60-89 Days Past Due | 6 : 180 or More Days Past Due |
| 3 : 90-119 Days Past Due | G : Collection Account |
| 4 : 120-149 Days Past Due | H : Foreclosure |
| | J : Voluntary Surrender |
| | K : Repossession |
| | L : Charge Off |

### American Express: PO Box 297871, Fort Lauderdale FL 33329-7871, (800) 874-2717

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Mnths Revd | Activity Description | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| -4497486570123\* | 05/2005 | $2,456 | $2,700 | | | 1 | Closed | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Payment Amount | Scheduled Payment Amount | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/2006 | | | 12/2005 | | | 01/2006 | | | | | | 12/2005 |

Current Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Association Terminated; ADDITIONAL INFORMATION - Account Closed By Credit Grantor;

### Capital One Fsb: PO Box 26030 Richmond VA 23260-6030

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Mnths Revd | Activity Description | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| 517805241451\* | 02/2004 | $1,290 | | | Monthly | 40 | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Payment Amount | Scheduled Payment Amount | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/2007 | $816 | | 05/2007 | $60 | $24 | 06/2007 | | | | | | |

Current Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Individual Account;

### Chase Manhattan Mortgage Corp: 10790 Rancho Bernardo Rd, San Diego CA 92127-5705, (619) 674-1600

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Mnths Revd | Activity Description | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| 1526\* | 10/2002 | $125,000 | | 30 Years | | 19 | Paid and Closed | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Payment Amount | Scheduled Payment Amount | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/2004 | $0 | | 06/2004 | $961 | | 06/2004 | | | | | | 06/2004 |

Current Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Conventional Re Mortgage; Whose Account - Shared, But Otherwise Undersigned;

Account History 10/2006
with Status Codes
1

Account History 10/2006
with Status Codes
1

Account History 09/2004 02/2004
with Status Codes
1          1

(Continued On Next Page)

**Sears/Cbsd**    13200 Smith Rd Cleveland OH 44130-7802
Account Number 512107505291*

| | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Mnths Revd | Activity Description | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| | 05/2005 | | $950 | | Monthly | 24 | | |

| Items As of Date Reported | Amount Past Due | Balance Amount | Date Last Paymt | Actual Paymt Amount | Scheduled Paymt Amount | Charge Off Amount | Date Maj. Del. 1st Pad | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/2007 | $868 | $1,012 | 05/2007 | $50 | $26 | | | | | | |

Current Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Individual Account;

**Toyota Motor Credit Corp**    5005 N River Blvd NE Credit Rapids IA 52411-6634
Account Number 7040226140954*

| | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Mnths Revd | Activity Description | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| | 03/2003 | $18,744 | | | Monthly | 8 | | |

| Items As of Date Reported | Amount Past Due | Balance Amount | Date Last Paymt | Actual Paymt Amount | Scheduled Paymt Amount | Charge Off Amount | Date Maj. Del. 1st Paid | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/2003 | $0 | | 12/2003 | $17,070 | $401 | | | | | | 12/2003 |

Current Status - Pays As Agreed; Type of Loan - Auto; Whose Account - Individual Account;

**Inquiries that display to companies: (may impact your credit score)**
This section lists companies that requested your credit file. Credit grantors may view these requests when evaluating your credit worthiness. Employment inquiries do not impact your credit score.

**Company Information**       **Inquiry Date(s)**

Acranet, Lobs Branch::TRIBECA LENDING CORP    06/07/2007
       PO Box 5393 Mtg Dept Spokane, WA
99205-2020

Factual Data::2250 THE MORTGAGE TE    04/30/2007
       5200 Hahns Peak Dr 24HCGS005471MS
24HCGS005132MS Loveland, CO 80538-8652

Fis Credit Services::FIDELITY BORROWING M    03/12/2007   01/23/2007
       918 Ulster Ave Kingston, NY
12401-1344

Gemb    10/13/2006
       PO Box 276 Dayton, OH
45401-0276

Cbsinnovis::376 DUTCHESS COUNTY    09/21/2006
PO Box 1838 Columbus, OH 43216-1838  Phone: (877) 237-8317

First American Credoo-Fremont::FREMONT INVESTMENT A    09/16/2006
12395 First American Way Poway, CA 92064-6897  Phone: (800) 964-4343

Consolidated Information Serv::ASAP MORTGAGE INC    08/21/2006   04/18/2006
       227 US Highway 206 Flanders, NJ
07836-9110

First American Credoo::HOME LOAN CTR INC DB    06/14/2006
12395 First American Way Poway, CA 92064-6897  Phone: (800) 637-2422

Aames Funding Corporation    06/05/2006
       350 S Grand Ave # 5200 Los Angeles, CA
90071-3406

First American Credoo::FREEDOM MORTGAGE    06/05/2006
       12395 First American Way Poway, CA
92064-6897

Wilmington Finance    06/05/2006
       401 Plymouth Rd 4th Fl Plymouth Meeting, PA
19462-1650

(Continued On Next Page)

71730290065A16-0005092024-1340-10010-AS

**Company Information**

**Inquiry Date(s)**

ND-Choicepoint:UNITRIN GRP UNITRIN
1000 Alderman Dr Insurance P&C Underwriting
Alpharetta, GA 30005-4101

08/22/2006

**** End of Credit File ****

7173029065A16-00059Z024 - 1340 - 10010 - AS

\*\*\* 169005454-015 \*\*\*
P.O. Box 2000
Chester, PA 19022



07/19/2007    TransUnion.

P0BRBI00200726-I008701
DOUGLAS D. DEMASI SR.
1214 BEEKMAN RD
HOPEWELL JUNCTION, NY 12533

Illumltahli llullulltulullulttallulmulltulltllullhlltul

Our investigation of the dispute you submitted is now complete. The results are listed below and a new copy of your credit report is enclosed.

If our investigation has not resolved your dispute, you may add a 100-word statement to your report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to TransUnion including this information in every credit report we issue about you.

If there has been a change to your credit history resulting from our investigation, or if you add a consumer statement, you may request that TransUnion send an updated report to those who received your report within the last two years for employment purposes, or within the last one year for any other purpose.

If interested, you may also request a description of how the investigation was conducted along with the name, address and telephone number of anyone we contacted for information.

Thank you for helping ensure the accuracy of your credit information.

## Investigation Results

| ITEM | DESCRIPTION | RESULTS |
|---|---|---|
| COUNTRYWIDE HOME LOANS | # 20838162 | NEW INFORMATION BELOW |

Any corrections to your identification requested by you have been made, and are included in the following credit report.

| | |
|---|---|
| File Number: | 169005454 |
| Page: | 1 of 6 |
| Date Issued: | 07/19/2007 |

TransUnion.

## Personal Information

| | | | | |
|---|---|---|---|---|
| Name: | DOUGLAS D. DEMASI SR. | | SSN: | XXX-XX-4003 |
| | | | Date of Birth: | 10/1952 |
| | | | Telephone: | 227-5387 |
| | | | Your SSN is partially masked for your protection. | |
| Other Names: | DEMASI,DOUG | | | |

You have been on our files since 12/1983

| CURRENT ADDRESS | | PREVIOUS ADDRESS | |
|---|---|---|---|
| Address: | 1214 BEEKMAN RD | Address: | 1216 BEEKMAN RD B |
| | HOPEWELL JUNCTION, NY 12533 | | HOPEWELL JUNCTION, NY 12533 |
| Date Reported: | 01/2004 | Date Reported: | 04/2003 |
| | | Address: | 31 SHERWOOD FRST F |
| | | | WAPPINGERS FALLS, NY 12590 |

## EMPLOYMENT DATA REPORTED

| | | | | |
|---|---|---|---|---|
| Employer Name: | SELF EMPLOYED | | Position: | EVENT DESIGNER |
| Date Reported: | 06/2006 | | Hired: | |
| | | | | |
| Employer Name: | DOUGLAS BUILDERS INC | | Position: | |
| Date Reported: | 12/1999 | | Hired: | |

Special Notes: Your Social Security number has been masked for your protection. You may request disclosure of the full number by writing to us at the address found at the end of this report. Also, if any item on your credit report begins with 'MED1'; it includes medical information and the data following 'MED1' is not displayed to anyone but you except where permitted by law.

## Public Records

The following items obtained from public records appear on your report. You may be required to explain public record items to potential creditors. Any bankruptcy information will remain on your report for 10 years from the date of the filing. Unpaid tax liens may generally be reported for an indefinite period of time depending on your state of residence. Paid tax liens may be reported for 7 years from date of payment. All other public record information, including discharged chapter 13 bankruptcy, remains for up to 7 years.

---

### DUTCHESS COUNTY CLERK Docket #: 9495

| | | | | |
|---|---|---|---|---|
| 22 MARKET STREET | Type: | PAID FEDERAL TAX LIEN | Date Filed: | 03/1994 |
| COUNTY OFC BLDG | Court Type: | COUNTY CLERK | Responsibility: | INDIVIDUAL DEBT |
| POUGHKEEPSIE, NY 12601 | Date Paid: | 01/2001 | Plaintiff: | IRS |
| (845) 486-2120 | | | Amount: | $10,468 |
| Estimated date that this item will be removed: | 12/2007 | | | |

### DUTCHESS COUNTY CLERK Docket #: 718

| | | | | |
|---|---|---|---|---|
| 22 MARKET STREET | Type: | PAID FEDERAL TAX LIEN | Date Filed: | 04/1991 |
| COUNTY OFC BLDG | Court Type: | COUNTY CLERK | Responsibility: | INDIVIDUAL DEBT |
| POUGHKEEPSIE, NY 12601 | Date Paid: | 01/2001 | Plaintiff: | IRS |
| (845) 486-2120 | | | Amount: | $251 |
| Estimated date that this item will be removed: | 12/2007 | | | |

### DUTCHESS COUNTY CLERK Docket #: 735

| | | | | |
|---|---|---|---|---|
| 22 MARKET STREET | Type: | PAID FEDERAL TAX LIEN | Date Filed: | 12/1990 |
| COUNTY OFC BLDG | Court Type: | COUNTY CLERK | Responsibility: | INDIVIDUAL DEBT |
| POUGHKEEPSIE, NY 12601 | Date Paid: | 05/2001 | Plaintiff: | IRS |
| (845) 486-2120 | | | Plaintiff Attorney: | ROCCO V PESCE 00 |
| | | | Amount: | $4,837 |
| Estimated date that this item will be removed: | 04/2008 | | | |

Consumer Credit Report for DOUGLAS D. DEMASI SR.

| | |
|---|---|
| File Number: | 169005454 |
| Page: | 3 of 6 |
| Date Issued: | 07/19/2007 |



TransUnion.

## FREMONT INVESTMNT & LOAN #7000045161

3110 E GUASTI RD
STE 500
ONTARIO, CA 91761
(800) 776-7511 x6575

Loan Type: CONVENTIONAL REAL ESTATE MTG
Remarks: TRANSFER

| | | |
|---|---|---|
| Balance: | $0 | |
| Date Verified: | 09/2002 | |
| High Balance: | $131,250 | |
| Terms: | 360 MONTHLY $1205 | |

| | |
|---|---|
| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | MORTGAGE ACCOUNT |
| Responsibility: | PARTICIPANT ON ACCOUNT |
| Date Opened: | 03/2002 |
| Date Closed: | 09/2002 |
| Date Paid: | 08/2002 |

Late Payments (06 months)

| 30 | 60 | 90+ |
|---|---|---|
| 0 | 0 | 0 |

Last 6 months

| X | OK | OK | OK | X | OK |
|---|---|---|---|---|---|
| aug | jul | jun | may | apr | mar |

## M & T BANK #10000172940020001

1100 WEHRLE DR
WILLIAMSVILLE, NY 14221-7748
(800) 724-2440

Loan Type: SECURED
Remarks: CLOSED

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 06/2004 |
| High Balance: | $12,000 |
| Terms: | 13 MONTHLY $1038 |

| | |
|---|---|
| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | INSTALLMENT ACCOUNT |
| Responsibility: | PRIMARY BORROWER ON ACCOUNT |
| Date Opened: | 04/2004 |
| Date Closed: | 06/2004 |

Late Payments (02 months)

| 30 | 60 | 90+ |
|---|---|---|
| 0 | 0 | 0 |

Last 2 months

| OK | OK |
|---|---|
| may | apr |

## M & T BANK #10000165880400001

1100 WEHRLE DR
WILLIAMSVILLE, NY 14221-7748
(800) 724-2440

Loan Type: HOME IMPROVEMENT
Remarks: CLOSED

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 10/2002 |
| High Balance: | $18,000 |
| Terms: | 61 MONTHLY $410 |

| | |
|---|---|
| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | INSTALLMENT ACCOUNT |
| Responsibility: | PRIMARY BORROWER ON ACCOUNT |
| Date Opened: | 06/2002 |
| Date Closed: | 10/2002 |

Late Payments (04 months)

| 30 | 60 | 90+ |
|---|---|---|
| 0 | 0 | 0 |

Last 4 months

| X | X | X | OK |
|---|---|---|---|
| sep | aug | jul | jun |

## OPTION ONE MTG #6474436176

3 ADA
IRVINE, CA 92618-2304
(949) 790-3600

Loan Type: CONVENTIONAL REAL ESTATE MTG
Remarks: CLOSED

| | |
|---|---|
| Balance: | $0 |
| Date Verified: | 03/2002 |
| High Balance: | $101,400 |
| Terms: | 360 MONTHLY $1082 |

| | |
|---|---|
| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | MORTGAGE ACCOUNT |
| Responsibility: | JOINT ACCOUNT |
| Date Opened: | 05/2001 |
| Date Closed: | 03/2002 |

Late Payments (08 months)

| 30 | 60 | 90+ |
|---|---|---|
| 0 | 0 | 0 |

Last 8 months

| OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|
| feb | '02 | dec | nov | oct | sep | aug | jul |

## SEARS/CBSD #5049948052722180

8725 W SAHARA AVE
MC02-02-03
THE LAKES, NV 89163-7802
(800) 877-8691

Loan Type: CHARGE ACCOUNT

| | |
|---|---|
| Balance: | $225 |
| Date Updated: | 06/2007 |
| High Balance: | $520 |
| Credit Limit: | $300 |

| | |
|---|---|
| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | REVOLVING ACCOUNT |
| Responsibility: | INDIVIDUAL ACCOUNT |
| Date Opened: | 03/2002 |

Late Payments (48 months)

| 30 | 60 | 90+ |
|---|---|---|
| 0 | 0 | 0 |

Last 48 months

| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| may | apr | mar | feb | '07 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '06 | dec | nov | oct | sep | aug | jul | jun |
| may | apr | mar | feb | '05 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '04 | dec | nov | oct | sep | aug | jul | jun |

Consumer Credit Report for DOUGLAS D. DEMASI SR.

| | |
|---|---|
| File Number: | 169005454 |
| Page: | 5 of 6 |
| Date Issued: | 07/19/2007 |

TransUnion.

**CONCORD MORTGAGE COR VIA LANDSAFE CREDIT**
155 N LAKE AVE
MS 3-162
PASADENA, CA 91101
Phone number not available
Requested On: 11/21/2006   Inquiry Type: INDIVIDUAL
Permissible Purpose: CREDIT TRANSACTION

**FREMONT INVESTMENT A VIA FAC/FREMONTN**
12395 FIRST AMERIC
POWAY, CA 92064
(800) 986-4343
Requested On: 09/16/2006   Inquiry Type: AUTHORIZED
Permissible Purpose: CREDIT TRANSACTION

**HOME LOAN CTR INC DB VIA FAC/REP MTG**
12395 FIRST AMERIC
POWAY, CA 92064
(800) 637-2422
Requested On: 06/14/2006   Inquiry Type: AUTHORIZED
Permissible Purpose: CREDIT TRANSACTION

**FREEDOM MORTGAGE VIA FIRST AMERICAN CREDCO**
12385 FIRST AMERIC
POWAY, CA 92064
(800) 986-4343
Requested On: 06/05/2006   Inquiry Type: AUTHORIZED
Permissible Purpose: CREDIT TRANSACTION

**ASAP MORTGAGE INC VIA CONSOLIDATED INFOR SRVC**
ROUTE 517
PANTHER VALLEY VIL
ALLAMUCHY, NJ 07820
(908) 813-8555
Requested On: 04/18/2006   Inquiry Type: JOINT
Permissible Purpose: CREDIT TRANSACTION

**COUNTRYWIDE  FSLD VIA LANDSAFE/COUNTRYWIDE FSL**
155 N LAKE AVE
MS 3-162
PASADENA, CA 91101
Phone number not available
Requested On: 10/27/2005   Inquiry Type: PARTICIPANT
Permissible Purpose: CREDIT TRANSACTION

**376 DUTCHESS COUNTY VIA CBC COMPANIES**
PO BOX 1838
COLUMBUS, OH 43216
(877) 237-8317
Requested On: 09/21/2006   Inquiry Type: JOINT
Permissible Purpose: CREDIT TRANSACTION

**ASAP MORTGAGE INC VIA CONSOLIDATED INFOR SRVC**
ROUTE 517
PANTHER VALLEY VIL
ALLAMUCHY, NJ 07820
(908) 813-8555
Requested On: 08/21/2006   Inquiry Type: JOINT
Permissible Purpose: CREDIT TRANSACTION

**AAMES CORP VIA TU SETTLEMENT SOLUTIONS**
6200 OAK TREE BLVD
SUITE 140
INDEPENDENCE, OH 44131
(800) 308-3976
Requested On: 06/05/2006   Inquiry Type: JOINT
Permissible Purpose: CREDIT TRANSACTION

**WILMINGTON FINANCE VIA WILMINGTON FINANCE**
501 OFFICE CENTER
SUITE 400
FT WASHINGTON , PA 19034
(610) 943-2100
Requested On: 06/05/2006   Inquiry Type: JOINT
Permissible Purpose: CREDIT TRANSACTION

**230 M T SALES HUDSON VIA CBCINNOVIS**
PO BOX 1838
COLUMBUS, OH 43216
(877) 237-8317
Requested On: 12/07/2005   Inquiry Type: JOINT
Permissible Purpose: CREDIT TRANSACTION

## Account Review Inquiries

The companies listed below obtained information from your consumer report for the purpose of an account review or other business transaction with you. These inquiries are not displayed to anyone but you and will not affect any creditor's decision or any score (except insurance companies may have access to other insurance company inquiries, where permitted by law).

**SEARS/CBSD**
8725 W SAHARA AVE
MC02-02-03
THE LAKES, NV 89163-7802
(800) 877-8691
Requested On: 06/2007

**AMERICAN GENERAL FINANCE**
601 NW 2ND ST
EVANSVILLE, IN 47708
(812) 468-5321
Requested On: 04/2007

## A SUMMARY OF YOUR RIGHTS UNDER THE FAIR CREDIT REPORTING ACT, CONTINUED...

States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. Federal enforcers are:

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| Consumer reporting agencies, creditors and others not listed below | Federal Trade Commission: Consumer Response Center - FCRA Washington, DC 20580   1-877-382-4357 |
| National banks, federal branches/agencies of foreign banks (word "National" or initials "N.A." appear in or after bank's name) | Office of the Comptroller of the Currency Compliance Management, Mail Stop 6-6 Washington, DC 20219   800-613-6743 |
| Federal Reserve System member banks (except national banks, and federal branches/agencies of foreign banks) | Federal Reserve Board Division of Consumer & Community Affairs Washington, DC 20551   202-452-3693 |
| Savings associations and federally chartered savings banks (word "Federal" or initials "F.S.B." appear in federal institution's name) | Office of Thrift Supervision Consumer Complaints Washington, DC 20552   800-842-6929 |
| Federal credit unions (words "Federal Credit Union" appear in institution's name) | National Credit Union Administration 1775 Duke Street Alexandria, VA 22314   703-519-4600 |
| State-chartered banks that are not members of the Federal Reserve System | Federal Deposit Insurance Corporation Consumer Response Center, 2345 Grand Avenue, Suite 100 Kansas City, Missouri 64108-2638   1-877-275-3342 |
| Air, surface, or rail common carriers regulated by former Civil Aeronautics Board or Interstate Commerce Commission | Department of Transportation, Office of Financial Management Washington, DC 20590   202-366-1306 |
| Activities subject to the Packers and Stockyards Act, 1921 | Department of Agriculture Office of Deputy Administrator - GIPSA Washington, DC 20250   202-720-7051 |

**New York Consumers Have the Right to Obtain a Security Freeze**

As of November 1, 2006 you have a right to place a "Security Freeze" on your credit report, which will prohibit a Consumer Reporting Agency from releasing information in your credit report without your express authorization. A Security Freeze must be requested in writing by certified or overnight mail. The Security Freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a Security Freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, government services or payments, insurance, rental housing, employment, investment, license, cellular phone, utilities, digital signature, internet credit card transaction, or other services, including an extension of credit at point of sale. When you place a Security Freeze on your credit report, you will be provided a personal identification number or password to use if you choose to remove the freeze on your credit report to a specific party or for a period of time after the freeze is in place. To provide that authorization you must contact the Consumer Credit Reporting Agency and provide all of the following:

1. The personal identification number or password;
2. Proper Identification to verify your identity;
3. The proper information regarding the party or parties who are to receive the credit report or the period of time for which the report shall be available to users of the credit report; and
4. Payment of any applicable fee.

A Consumer Credit Reporting Agency must authorize the release of your credit report no later than three business days after receiving the above information.

A Security Freeze does not apply to circumstances in which you have an existing account relationship and a copy of your report is requested by your existing creditor or its agents or affiliates for certain types of account review, collection, fraud control or similar activities.

If you are actively seeking credit, you should understand that the procedures involved in lifting a security freeze may slow your application for credit. You should plan ahead and lift a freeze, either completely if you are shopping around, or specifically for a certain creditor, before applying for new credit.

*** 169005307-017 ***
P.O. Box 2000
Chester, PA 19022



07/19/2007    TransUnion.

P0BRBI00202858-I035727
PATRICIA A. DEMASI
1214 BEEKMAN RD O
HOPEWELL JUNCTION, NY 12533

Our investigation of the dispute you submitted is now complete. The results are listed below and a
new copy of your credit report is enclosed.

If our investigation has not resolved your dispute, you may add a 100-word statement to your report. If
you provide a consumer statement that contains medical information related to service providers or
medical procedures, then you expressly consent to TransUnion including this information in every
credit report we issue about you.

If there has been a change to your credit history resulting from our investigation, or if you add a
consumer statement, you may request that TransUnion send an updated report to those who received
your report within the last two years for employment purposes, or within the last one year for any other
purpose.

If interested, you may also request a description of how the investigation was conducted along with
the name, address and telephone number of anyone we contacted for information.

Thank you for helping ensure the accuracy of your credit information.

## Investigation Results

| ITEM | DESCRIPTION | RESULTS |
|------|-------------|---------|
| COUNTRYWIDE HOME LOANS | # 20838162 | NEW INFORMATION BELOW |

Any corrections to your identification requested by you have been made, and are
included in the following credit report.

| | |
|---|---|
| **File Number:** | 169005307 |
| **Page:** | 1 of 8 |
| **Date Issued:** | 07/19/2007 |

TransUnion.

## Personal Information

**Name:** PATRICIA A. DEMASI

**SSN:** XXX-XX-6960
**Date of Birth:** 12/1956
**Telephone:** 227-5387
Your SSN is partially masked for your protection.

**Other Names:** DEMASI,PATRICA,A
DEMASI,PATTY
You have been on our files since 12/1983

### CURRENT ADDRESS

**Address:** 1214 BEEKMAN RD O
HOPEWELL JUNCTION, NY 12533
**Date Reported:** 05/2003

### PREVIOUS ADDRESS

**Address:** 1 RR 1 BOX 322,
HOPEWELL JUNCTION, NY 12533
**Date Reported:** 04/2003

### EMPLOYMENT DATA REPORTED

**Employer Name:** ARLINGTON CENT SCHO
**Date Reported:** 01/2004

**Position:**
**Hired:**

Special Notes: Your Social Security number has been masked for your protection. You may request disclosure of the full number by writing to us at the address found at the end of this report. Also, if any item on your credit report begins with 'MED1', it includes medical information and the data following 'MED1' is not displayed to anyone but you except where permitted by law.

## Public Records

The following items obtained from public records appear on your report. You may be required to explain public record items to potential creditors. Any bankruptcy information will remain on your report for 10 years from the date of the filing. Unpaid tax liens may generally be reported for an indefinite period of time, depending on your state of residence. Paid tax liens may be reported for 7 years from date of payment. All other public record information, including discharged chapter 13 bankruptcy, remains for up to 7 years.

**DUTCHESS COUNTY CLERK** Docket #: 9495

22 MARKET STREET
COUNTY OFC BLDG
POUGHKEEPSIE, NY 12601
(845) 486-2120
Estimated date that this item will be removed: 12/2007

| | |
|---|---|
| **Type:** | PAID FEDERAL TAX LIEN |
| **Court Type:** | COUNTY CLERK |
| **Date Paid:** | 01/2001 |

| | |
|---|---|
| **Date Filed:** | 03/1994 |
| **Responsibility:** | INDIVIDUAL DEBT |
| **Plaintiff:** | IRS |
| **Amount:** | $10,468 |

**DUTCHESS COUNTY CLERK** Docket #: 735

22 MARKET STREET
COUNTY OFC BLDG
POUGHKEEPSIE, NY 12601
(845) 486-2120

Estimated date that this item will be removed: 04/2008

| | |
|---|---|
| **Type:** | PAID FEDERAL TAX LIEN |
| **Court Type:** | COUNTY CLERK |
| **Date Paid:** | 05/2001 |

| | |
|---|---|
| **Date Filed:** | 12/1990 |
| **Responsibility:** | INDIVIDUAL DEBT |
| **Plaintiff:** | IRS |
| **Plaintiff Attorney:** | ROCCO V PESCE 00 |
| **Amount:** | $4,837 |

## Account Information

The key to the right helps explain the payment history information contained in some of the accounts below. Not all accounts will contain payment history information, but some creditors report how you make payments each month in relation to your agreement with them.

| N/A | X | OK | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|
| Not Applicable | Unknown | Current | 30 days late | 60 days late | 90 days late | 120 days late |

P 08RRL002 02858-I035729 03/1c

Consumer Credit Report for PATRICIA A. DEMASI

| | |
|---|---|
| File Number: | 169005307 |
| Page: | 3 of 8 |
| Date Issued: | 07/19/2007 |


Trans**Union.**

## Satisfactory Accounts

The following accounts are reported with no adverse information. (Note: The account # may be scrambled by the creditor for your protection).

### AMERICAN EXPRESS #449748637012339262
PO BOX 981537
EL PASO, TX 79998
(800) 874-2717

Loan Type: CREDIT CARD

| | |
|---|---|
| Balance: | $2,055 |
| Date Updated: | 01/2006 |
| High Balance: | $2,458 |
| Credit Limit: | $2,700 |

| | |
|---|---|
| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | REVOLVING ACCOUNT |
| Responsibility: | ACCOUNT RELATIONSHIP TERMINATED |
| Date Opened: | 05/2005 |
| Date Closed: | 12/2005 |



| Late Payments (06 months) | 30 | 60 | 90+ | Last 6 months | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 0 | 0 | | dec | nov | oct | sep | aug | jul |

### COUNTRYWIDE HOME LOANS #20838162
450 AMERICAN ST  SV416
SIMI VALLEY, CA 93065
(800) 669-5864

Loan Type: CONVENTIONAL REAL ESTATE MTG
Remarks: ACCT INFO DISPUTED BY CONSUMR

| | |
|---|---|
| Balance: | $0 |
| Date Verified: | 07/2007 |
| High Balance: | $131,250 |
| Terms: | 360 MONTHLY $1238 |

| | |
|---|---|
| Pay Status: | UNRATED |
| Account Type: | MORTGAGE ACCOUNT |
| Responsibility: | JOINT ACCOUNT |
| Date Opened: | 03/2002 |
| Date Paid: | 07/2007 |

| Late Payments (26 months) | 30 | 60 | 90+ | Last 26 months | X | OK | OK | OK | OK | OK | X | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 0 | 0 | | jun | may | apr | mar | feb | '07 | dec | nov | oct | sep | aug | jul | jun | may | apr | mar | feb | '06 | dec | nov | oct | sep | aug | jul |

| | | |
|---|---|---|
| OK | OK | |
| jun | may | |

### FREMONT INVESTMNT & LOAN #7000045161
3110 E GUASTI RD
STE 500
ONTARIO, CA 91761
(800) 776-7511 x6575

Loan Type: CONVENTIONAL REAL ESTATE MTG

| | |
|---|---|
| Balance: | $0 |
| Date Verified: | 07/2007 |
| High Balance: | $131,250 |
| Terms: | 360 MONTHLY $1205 |

| | |
|---|---|
| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | MORTGAGE ACCOUNT |
| Responsibility: | PARTICIPANT ON ACCOUNT |
| Date Opened: | 03/2002 |
| Date Closed: | 09/2002 |
| Date Paid: | 08/2002 |

| Late Payments (06 months) | 30 | 60 | 90+ | Last 6 months | X | OK | OK | OK | X | OK |
|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 0 | 0 | | jun | may | apr | mar | feb | '07 |

### HSBC NV #5120255013423433
PO BOX 19360
PORTLAND, OR 97280
(800) 477-6000

Loan Type: CREDIT CARD

| | |
|---|---|
| Balance: | $60 |
| Date Updated: | 06/2007 |
| High Balance: | $60 |
| Credit Limit: | $500 |

| | |
|---|---|
| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | REVOLVING ACCOUNT |
| Responsibility: | INDIVIDUAL ACCOUNT |
| Date Opened: | 05/2007 |

### IBM HUDSON VALLEY EFCU #1026309600
ATTN: COLLECTIONS
159 BARNEGAT RD
POUGHKEEPSIE, NY 12601
(845) 463-3011

Loan Type: AUTOMOBILE

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 06/2007 |
| High Balance: | $16,935 |
| Terms: | 85 MONTHLY $271 |

| | |
|---|---|
| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | INSTALLMENT ACCOUNT |
| Responsibility: | JOINT ACCOUNT |
| Date Opened: | 05/2005 |

### OPTION ONE MTG #6474436176
3 ADA
IRVINE, CA 92618-2304
(949) 790-3600

Loan Type: CONVENTIONAL REAL ESTATE MTG

| | |
|---|---|
| Balance: | $0 |
| Date Verified: | 03/2002 |
| High Balance: | $101,400 |
| Terms: | 360 MONTHLY $1082 |

| | |
|---|---|
| Pay Status: | PAID OR PAYING AS AGREED |
| Account Type: | MORTGAGE ACCOUNT |
| Responsibility: | JOINT ACCOUNT |
| Date Opened: | 05/2001 |
| Date Closed: | 03/2002 |



| Late Payments (08 months) | 30 | 60 | 90+ | Last 8 months | OK | OK | OK | OK | OK | OK | OK | OK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 0 | 0 | | feb | '02 | dec | nov | oct | sep | aug | jul |

Consumer Credit Report for PATRICIA A. DEMASI

| | |
|---|---|
| File Number: | 169005307 |
| Page: | 5 of 8 |
| Date Issued: | 07/19/2007 |

TransUnion.

**TRIBECA LENDING CORP VIA ACRANET, INC.**
2139 TAPO STREET N
STE #209
SIMI VALLEY, CA 93063
Phone number not available
Requested On: 06/07/2007  Inquiry Type: PARTICIPANT
Permissible Purpose: CREDIT TRANSACTION

**FIDELITY BORROWING M VIA FIS CREDIT SERVICES**
918 ULSTER AVE
KINGSTON, NY 12401
(800) 322-3880
Requested On: 03/12/2007  Inquiry Type: PARTICIPANT
Permissible Purpose: CREDIT TRANSACTION

**376 DUTCHESS COUNTY VIA CBC COMPANIES**
PO BOX 1838
COLUMBUS, OH 43216
(877) 237-8317
Requested On: 09/21/2006  Inquiry Type: JOINT
Permissible Purpose: CREDIT TRANSACTION

**ASAP MORTGAGE INC VIA CONSOLIDATED INFOR SRVC**
ROUTE 517
PANTHER VALLEY VIL
ALLAMUCHY, NJ 07820
(908) 813-8555
Requested On: 08/21/2006  Inquiry Type: JOINT
Permissible Purpose: CREDIT TRANSACTION

**AAMES CORP VIA TU SETTLEMENT SOLUTIONS**
6200 OAK TREE BLVD
SUITE 140
INDEPENDENCE, OH 44131
(800) 308-3976
Requested On: 06/05/2006  Inquiry Type: JOINT
Permissible Purpose: CREDIT TRANSACTION

**WILMINGTON FINANCE VIA WILMINGTON FINANCE**
501 OFFICE CENTER
SUITE 400
FT WASHINGTON , PA 19034
(610) 943-2100
Requested On: 06/05/2006  Inquiry Type: JOINT
Permissible Purpose: CREDIT TRANSACTION

**ASAP MORTGAGE INC VIA CONSOLIDATED INFOR SRVC**
ROUTE 517
PANTHER VALLEY VIL
ALLAMUCHY, NJ 07820
(908) 813-8555
Requested On: 04/18/2006  Inquiry Type: JOINT
Permissible Purpose: CREDIT TRANSACTION

**230 M T SALES HUDSON VIA CBCINNOVIS**
PO BOX 1838
COLUMBUS, OH 43216
(877) 237-8317
Requested On: 12/07/2005  Inquiry Type: JOINT
Permissible Purpose: CREDIT TRANSACTION

**2250 THE MORTGAGE TE VIA FACTUAL DATA-NATIONAL**
5200 HAHNS PEAK DR
LOVELAND, CO 80538
(970) 663-5700
Requested On: 04/30/2007  Inquiry Type: INDIVIDUAL
Permissible Purpose: CREDIT TRANSACTION

**FIDELITY BORROWING M VIA FIS CREDIT SERVICES**
918 ULSTER AVE
KINGSTON, NY 12401
(800) 322-3880
Requested On: 01/23/2007  Inquiry Type: PARTICIPANT
Permissible Purpose: CREDIT TRANSACTION

**FREMONT INVESTMENT A VIA FAC/FREMONTN**
12395 FIRST AMERIC
POWAY, CA 92064
(800) 986-4343
Requested On: 09/16/2006  Inquiry Type: AUTHORIZED
Permissible Purpose: CREDIT TRANSACTION

**HOME LOAN CTR INC DB VIA FAC/REP MTG**
12395 FIRST AMERIC
POWAY, CA 92064
(800) 637-2422
Requested On: 06/14/2006  Inquiry Type: AUTHORIZED
Permissible Purpose: CREDIT TRANSACTION

**FREEDOM MORTGAGE VIA FIRST AMERICAN CREDCO**
12385 FIRST AMERIC
POWAY, CA 92064
(800) 986-4343
Requested On: 06/05/2006  Inquiry Type: AUTHORIZED
Permissible Purpose: CREDIT TRANSACTION

**NCO FINANCIAL SYSTEMS**
515 PENNSYLVANIA A
P O BOX 7603
FT WASHINGTON , PA 19034
(215) 832-1450
Requested On: 05/15/2006  Inquiry Type: INDIVIDUAL

**AMERICAN HONDA FINANCE**
600 KELLY WAY
HOLYOKE, MA 01040
(413) 552-1400
Requested On: 12/19/2005  Inquiry Type: JOINT

**COUNTRYWIDE FSLD VIA LANDSAFE/COUNTRYWIDE FSL**
155 N LAKE AVE
MS 3-162
PASADENA, CA 91101
Phone number not available
Requested On: 10/27/2005  Inquiry Type: PARTICIPANT
Permissible Purpose: CREDIT TRANSACTION

Consumer Credit Report for PATRICIA A. DEMASI

File Number:    169005307
Page:    7 of 8
Date Issued:    07/19/2007



**CAPITAL ONE NATL ASSOC**
1957 WESTMORELAND ST
RICHMOND, VA 12030-0163
Phone number not available
Requested On: 01/2007

**COUNTRYWIDE LOAN SRV VIA LANDSAFE CREDIT**
155 N LAKE AVE
PASADENA, CA 91101
Phone number not available
Requested On: 12/2006
Permissible Purpose: CREDIT TRANSACTION

**CAPITAL ONE NATL ASSOC**
1957 WESTMORELAND ST
RICHMOND, VA 12030-0163
Phone number not available
Requested On: 10/2006

**COUNTRYWIDE LOAN SRV VIA LANDSAFE CREDIT**
155 N LAKE AVE
PASADENA, CA 91101
Phone number not available
Requested On: 09/2006
Permissible Purpose: CREDIT TRANSACTION

**CAPITAL ONE BANK ACCOUNT**
P.O. BOX 85049
RICHMOND, VA 23286
Phone number not available
Requested On: 07/2006

**CAPITAL ONE BANK ACCOUNT**
P.O. BOX 85049
RICHMOND, VA 23286
Phone number not available
Requested On: 05/2006

**CAPITAL ONE BANK ACCOUNT**
P.O. BOX 85049
RICHMOND, VA 23286
Phone number not available
Requested On: 03/2006

**CAPITAL ONE BANK ACCOUNT**
P.O. BOX 85049
RICHMOND, VA 23286
Phone number not available
Requested On: 01/2006

**CAPITAL ONE NATL ASSOC**
1957 WESTMORELAND ST
RICHMOND, VA 12030-0163
Phone number not available
Requested On: 12/2006

**CAPITAL ONE NATL ASSOC**
1957 WESTMORELAND ST
RICHMOND, VA 12030-0163
Phone number not available
Requested On: 11/2006

**CAPITAL ONE BANK ACCOUNT**
P.O. BOX 85049
RICHMOND, VA 23286
Phone number not available
Requested On: 09/2006

**CAPITAL ONE BANK ACCOUNT**
P.O. BOX 85049
RICHMOND, VA 23286
Phone number not available
Requested On: 08/2006

**CAPITAL ONE BANK ACCOUNT**
P.O. BOX 85049
RICHMOND, VA 23286
Phone number not available
Requested On: 06/2006

**CAPITAL ONE BANK ACCOUNT**
P.O. BOX 85049
RICHMOND, VA 23286
Phone number not available
Requested On: 04/2006

**CAPITAL ONE BANK ACCOUNT**
P.O. BOX 85049
RICHMOND, VA 23286
Phone number not available
Requested On: 02/2006

**CAPITAL ONE BANK ACCOUNT**
P.O. BOX 85049
RICHMOND, VA 23286
Phone number not available
Requested On: 11/2005

## Summary of Rights

*Para informacion en espanol, visite www.ftc.gov/credit o escribe a la FTC Consumer Response Center, Room 130-A 600 Pennsylvania Ave. N.W., Washington, D.C. 20580.*

### A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.ftc.gov/credit or write to: Consumer Response Center, Room 130-A, Federal Trade Commission, 600 Pennsylvania Ave. N.W., Washington, D.C. 20580.**

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment - or to take another adverse action against you - must tell you, and must give you the name, address, and phone number of the agency that provided the information.
- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:
  - a person has taken adverse action against you because of information in your credit report;
  - you are the victim of identity theft and place a fraud alert in your file;
  - your file contains inaccurate information as a result of fraud;
  - you are on public assistance;
  - you are unemployed but expect to apply for employment within 60 days.

  In addition, by September 2005 all consumers will be entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.ftc.gov/credit for additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.
- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.ftc.gov/credit for an explanation of dispute procedures.
- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, the consumer reporting agency is not required to remove accurate derogatory information from your file unless it is outdated (as described below) or cannot be verified. A consumer reporting agency may continue to report information it has verified as accurate.
- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.
- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need -- usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.
- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.ftc.gov/credit.
- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1-888-567-8688.
- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.
- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.ftc.gov/credit.

**New York Consumers Have the Right to Obtain a Security Freeze**

As of November 1, 2006 you have a right to place a "Security Freeze" on your credit report, which will prohibit a Consumer Reporting Agency from releasing information in your credit report without your express authorization. A Security Freeze must be requested in writing by certified or overnight mail. The Security Freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a Security Freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, government services or payments, insurance, rental housing, employment, investment, license, cellular phone, utilities, digital signature, internet credit card transaction, or other services, including an extension of credit at point of sale. When you place a Security Freeze on your credit report, you will be provided a personal identification number or password to use if you choose to remove the freeze on your credit report to a specific party or for a period of time after the freeze is in place. To provide that authorization you must contact the Consumer Credit Reporting Agency and provide all of the following:

1. The personal identification number or password;
2. Proper Identification to verify your identity;
3. The proper information regarding the party or parties who are to receive the credit report or the period of time for which the report shall be available to users of the credit report; and
4. Payment of any applicable fee.

A Consumer Credit Reporting Agency must authorize the release of your credit report no later than three business days after receiving the above information.

A Security Freeze does not apply to circumstances in which you have an existing account relationship and a copy of your report is requested by your existing creditor or its agents or affiliates for certain types of account review, collection, fraud control or similar activities.

If you are actively seeking credit, you should understand that the procedures involved in lifting a security freeze may slow your application for credit. You should plan ahead and lift a freeze, either completely if you are shopping around, or specifically for a certain creditor, before applying for new credit.

experian

THIS PAGE INTENTIONALLY LEFT BLANK

Prepared for
PATRICIA A DE MASI
**Report number**
**0153185444**

**Report date**
July 18, 2007
www.experian.com/disputes
Call 800 509 8495

**Page 16 of 16**

# experian

**Prepared for**
PATRICIA A DE MASI
**Report number**
0153185444

**Report date**
July 18, 2007
www.experian.com/disputes
Call 800 509 8495

Page 14 of 16

## Personal information continued

### Names

| Names | Type of address | Geographical code |
|---|---|---|
| PATRICIA DE-MASI | | |
| **Name identification number:** 23048 | | |
| PATRICIA DEMASS | | |
| **Name identification number:** 051654633 | | |
| TRISHA DEMASI | | |
| **Name identification number:** 9709 | | |
| PATRICIA A DEMASI | | |
| **Name identification number:** 26036 | | |
| DEMASI A/A PATRICIA | | |
| **Name identification number:** 30349 | | |
| PATRICIA DEMASI | | |
| **Name identification number:** 17661 | | |
| PATRICIA DENASI | | |
| **Name identification number:** 27073 | | |
| PATRICIA DENASSI | | |
| **Name identification number:** 3869 | | |
| PATTY DEMASI | | |
| **Name identification number:** 6153 | | |
| PATRICIA DEMASI | | |
| **Name identification number:** 21244 | | |
| PATRICIA A DEMASI | | |
| **Name identification number:** 22606 | | |
| PATTY A DEMASI | | |
| **Name identification number:** 29410 | | |

### Addresses

These addresses are listed in no particular order and may include previous addresses where you received mail. The geographical code shown with each address identifies the state, county, census tract, block group and Metropolitan Statistical Area associated with each address.

| Addresses | Type of address | Geographical code |
|---|---|---|
| 1214 BEEKMAN RD<br>HOPEWELL JUNCTION NY 12533-5578<br>**Address identification number** 0381111773 | Single family | 0-20002 10-27-2281 |
| 1216 BEEKMAN RD<br>HOPEWELL JUNCTION NY 12533-5578<br>**Address identification number** 0586620591 | Single family | 0-20002 10-27-2281 |
| 1214 BEEKMAN RD #O<br>HOPEWELL JUNCTION NY 12533-5578<br>**Address identification number** | Single family | 0-20002 10-27-2281 |
| 1214 BEEKMAN RD<br>HOPEWELL JUNCTION NY 12533-5578<br>**Address identification number** 0516646133 | Single family | 0-20002 10-27-2281 |
| 1219 BEEKMAN RD<br>HOPEWELL JUNCTION NY 12533-5511<br>**Address identification number** 0561438348 | Single family | 0-20011 0-27-2281 |
| 1216B BEEKMAN RD<br>HOPEWELL JCT NY 12533-5578<br>**Address identification number** 0495608184 | Single family | 0-20002 10-27-2281 |
| 675 BEEKMAN RD<br>HOPEWELL JCT NY 12533-6308<br>**Address identification number** 0026270657 | Single family | 0-50101 90-27-2281 |
| RR 1<br>HOPEWELL JCT NY 12533-9801<br>**Address identification number** 0026280075 | Rural route | 0-50201 30-27-2281 |
| 1214 16 BEEKMAN<br>HOPEWELL JUNCTION NY 12533-<br>**Address identification number** 0648383434 | Single family | 0-00 0- |
| 1214 16 BEEKMAN ROAD<br>HOPEWELL JUNCTION NY 12533-<br>**Address identification number** 0655541687 | Single family | 0-00 0- |
| 1214 BEEKMAN ROAD<br>POUGHQUAG NY 12570-<br>**Address identification number** 0556408736 | Single family | 0-00 0- |
| 1216A BEEKMAN RD<br>HOPEWELL JUNCTION NY 12533-5578<br>**Address identification number** 0460463876 | Single family | 0-20002 10-27-2281 |
| 322 BEEKMAN RD<br>HOPEWELL JCT NY 12533-6260<br>**Address identification number** 0026275208 | Single family | 0-50101 90-27-2281 |

# experian

**Prepared for**
PATRICIA A DE MASI
**Report number**
0153185444

**Report date**
July 18, 2007
www.experian.com/disputes
Call 800 509 8495

nquiries shared only with you

ou may not have initiated the following inquiries, so you may not recognize each source.
/e report these requests to you only as a record of activities, and we do not include any
these requests on credit reports to others.

/e offer credit information about you to those with a permissible purpose, for example to:
- other creditors who want to offer you preapproved credit;
- an employer who wishes to extend an offer of employment;
- a potential investor in assessing the risk of a current obligation;
- Experian Consumer Assistance to process a report for you;
- your current creditors to monitor your accounts (date listed may reflect only the most recent request).

hese inquiries do not affect your credit score.

| Creditor | Date |
|---|---|
| EQUITY SOURCE HOME LOANS<br>285 DAVIDSON AVE<br>SOMERSET NJ 08873 | Jul 10, 2007 |
| CAP ONE NA<br>PO BOX 26625<br>RICHMOND VA 23261 | Jun 17, 2007 |
| CREDIT ONE BANK<br>PO BOX 98873<br>LAS VEGAS NV 89193 | May 30, 2007 |
| HSBC NV<br>12447 SW 69TH AVE<br>TIGARD OR 97223 | Apr 13, 2007; Mar 17, 2007; Feb 22, 2007; Feb 16, 2007; Jan 13, 2007; Dec 19, 2006; Nov 17, 2006; Oct 19, 2006; Sep 19, 2006; Aug 15, 2006; Jul 18, 2006; Jun 20, 2006; May 20, 2006; Apr 18, 2006; Mar 20, 2006; Sep 20, 2005; Aug 18, 2005 |
| HOME LOAN INVESTMENT BAN<br>1 HOME LOAN PLZ<br>WARWICK RI 02886 | Apr 12, 2007; Sep 9, 2005 |
| TEG FEDERAL CREDIT UNION<br>1 COMMERCE ST<br>POUGHKEEPSIE NY 12603 | Mar 28, 2007 |
| AMERICAN FINANCIAL RESOU<br>273 E MAIN ST<br>DENVILLE NJ 07834 | Mar 23, 2007 |
| CAPITAL ONE BANK<br>PO BOX 30281<br>SALT LAKE CITY UT 84130 | Mar 20, 2007 |
| AMERICAN HOUSING FINANCI<br>1300 QUAIL ST STE 206<br>NEWPORT BEACH CA 92660 | Jan 3, 2007; Sep 6, 2006; May 11, 2006 |
| AMERIPATH MORTGAGE<br>6410 OAK CYN STE 200<br>IRVINE CA 92618 | Jan 3, 2007; Oct 30, 2006 |
| AMERIPATH MORTGAGE | Oct 30, 2006 |
| PROGRESSIVE INSURANCE<br>6300 WILSON MILLS RD<br>CLEVELAND OH 44143 | Oct 25, 2006; Aug 9, 2006 |
| PROGRESSIVE INSURANCE | Aug 9, 2006 |
| CITI AUTO<br>2208 HIGHWAY 121 STE 100<br>BEDFORD TX 76021 | Jul 12, 2006 |
| FAS/NATIONS FUNDING LTD<br>2855 E COAST HWY STE 229<br>CORONA DEL MAR CA 92625 | Jun 2, 2006 |

# experian

**Prepared for**
PATRICIA A DE MASI
**Report number**
0153185444

**Report date**
July 18, 2007
www.experian.com/disputes
Call 800 509 8495

Page 10 of 16

## Record of requests for your credit history

We make your credit history available to your current and prospective creditors and employers as allowed by law. Experian may list these inquiries for up to two years so that you will have a record of the companies that accessed your credit information.

## Inquiries shared with others

The section below lists all of the companies that have reviewed your credit report as a result of an action you took, such as applying for credit or financing or as a result of a collection. The inquiries in this section are shared with companies that view your credit history.

**LANDSAFECREDIT**
1515 WALNUT GROVE AVE
ROSEMEAD CA 91770
No phone number available

*Date*
Jun 26, 2007

*Reason*
Real estate loan on behalf of FBM LLC. This inquiry is scheduled to continue on record until Jul 2009.

**EQUIFAX MORTGAGE SERVICE**
1550 PEACHTREE ST NW MD
ATLANTA GA 30309
No phone number available

*Date*
Jun 25, 2007

*Reason*
Conventional mortgage on behalf of DELTA FUNDING CORPORATIO. This inquiry is scheduled to continue on record until Jul 2009.

**WASH MUTUAL/PROVIDIAN**
PO BOX 660509
DALLAS TX 75266
No phone number available

*Date*
Jun 9, 2007

*Reason*
Permissible purpose. This inquiry is scheduled to continue on record until Jul 2009.

**ACRANET**
2139 TAPO ST STE 209
SIMI VALLEY CA 93063
No phone number available

*Date*
Jun 7, 2007

*Reason*
Real estate loan on behalf of TRIBECA LENDING CORPORAT. This inquiry is scheduled to continue on record until Jul 2009.

**HSBC NV**
2980 MEADE AVE STE A
LAS VEGAS NV 89102
No phone number available

*Date*
May 14, 2007

*Reason*
Permissible purpose. This inquiry is scheduled to continue on record until Jun 2009.

**KROLL FACTUAL DATA/0600**
5200 HAHNS PEAK DR
LOVELAND CO 80538
No phone number available

*Date*
Apr 30, 2007

*Reason*
Real estate loan on behalf of 2250 THE MORTGAGE TEAM. This inquiry is scheduled to continue on record until May 2009.

**FIS CREDIT SERVICES**
3100 NEW YORK DR
PASADENA CA 91107
No phone number available

*Date*
Mar 12, 2007

*Reason*
Real estate loan on behalf of FIDELITY BORROWING MTG. This inquiry is scheduled to continue on record until Apr 2009.

**FIS CREDIT SERVICES**
No phone number available

*Date*
Jan 23, 2007

*Reason*
Real estate loan on behalf of FIDELITY BORROWING MTG. This inquiry is scheduled to continue on record until Feb 2009.

**CBCINNOVIS**
PO BOX 1838
COLUMBUS OH 43216
No phone number available

*Date*
Sep 21, 2006

*Reason*
Real estate loan on behalf of 376 DUTCHESS COUNTY MO. This inquiry is scheduled to continue on record until Oct 2008.

**FAC-FREMONT**
12395 FIRST AMERICAN WAY
POWAY CA 92064
No phone number available

*Date*
Sep 16, 2006

*Reason*
Real estate loan. This inquiry is scheduled to continue on record until Oct 2008.

# experian

Prepared for
PATRICIA A DE MASI
Report number
0153185444

Report date
July 18, 2007
www.experian.com/disputes
Call 800 509 8495

Page 8 of 16

## Accounts in good standing continued

| | Date opened / Reported since / Last reported | Date of status / Date reported | Type / Terms / Monthly payment | Responsibility | Credit limit or original amount / High balance | Recent balance / Recent Payment | |
|---|---|---|---|---|---|---|---|
| **OPTION ONE MORTGAGE CORP**<br>6501 IRVINE CENTER DR<br>IRVINE CA 92618<br>No phone number available<br>**Partial account number**<br>647443..... | Date opened May 2001<br>Reported since May 2001<br>Last reported Aug 2001 | Date of status May 2002<br>Date reported May 2002 | Type Mortgage<br>Terms 30 Years<br>Monthly payment NA | Joint | Credit limit or original amount $101,400<br>High balance NA | Recent balance NA | Status: Paid, Closed/Never late. This account is scheduled to continue on record until May 2012. |
| **SEARS/CBSD**<br>PO BOX 6189<br>SIOUX FALLS SD 57117<br>No phone number available<br>**Partial account number**<br>5121075052291..... | Date opened May 2005<br>Reported since Jun 2005 | Date of status Jul 2007<br>Last reported Jul 2007 | Type Revolving<br>Terms NA<br>Monthly payment $26 | Individual | Credit limit or original amount $950<br>High balance $1,012 | Recent balance $836 as of Jul 2007<br>Recent Payment $50 | Status: Closed/Never late. This account is scheduled to continue on record until Jul 2017. Creditor's statement "Account closed at credit grantor's request." |
| **SEARS/CBSD**<br>PO BOX 6189<br>SIOUX FALLS SD 57117<br>No phone number available<br>**Partial account number**<br>50499480527 2...... | Date opened Mar 2002<br>Reported since Mar 2002 | Date of status Jul 2007<br>Last reported Jul 2007 | Type Revolving<br>Terms NA<br>Monthly payment $10 | Authorized user | Credit limit or original amount $320<br>High balance $520 | Recent balance $85 as of Jul 2007<br>Recent Payment $225 | Status: Open/Never late. |
| **TOYOTA MOTOR CREDIT CORP**<br>90 CRYSTAL RUN RD STE 31<br>MIDDLETOWN NY 10941<br>No phone number available<br>**Partial account number**<br>7040226140954..... | Date opened Mar 2003<br>Reported since Apr 2003 | Date of status Dec 2003<br>Last reported Dec 2003 | Type Installment<br>Terms 60 Months<br>Monthly payment NA | Individual | Credit limit or original amount $18,744<br>High balance NA | Recent balance NA | Status: Paid, Closed/Never late. This account is scheduled to continue on record until Dec 2013. |

# experian

Prepared for
PATRICIA A DE MASI
Report number
0153185444

Report date
July 18, 2007
www.experian.com/disputes
Call 800 509 8495

Page 6 of 16

## Potentially negative items or items for further review continued

| I C SYSTEM INC | Date opened | Date of status | Type | Responsibility | Credit limit or original amount | Recent balance | |
|---|---|---|---|---|---|---|---|
| PO BOX 64378 | Mar 2004 | May 2004 | Collection | Individual | $508 | NA | Status: Collection account. $133 past due as of Jul 2005. |
| SAINT PAUL MN 55164 | Reported since | Last reported | Terms | | High balance | | Account history: |
| (651) 481-6333 | May 2004 | Jul 2005 | 11 Months | | NA | | Collection as of May 2004 to Jul 2005 |
| *Partial account number* | | | Monthly payment | | | | This account is scheduled to continue |
| 4235054859 | | | NA | | | | on record until Jul 2010. |

Original creditor: DRS BIEBER  HISE L L P

## Accounts in good standing

These items may stay on your credit report for as long as they are open. Once an account is closed or paid off it may continue to appear on your report for up to ten years.

## Credit items

| AMEX | Date opened | Date of status | Type | Responsibility | Credit limit or original amount | Recent balance | |
|---|---|---|---|---|---|---|---|
| PO BOX 297812 | May 2005 | Jan 2006 | Revolving | Not responsible | NA | NA | Status: Closed/Never late. |
| FT LAUDERDALE FL 33329 | Reported since | Last reported | Terms | | High balance | | This account is scheduled to continue |
| (800) 528-2122 | Jan 2006 | Jan 2006 | NA | | $2,458 | | on record until Jan 2011. |
| *Partial account number* | | | Monthly payment | | | | Creditor's statement: "Account closed at |
| 4497486370 12339262 | | | NA | | | | credit grantor's request." |

| COUNTRYWIDE HOME | Date opened | Date of status | Type | Responsibility | Credit limit or original amount | Recent balance | |
|---|---|---|---|---|---|---|---|
| LOANS | Mar 2002 | Jan 2007 | Mortgage | Joint | $131,250 | $127,288 as of Jan 2007 | Status: Open/Never late. As of Jun 2011, this account is |
| 450 AMERICAN ST | Reported since | Last reported | Terms | | High balance | | scheduled to go to a positive status. |
| SIMI VALLEY CA 93065 | Feb 2005 | Jan 2007 | 30 Years | | NA | | This item was verified and updated on |
| (800) 669-6607 | | | Monthly payment | | | | Feb 2007. |
| *Partial account number* | | | $1,238 | | | | |
| 2083.... | | | | | | | |

experian

**Prepared for**
PATRICIA A DE MASI

**Report number**
0153185444

**Report date**
July 18, 2007
www.experian.com/disputes
Call 800 509 8495

Page 4 of 16

## Potentially negative items or items for further review

This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments and most public record items may remain on the credit report for up to seven years, except Chapters 7, 11 and 12 bankruptcies, which may remain for up to 10 years, and unpaid tax liens, which may remain for up to 15 years. A paid tax lien may remain for up to seven years. Transferred accounts that have not been past due remain up to 10 years after the date the account was transferred.

### Public records

| | Identification number | | | |
|---|---|---|---|---|
| **US BKPT CT NY SO** | 9832619 | *Date filed* Aug 1998 | *Responsibility* Individual | *Claim amount* $0 *Liability amount* $0 | Status: involuntary Chapter 11 bankruptcy dismissed. This item is scheduled to continue on record until Aug 2008. |
| POUGHKE | | *Date resolved* Mar 1999 | | | |
| 176 CHURCH ST | | | | | |
| POUGHKEEPSIE NY 12601 | | | | | |
| *No phone number available* | | | | | |

| | Identification number | | | |
|---|---|---|---|---|
| **DUTCHESS CNTY CLERK** | SCP93422 | *Date filed* Jul 1993 | *Responsibility* NA | *Claim amount* $21,400 *Liability amount* NA | Status: Federal tax lien paid. This item was verified and updated on Jul 2002. |
| COUNTY OFFICE BLDG | | *Date resolved* Jan 2001 | | | |
| POUGHKEEPSIE NY 12601 | | | | | |
| *No phone number available* | | | | | |

| | Identification number | | | |
|---|---|---|---|---|
| **DUTCHESS CNTY CLERK** | SCP9495 | *Date filed* Mar 1994 | *Responsibility* NA | *Claim amount* $10,400 *Liability amount* NA | Status: Federal tax lien paid. This item was verified and updated on Jul 2002. |
| COUNTY OFFICE BLDG | | *Date resolved* Jan 2001 | | | |
| POUGHKEEPSIE NY 12601 | | | | | |
| *No phone number available* | | | | | |

experian

THIS PAGE INTENTIONALLY LEFT BLANK

**Prepared for**
PATRICIA A DE MASI
**Report number**
0153185444

**Report date**
July 18, 2007
www.experian.com/disputes
Call 800 509 8495

**Page 2 of 16**

# experian

**Prepared for**
DOUGLAS D DEMASI Sr

**Report number**
0692208651

**Report date**
July 18, 2007
www.experian.com/disputes
Call 800 509 8495

**Page 1 of 16**

*PLEASE REFER TO YOUR CREDIT REPORT FOR UPDATE.*

**Dear DOUGLAS D DEMASI Sr,**

*To assist you in understanding your correction summary, we have provided additional information that relates directly to items on your personal credit report.*

FREMONT INVESTMENT & LN
700004....
*PLEASE REFER TO YOUR CREDIT REPORT FOR UPDATE.*

OPTION ONE MORTGAGE CORP
647443....
*PLEASE REFER TO YOUR CREDIT REPORT FOR UPDATE*

COUNTRYWIDE HOME LOANS
2083....
*PLEASE REFER TO YOUR CREDIT REPORT FOR UPDATE.*

```
****************MIXED AADC 683
0016904  2 MB 0.485 L 524
DOUGLAS D DEMASI Sr
1214 BEEKMAN RD
HOPEWELL JUNCTION NY 12533-5578
```

# experian.

**Prepared for**
DOUGLAS D DEMASI Sr
**Report number**
0692208651

**Report date**
July 18, 2007

www.experian.com/disputes    Page 3 of 16

## Investigation results

### About our dispute verification process

This summary shows the revision(s) made to your credit file as a result of the verification we recently completed. If you still question an item, then you may want to contact the source of the information.

The federal Fair Credit Reporting Act states that you may:

- request a description of how we verified the information, including the business name and address contacted and the telephone number if reasonably available;
- add a statement disputing the accuracy or completeness of the information; and
- request that we send these results to organizations who have reviewed your credit report in the past two years for employment purposes or six months for any other purpose.

If no information follows, our response appeared on the previous page.

### How to read your results

**Deleted** - This item was removed from your credit report

**Remains** - This item has been verified as accurate

**Updated** - A change was made to this item; review this report to view the change. If ownership of the item was disputed, then it was verified as belonging to you.

**Reviewed** - This item was either updated or deleted; review this report to learn its outcome

## Items we investigated

We completed investigating the items you disputed with the sources of the information. Here are the results:

Visit experian.com/status to check the status of your pending disputes at any time

### To order a copy of your VantageScore℠ from Experian visit experian. com or call 1 888 322 5583.

**Protect and manage your credit with Credit Manager,** www.creditexpert.com

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display in your report, but in reports to others they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

# experian

**Prepared for**
DOUGLAS D DEMASI Sr

**Report number**
0692208651

**Report date**
July 18, 2007
www.experian.com/disputes
Call 800 509 8495

Page 5 of 16

## Potentially negative items or items for further review continued

### Credit items

**AMERICAN GENERAL FINANCE**
2600 SOUTH RD
POUGHKEEPSIE NY 12601
Responsibility removed
*Partial account number*
11022534029276.....

| Date opened | Date of status | Type | Responsibility | Credit limit or original amount | Recent balance |
|---|---|---|---|---|---|
| Nov 2002 | Aug 2006 | Revolving | Individual | NA | $1,404 as of $1,379 past due as of Jun 2007. |
| *Reported since* | *Last reported* | *Terms* | | *High balance* | *Recent Payment* |
| Aug 2006 | Jun 2007 | NA | | $2,843 | $200 |
| | | *Monthly payment* | | | |
| | | $25 | | | |

Status: Open/Past due 180 days.

Account history:
180 days as of Aug 2006 to Jun 2007
As of Aug 2009, this account is scheduled to go to a positive status.

Creditor's statement: "Special handling - contact subscriber for additional information."

Comment: "Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act)"

**CHASE MANHATTAN MORTGAGE**
10790 RANCHO BERNARDO RD
SAN DIEGO CA 92127
*No phone number available*
*Partial account number*
1526.....

| Date opened | Date of status | Type | Responsibility | Credit limit or original amount | Recent balance |
|---|---|---|---|---|---|
| Oct 2002 | Jun 2004 | Mortgage | Joint with PATRICIA DE MASI | $125,000 | NA |
| *Reported since* | *Last reported* | *Terms* | | *High balance* | |
| Oct 2002 | Jun 2004 | 30 Years | | NA | |
| | | *Monthly payment* | | | |
| | | NA | | | |

Status: Paid. Closed/Past due 30 days.

Account history:
60 days as of Mar 2004
30 days as of May 2004, Feb 2004

**PALISADES F C U**
300 N MIDDLETOWN RD
PEARL RIVER NY 10965
*No phone number available*
*Partial account number*
25736 1000.....

| Date opened | Date of status | Type | Responsibility | Credit limit or original amount | Recent balance |
|---|---|---|---|---|---|
| Dec 2003 | Nov 2004 | Installment | Individual | $10,000 | $0 as of Dec 2004 |
| *Reported since* | *Last reported* | *Terms* | | *High balance* | *Recent Payment* |
| Dec 2003 | Dec 2004 | 60 Months | | NA | $5 |
| | | *Monthly payment* | | | |
| | | NA | | | |

Status: Account charged off/Past due 150 days. $9,657 written off.

Account history:
Charge Off as of Dec 2004, Nov 2004
150 days as of Oct 2004
120 days as of Sep 2004
90 days as of Aug 2004
60 days as of Jul 2004
30 days as of Jun 2004, Mar 2004
This account is scheduled to continue on record until Mar 2011.

# experian.

| | |
|---|---|
| **Prepared for**<br>DOUGLAS D DEMASI Sr<br>**Report number**<br>0652208651 | **Report date**<br>July 18, 2007<br>www.experian.com/disputes<br>Call 800 509 8495<br>**Page 7 of 16** |

## Accounts in good standing

These items may stay on your credit report for as long as they are open. Once an account is closed or paid off it may continue to appear on your report for up to ten years.

## Credit items

### COUNTRYWIDE HOME LOANS
450 AMERICAN ST
SIMI VALLEY CA 93065
(800) 669-6607
*Partial account number*
2083......

| Date opened | Date of status | Type | Responsibility | Credit limit or original amount | Recent balance |
|---|---|---|---|---|---|
| Mar 2002 | Jan 2007 | Mortgage | Joint with PATRICIA DEMASI | $131,250 | As of Jun 2011, this account is scheduled to go to a positive status. |
| *Reported since* | *Last reported* | *Terms* | | *High balance* | |
| Feb 2005 | Jan 2007 | 30 Years | | NA | |
| | | *Monthly payment* | | | |
| | | $1238 | | | |

Status: Open/Never late. As of Jun 2011, this account is scheduled to go to a positive status.
Your Statement: *"Y ITEM DISPUTED BY CONSUMER"*
This item was verified and updated on Jan 2007.

### FREMONT INVESTMENT & LN
175 N RIVERVIEW DR
ANAHEIM CA 92808
No phone number available
*Partial account number*
700004...

| Date opened | Date of status | Type | Responsibility | Credit limit or original amount | Recent balance |
|---|---|---|---|---|---|
| May 2002 | Jul 2007 | Mortgage | Joint with PATRI DEMASI | $131,250 | NA |
| *Reported since* | *Last reported* | *Terms* | | *High balance* | |
| May 2002 | Jul 2007 | 30 Years | | NA | |
| | | *Monthly payment* | | | |
| | | NA | | | |

Status: Transferred, closed/Never late.
This account is scheduled to continue on record until Jul 2017.

### GEMB/NAPA
PO BOX 981439
EL PASO TX 79998
(866) 396-8254
*Partial account number*
6019180219911......
*See History of account balances for additional information.*

| Date opened | Date of status | Type | Responsibility | Credit limit or original amount | Recent balance |
|---|---|---|---|---|---|
| Oct 2006 | Dec 2006 | Revolving | Joint with PATRICIA DEMASI | $475 | NA |
| *Reported since* | *Last reported* | *Terms* | | *High balance* | |
| Nov 2006 | Dec 2006 | NA | | NA | |
| | | *Monthly payment* | | | |
| | | NA | | | |

Status: Paid, Closed/Never late.
This account is scheduled to continue on record until Dec 2016.
Comment: *"Account closed at consumer's request"*

# experian.

**Prepared for**
DOUGLAS D DEMASI Sr

**Report number**
0692208651

**Report date**
July 18, 2007
www.experian.com/disputes
Call 800 509 8495

**Page 9 of 16**

## Accounts in good standing continued

### TEG FEDERAL CREDIT UNION
1 COMMERCE ST
POUGHKEEPSIE NY 12603
(845) 452-7323
*Partial account number*
2987......

| Date opened | Date of status | Type | Responsibility | Credit limit or original amount | Recent balance |
|---|---|---|---|---|---|
| May 2003 | Dec 2003 | Installment | Individual | $10,000 | NA |
| *Reported since* | *Last reported* | *Terms* | | *High balance* | |
| Apr 2003 | Dec 2003 | 60 Months | | NA | |
| | | *Monthly payment* | | | |
| | | NA | | | |

Status: Paid/Closed/Never late.
This account is scheduled to continue on record until Dec 2013.

### TEG FEDERAL CREDIT UNION
1 COMMERCE ST
POUGHKEEPSIE NY 12603
(845) 452-7323
*Partial account number*
2987......

| Date opened | Date of status | Type | Responsibility | Credit limit or original amount | Recent balance |
|---|---|---|---|---|---|
| Jun 2003 | Dec 2003 | Installment | Individual | $16,000 | NA |
| *Reported since* | *Last reported* | *Terms* | | *High balance* | |
| May 2003 | Dec 2003 | 60 Months | | NA | |
| | | *Monthly payment* | | | |
| | | NA | | | |

Status: Paid/Closed/Never late.
This account is scheduled to continue on record until Dec 2013.

## History of your account balances

If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan.

### AMERICAN GENERAL FINANCE
*Partial account number*
110225340292 6......

*Balance history*
May 2007: $1,579    Apr 2007: $1,725    Mar 2007: $1,725    Feb 2007: $2,061    Jan 2007: $2,061    Dec 2006: $2,388    Nov 2006: $2,388    Oct 2006: $2,548    Sep 2006: $2,706    Aug 2006: $2,843    Jul 2006: $4,843    Jul 2006: $4,843    May 2006: $4,843    Apr 2006: $5,165    Mar 2006: $5,208    Feb 2006: $5,327    Feb 2006: $5,327    Dec 2005: $5,444    Nov 2005: $5,673    Nov 2005: $5,673    Sep 2005: $5,806    Aug 2005: $5,806    Aug 2005: $5,806

Between Aug 2006 and May 2007, your credit limit/high balance was $2,843

Between May 2006 and Jul 2006, your credit limit/high balance was $4,843

Between Apr 2006 and May 2006, your credit limit/high balance was $5,165

Between Mar 2006 and Apr 2006, your credit limit/high balance was $5,208

# experian

**Prepared for**
DOUGLAS D DEMASI Sr
**Report number**
0692208651

**Report date**
July 18, 2007
www.experian.com/disputes
Call 800 509 8495

Page 11 of 16

## Record of requests for your credit history

We make your credit history available to your current and prospective creditors and employers as allowed by law. Experian may list these inquiries for up to two years so that you will have a record of the companies that accessed your credit information.

## Inquiries shared with others

The section below lists all of the companies that have reviewed your credit report as a result of an action you took, such as applying for credit or financing or as a result of a collection. The inquiries in this section are shared with companies that view your credit history.

**LANDSAFECREDIT**
1515 WALNUT GROVE AVE
ROSEMEAD CA 91770
*No phone number available*

*Date*
Jun 26, 2007

*Reason*
Real estate loan on behalf of FBM LLC. This inquiry is scheduled to continue on record until Jul 2009.

**EQUIFAX MORTGAGE SERVICE**
1550 PEACHTREE ST NW MD
ATLANTA GA 30309
*No phone number available*

*Date*
Jun 25, 2007

*Reason*
Conventional mortgage on behalf of DELTA FUNDING CORPORATIO. This inquiry is scheduled to continue on record until Jul 2009.

**ACRANET**
2139 TAPO ST STE 209
SIMI VALLEY CA 93063
*No phone number available*

*Date*
Jun 7, 2007

*Reason*
Real estate loan on behalf of TRIBECA LENDING CORPORAT. This inquiry is scheduled to continue on record until Jul 2009.

**KROLL FACTUAL DATA/0600**
5200 HAHNS PEAK DR
LOVELAND CO 80538
*No phone number available*

*Date*
Apr 30, 2007

*Reason*
Real estate loan on behalf of 2250 THE MORTGAGE TEAM. This inquiry is scheduled to continue on record until May 2009.

**FIS CREDIT SERVICES**
3100 NEW YORK DR
PASADENA CA 91107
*No phone number available*

*Date*
Mar 12, 2007

*Reason*
Real estate loan on behalf of FIDELITY BORROWING MTG. This inquiry is scheduled to continue on record until Apr 2009.

**FIS CREDIT SERVICES**

*No phone number available*

*Date*
Jan 23, 2007

*Reason*
Real estate loan on behalf of FIDELITY BORROWING MTG. This inquiry is scheduled to continue on record until Feb 2009.

**FIS CREDIT SERVICES**

*No phone number available*

*Date*
Jan 22, 2007

*Reason*
Real estate loan on behalf of FIDELITY BORROWING MTG. This inquiry is scheduled to continue on record until Feb 2009.

**FAC**
12395 FIRST AMERICAN WAY
POWAY CA 92064
*No phone number available*

*Date*
Jan 18, 2007

*Reason*
Real estate loan on behalf of HOME LOAN CTR INC DBA LE. This inquiry is scheduled to continue on record until Feb 2009.

**LANDSAFECREDIT**
1515 WALNUT GROVE AVE
ROSEMEAD CA 91770
*No phone number available*

*Date*
Nov 21, 2006

*Reason*
Real estate loan on behalf of CONCORD MORTGAGE CORP. This inquiry is scheduled to continue on record until Dec 2008.

**CBCINNOVIS**
PO BOX 1838
COLUMBUS OH 43216
*No phone number available*

*Date*
Sep 21, 2006

*Reason*
Real estate loan on behalf of 376 DUTCHESS COUNTY MO. This inquiry is scheduled to continue on record until Oct 2008.

experian˙

**Report date**
July 18, 2007
www.experian.com/disputes
Call 800 509 8495

**Prepared for**
DOUGLAS D DEMASI Sr
**Report number**
0692208651

## Inquiries shared only with you

You may not have initiated the following inquiries, so you may not recognize each source. We report these requests to you only as a record of activities, and we do not include any of these requests on credit reports to others.

We offer credit information about you to those with a permissible purpose, for example to:
- other creditors who want to offer you preapproved credit;
- an employer who wishes to extend an offer of employment;
- a potential investor in assessing the risk of a current obligation;
- Experian Consumer Assistance to process a report for you;
- your current creditors to monitor your accounts (date listed may reflect only the most recent request).

## These inquiries do not affect your credit score.

**EXPERIAN**
| | *Date* |
|---|---|
| | Apr 23, 2003 |

**WASHINGTON MUTUAL**
1201 3RD AVE
SEATTLE WA 98101

*Date*
Jun 22, 2007; Dec 18, 2006

**CHOICEPOINT/INS P&C**
1000 ALDERMAN DR
ALPHARETTA GA 30005
*On behalf of AMERICAN MODERN INS GROU*
*On behalf of AMERICAN MODERN INS GROU for insurance underwriting*

*Date*
Mar 27, 2006

**PROGRESSIVE INSURANCE**
6300 WILSON MILLS RD
CLEVELAND OH 44143

*Date*
Mar 27, 2006

**WASHINGTON MUTUAL**
1201 3RD AVE
SEATTLE WA 98101

*Date*
Jul 1, 2005

**EXPERIAN**
PO BOX 2002
ALLEN TX 75013

*Date*
Dec 4, 2003; Apr 23, 2003

# experian

**Prepared for**
DOUGLAS D DEMASI Sr
**Report number**
0692208651

**Report date**
July 18, 2007
www.experian.com/disputes
Call 800 509 8495

**Page 15 of 16**

## Personal information continued

| | Type of address | Geographical code |
|---|---|---|
| 12141 6 BEEKMAN<br>HOPEWELL JUNCTION NY 12533-<br>**Address identification number**<br>0646383434 | Single family | 0-00- 0- |
| 1214 16 BEEKMAN ROAD<br>HOPEWELL JUNCTION NY 12533-<br>**Address identification number**<br>0655541687 | Single family | 0-00- 0- |
| 1216A BEEKMAN RD<br>HOPEWELL JUNCTION NY 12533-5578<br>**Address identification number**<br>0460663876 | Single family | 0-20002I0-27-2281 |
| 55 MAYFAIR RD<br>POUGHQUAG NY 12570-5010<br>**Address identification number**<br>0026443932 | Single family | 0-2000130-27-2281 |
| ABC<br>POUGHQUAG NY 12570-<br>**Address identification number**<br>0362317528 | | 0-00- 0- |
| 1 BEEKMAN RD<br>HOPEWELL JUNCTION NY 12533-6176<br>**Address identification number**<br>002627396I | Single family | 0-50I01/20-27-2281 |
| PO BOX 322<br>HOPEWELL JUNCTION NY 12533-0322<br>**Address identification number**<br>0026265959 | Post office box | 0-5020130-27-2281 |
| PO BOX 691<br>POUGHQUAG NY 12570-0691<br>**Address identification number**<br>0026445553 | Post office box | 0-20002 10-27-2281 |
| 322 BEEKMAN RD<br>HOPEWELL JCT NY 12533-6260<br>**Address identification number**<br>0026275208 | Single family | 0-50I0190-27-2281 |

| | Type of address | Geographical code |
|---|---|---|
| RR 322<br>12533-<br>**Address identification number**<br>0024920432 | Rural route | 0-00- 0- |

**Social Security number variations**

As a security precaution, we did not list the Social Security number that you provided when you contacted us. The numbers below are variations that have been reported to us.

**Date of birth**
Oct 30, 1952
**Telephone numbers**
845 227 5387
**Spouse or co-applicant**
PATRICIA
**Employers**
SELF EMPLOYED .

DOUGLAS BUILDERS INC

SELF -
**Notices**
This address has pertained to a business: 300 N MIDDLETOWN RD PEARL RIVER NY 10965
ENGINEERING-MANAGEMENT SERVICE: 300 N MIDDLETOWN RD, PEARL RIVER, NY, 10965

----End of Report----

If you disagree with information in your report you may dispute it at:

**www.experian.com/disputes**

STATE OF NEW YORK  :  COUNTY OF DUTCHESS
SUPREME COURT
---------------------------------------------------------------------X

FREMONT INVESTMENT & LOAN,

                               Plaintiff,

        -against-

DOUGLAS D. DE MASI a/k/a DOUGLAS D. DEMASI
a/k/a DOUGLAS D. DEMASI, SR., PATRICIA DE MASI
a/k/a PATRICIA DEMASI, and "JOHN DOE #1" through
"JOHN DOE #10" the last ten names being fictitious and
unknown to the plaintiff, the person or parties intended
being the person or parties, if any, having or claiming
an interest in or lien upon the mortgaged premises
described in the complaint,

                              Defendants.

---------------------------------------------------------------------X

**DECISION AND ORDER**

**Index No. 4637/2006**

       In the instant foreclosure action, plaintiff Fremont Investment & Loan, Inc. moves

for an order, pursuant to CPLR §3212, granting it summary judgment.

       The following submissions were read:

| | |
|---|---|
| Notice of Motion - Affirmation of Linda P. Manfredi, Esq. - | 1-3 |
|   Annexed Exhibits | |
| Opposition papers of Douglas D. DeMasi and Annexed Exhibits | 4-5 |
| Reply Affirmation of Linda P. Manfredi, Esq. | 6 |

       Upon the foregoing papers it is hereby ORDERED that the plaintiff's motion is

denied as moot, the loan which is the subject of the foreclosure action having been

satisfied. (See, <u>August 21, 2007 correspondence of Linda P. Manfredi, Esq.</u>) Any other requested relief is denied.

This constitutes the decision and order of this Court.

So ordered.

Dated: August 22, 2007
       Poughkeepsie, New York

HON. CHRISTINE A. SPROAT
Supreme Court Justice

TO:    LINDA P. MANFREDI, ESQ.
       Eschen, Frenkel & Weisman, LLP
       Attorneys for Plaintiff
       20 West Main Street
       Bay Shore, NY 11706

       DOUGLAS D. DEMASI, SR.
       PATRICIA A. DEMASI
       Defendants, Pro Se
       1214 Beekman Road
       Hopewell Junction, NY 12533

- 2 -

Patty and Doug De Masi Sr.
1214 Beekman Road
Hopewell Jct. New York 12533
845 227 5387, Fax 227 7312

November 5, 2007

Subject Matter
The most abusive and
Dishonest Bank in America
(Country Wide Home Loans).

To whom it may concern.

Enclosed is a cartoon representing a period of time that we were forced to be with
Country Wide Home Loans. The names are true, the events are true, the cartoon figures
are from my own imagination.

They hurt my wife, kids and I for over three years, made our lives a living hell, all
because I said (no to Full Spectrum Lending), A subsidiary company of Country Wide
Home Loans. They all so destroyed our credit rating, and cost us hundreds of thousands
of dollars, and laugh about it all the time, as were getting beat up constantly by their over
paid under worked notary public's, (or low class dirt bag attorneys )

I've been told that we are the only ones that have a clear paper trail that has proved
Country Wide Home Loans did in fact, knowingly, deliberately, hold our mortgage
payments so they can add on late fees, processing fees and fore closure fees, and they did
this for their own personnel enrichment in giving them selves huge bonus. I wonder how
many millions of other customers in other states they did the same thing to and got away
with it???? And just how many hundreds of millions of dollars of a win fall did they
collect? For their own enrichment. And how many families did they ended up destroying
and left homeless???????????

It took Patty and I years to prove to all three credit reporting agencies, our new bank
Franklin Credit Management Corporation, and the New York Supreme Court that we
were correct and that Country Wide Home Loans were wrong. And we did prove that we
all ways paid our mortgage payments on time all the time. And even when they started to
fore close on our home, we fought back did all the legal work our selves. Further more I
told every one over a year ago that Country Wide Home Loans is just like (Enron) their
broke .

So later on all three credit reporting agencies changed our credit rating from the bottom
of the barrel to being on top again. Our new bank Franklin Credit Management
Corporation who has an honest reputation gave us a new mortgage for all most twice the
amount that we had with Country Wide Home Loans, so we could help our kids in school
and do some work on our home. The New York Supreme Court clerk told me that Patty
and I won against Country Wide Home Loans.

Page (1)

But please understand that we had to refinance as soon as possible, and get as far as we could away from Country Wide Home Loans with even more threats of another law suit . So were now paying 12.99 % on our new mortgage and the closing cost were off the charts and we cant refinance for at least one year or we pay a huge pre-penalty fee.

So my (one question) to every one is this, why in the (Hell) is the government and big business bailing out Country Wide Home Loans? And still keeping the same lying, crooked, abusive employees on the job? Why invest any money????? Isn't that poor judgment on your part????? Their the ones that are solely responsible for running the company it in to the ground, with all their huge bonus, huge salaries, and being irresponsible. They should be put in prison just like the Enron employees, and all of their personnel assets along with the company assets should be sold off at once and all the proceeds should be given back to all the customers that they shafted over the years.

But your not doing this, you're (rewarding them) by keeping them on the job, and out of Prison, I just don't get it. Some poor guy steals a few dollars from a bank, and he goes a way for 30 years, and these (crooks) steal millions and destroy families and their rewarded, go figure. So in the end it will be we the over worked, over tax, under paid Working Glass Americans that will be forced in to paying higher taxes and fees in bailing them out.

And to end this letter, I made Country Wide Home Loans a promise, (and De Masi's never go back on their promise). I'm going to sue them for $200,000.000.00 dollars. And we will win, and with most of the money I will use it to help other people that for one reason or another they fell on hard times. Enclosed is just the beginning of the CC: list and it will grow Dailey, as will the many cartoons of true events.

Thank you

Doug Sr.


CC: list

To President Bush
All the United States Senators of the 110 Congress.
All United States House Of Representatives.
All United States Governors.
All United States Attorneys Generals.
All United States Banking Commissioners.
All New York States Senators
All New York States House Of Representatives.
All California's State Senators.
All California's United States House of Representatives.
All Connecticut's State Senators.

All New Jersey's State Senators.
All New Hampshire State Senators.
All Virginia State Senators.
All Vermont State Senators.
All South Carolina State Senators.
All North Carolina State Senators.
All Maine State Senators.
All Pennsylvania State Senators.
All Massachusetts State Senators.
All Texas State Senators.
All Michigan State Senators.
All Ohio State Senators.
All Utah State Senators.
All Arizona State Senators.
All Nevada State Senators.
All Delaware State Senators.
All Washing State Senators.
All Iowa State Senators.
All Idaho State Senators.
All Georgia State Senators.
All Oklahoma State Senators.
Federal Trade Commission.
Office of the Comptroller of the Currency.
Federal Reserve Board.
Office of the Supervisor.
National Credit Union Administer.
Federal Deposit Insurance Corporation.
Supreme Court for the State of New York.
De Giacomo and De Tommasi, Tony.
Country Wide Home Loan, Mr. Mozelo- President and Ceo.
Country Wide Home Loans, Ms. Wasnack-VP.
Country Wide Home Loan, Mr. Bailey-Ceo.
Of loan Administration at Country Wide.
Echen, Frenkel, and Weissman, Ms. Manfredie
Mr. Borkowsky, New York State Committee.
NYSE Group Inc.
American Stock Exchange.
Trans Union, MR. Emery President and Ceo.
Trans union, Ms, Little.
Experion, Mr. Roberts Ceo.
Equifax, Mr. Chapman, Ceo.
Equifax, Ms. Craybill.
United States Post Master, Mr. Potter.
Franklin Credit Management, Mr. Thomas J. Axon President and Ceo.
Citi Corp-Citi Bank, Mr. Rhodes, President.
Key Bank, Mr. Meyer, Ceo.

Page (3)

Chase Manhattan Bank, Mr. Dimon, President , Ceo.
Bank of America , Mr. Lewis, Chairman, Ceo, President.
First Union Corporation, Mr. George, President
Wachovia Corporation, Mr. Thomas, Chairman and Ceo.
Well Fargo Company, Mr. Kovacevich, Chairmen.
M-T Bank, Mr. Czarneck, Ceo.
M-T Bank, Ms. Truex Manager.
The NASDA Stock Market, MS. Smith.President.
The NASDA Stock Market, Mr. Greyfield, Presisdent, Ceo.
Ing Direct Corporation Headquarters, Mr. Kuhman, President and Ceo.
AG Edwards and Sons Inc.
Mr. Kessler, President and Ceo.
Merrill Lynch and Company Inc, Mr. O'Neil, Chairmen, Ceo, President.
Merrill Lynch and Company Inc, C/O Corporate Secretary.
American Stock Transfer and trust Co,
Morgan Stanley, Mr. Mack, Chairman or the board and Ceo.
Scott Trade, Mr. Riny, Ceo.
American First Associate Corporation, Mr. Ricupeia, Ceo.
Empire Financial holding Co, Mr. Wojnouski, President , Ceo.
E-Trade Financial Corporation, Mr. Hayter, Chairman.
FMR Corporation, Mr. Johner III, Chairman and Ceo.
Black Rock Inc. Mr. fink, Chairman and Ceo.
Morgan Keepgan and Co. Inc, Mr. Morgan Jr. Chairman.
Legg Mason Inc, Mr. Mason.
The Edward Jones Financial Company L,L,L,P, Mr. Weddle Managing Partner.
Raymond James Financial Inc. Mr. James, Cahirman and Ceo.
The Charles Schwab Corporation, Mr. Schwab Chairman and Ceo.
State Street Corporation, Mr. logue, Chairman and Ceo.
The Vanguard group Inc. Mr. Brennan, Chairman and Ceo.
TD Ameritrade Holding Corporation, Mr. Richeth, Chairman and Founder.
Knight Capital Group Inc, Mr. Joyce, Chairman and Ceo.
Capital One Financial Corporation, Mr. Fairmank, Ceo.
Diamond Hill Investment group Inc, Mr. Dillin, CFA.
Empire Financial Holding Co, Mr. Woznouski, Ceo.
E-Speed Inc, Mr. Litneck, Ceo.
First Albany Company Inc. Mr. Mc, Nierng, President and Ceo.
First mntank financial Corporation, Mr. Kerylak, Ceo and President.
Friedman Billing Ramsey Group Inc. Mr. TankelJr. President and ceo.
GAMCO Invest Inc, Mr. Gabell, CFA.
GFI Group Inc, Mr. Gouch, founder and Ceo.
Green Hill and Co. Inc, Mr. Green Hill Sr. President and ceo.
Inrtergist Mutal Funds Inc, Mr. Anderson, Ceo and President.
Investment Technology Group Inc, Mr. Gasser, Ceo and President.
Jefferie Group Inc. Mr. Handle, President and Ceo.
JPC Capital Partner Inc, Mr. Canouse, Ceo. and President.
Kent Financial Services Inc. Mr. Koether, ceo and President.

La Brenche and Co. Inc. Mr. Labranch, Ceo and President.
Legg Mason Inc. Mr. Adams founder, Ceo and President.
National Holding Corporation. Mr. Goldwasser, Ceo and President.
Siebet Financial Corporation , Ms. Siebet Ceo. and President.
Stijel Financial Corporation, Mr. Kruzewski, Ceo and President.
Summit Financial Services Group Inc. Mr. Leeds Ceo and President.
SWS group Inc. Mr. Hultgren, Ceo.
Tejas Inc, Mr. Salter Ceo.
V- Finances Inc. Mr. Sokalow Co-Founder, Ceo. and President.
Waddell and Reed Financial Inc. Mr. Herrmann, Ceo. and President.
Wood Stock Financial Group Inc.
Dunn and Bradd Street Company, Corp-Headquarter- US Mr. Alesio Chairman Ceo.
Bear Stern Companies Inc. Mr. Cayne, Chairman and Ceo.
Cowen Group Inc. Mr. Fennebresgue, Exce- Chairman and Ceo.
FC Stone Group Inc.Mr. Anderson.
Interactive Brokers Group Inc. Mr. Peterffy, founder, Ceo and President.
JMP group Inc, Mr. Jalson Co- Founder and Ceo.
KBW Inc. Mr. Duffy .
Landenburg Thalmain Financial Services Inc.Mr. Lampen, Ceo and President.
Lehman Brothers holding Inc. Mr. Fuld Jr. Chairman and Ceo.
Obtainable Inc. Mr. O'Conner President and Treasure.
Option Xpress holding Inc. Mr. Fisher Ceo. and President.
Capital Group Inc. Mr. Rubin , President.
SEI Investment Co. Mr. West Jr. Chairman and Ceo.
TD Ameritrade Holding Corporation, Mr. Ricketts, founder and Ceo.
Terra Nova Financial Group Inc. Mr. Nolan Chief Exec- officer and President.
Thomas Weigel Partners Group Inc. Mr. Weigel Founder and Ceo.
Trade Station group Inc, Mr.Redni Chief Exec Office, President.
Nomura holding Inc, Mr. Ujiie , Chairman Sales Manager.
Oppenherner Holding Inc. Mr. Lowenthal Ceo.
Dryjus Company, Mr. Egger ceo and President.
Scott and String fellow Co. Mr. Scott, Chairman
Share Builders Corporation. Mr. Selly Chairman and Ceo
MVC Capital Inc. Mr. Tokarz, Chairman and Prort Folio Manager.
Harris and Harris group Inc. Mr. Harris, Chairman, Ceo and Managing Director.
Accell Parteners Co. Mr. Breyer, Managing Partner.
Draper, fisher Jurvestson Co. Mr. draper managing Director.
Advance Equities Financial Corp. Mr. Daubenspeck, Chairmen.
Madison Dearborn Partners, LLC Co. Mr. Canning Jr. Chairman and  Ceo.
Mesirow Financial Holding Inc. Mr. Tyree Chairman and Ceo.
Lincoln International LLC, Co. Mr. Peters Co-Chairman.
Brown, Gibbons, Lang and Company . Mr. Gibbons Chairman and Ceo.
UBS Financial Services Inc. Mr. Hoekstra Ceo.
Wachova Securites LLC. Mr. Ludemen President and Ceo.
William Blair and Co. LLC. Mr. Jannotha Jr. President and Ceo.
Robert E. Blair and Co. Mr. Purcell President and Ceo.

Piper Jaffray Co. Mr. Puff Chairman and Ceo.
Deutsche Bank alex. Brown Co. Mr. Burke managing Director.
The Goldman saches Group Inc. Mr. Blankfein President and Co-Coo.

SECOND MAILING LIST

November 15, 2007

All Florida State Senators.
All Indiana State Senators.
All Alaska State Senators.
All Alabama State Senators.
All Arkansas State Senators.
All Colorado State Senators.
All Kentucky State Senators.
All Hawaii State Senators.
All Illinois State Senators.

November 26, 2007          THIRD MAILING LIST

All Kansas State Senators
All Louisiana State Senators.
All Maryland State Senators.
All Minnesota States Senators.
All Mississippi State Senators.
All Missouri State Senators.
All Montana States Senators.
All Nebraska State Senators.
All New Mexico State Senators.
All North Dakota State Senator.
All Oregon state Senators.
All Rhode State Senators.
All South Dakota State Senators.
All Tennessee State Senators.
All West Virginia State Senators.
All Wisconsin State Senators.
All Wyoming State Senators.





















**HOME LOANS**

OFFICE OF THE PRESIDENT
400 COUNTRYWIDE WAY, MS SV-314
SIMI VALLEY, CA 93065

(800) 669-6093
(800) 658-9364 FAX

November 28, 2007

Douglas D. De Masi
Patricia De Masi
1214 Beekman Rd.
Hopewell Junction, NY 12533

Subject: Countrywide Loan Number 20838162
    Property Address: 1216 Beekman Road, Beekman, NY 12533

Dear Mr. De Masi:

This correspondence is pursuant to your letter dated November 5, 2007, mailed to Mr. Steve Bailey, Senior Managing Director and Chief Executive Officer of Loan Administration for Countrywide Home Loans, Inc. ("Countrywide"). Regrettably, my attempts to contact you to further discuss your concerns have been unsuccessful.

In your letter, you expressed dissatisfaction with the service received from Countrywide over the last three years, and claimed that Countrywide intentionally destroyed your credit rating and charged you for the delinquency of your loan despite timely payments being made.

Our records indicate that Countrywide has previously addressed your concerns regarding the validity of the delinquency and credit reporting of the above-referenced loan on several occasions. Enclosed, please find copies of our response letters dated November 20, 2006, and June 28, 2007, for your records. Please understand that our position remains unchanged.

I hope that I have clearly conveyed Countrywide's position in this matter. If you have any questions, you may contact me directly at (800) 601-2522, extension 5797.

Sincerely,

Kacie Miller
Executive Research Specialist
Office of the President

Enclosures



**HOME LOANS**
400 COUNTRYWIDE WAY, MS SV-314
SIMI VALLEY, CA 93065
1-(800)-669-6607

November 20, 2006

Douglas and Patricia De Masi
1214 Beekman Road
Hopewell Junction, New York 12533

RE:         Borrower Name:      Douglas D. De Masi and Patricia De Masi
            Loan Number:        20838162
            Property Address:   1216 Beekman Road, Beekman, New York 12533 ("Property")

Dear Mr. and Mrs. De Masi:

    This letter is in response to correspondence forwarded to Countrywide Home Loans, Inc. ("Countrywide") on your behalf by the State of New York, Banking Department.

    In your correspondence, you stated:

1.  You have not been late on any of your mortgage payments. You have provided copies of certified mail receipts which you believe prove payments were mailed on time; however, some checks took weeks to clear your bank.

    a.  You stated the following checks were not cashed or returned by Countrywide:
        i.   #2108 – $1205.51 – dated 1/20/04
        ii.  #2415 – $1205.51 – dated 4/03/05
        iii. #2551 – $1205.51 – dated 9/16/05
        iv.  #2643 – $1205.51 – dated 1/12/06
        v.   #2749 – $1205.51 – dated 6/29/06
    b.  You stated the following checks were not cashed, but were returned by Countrywide:
        i.   #2764 – $1205.51 – dated 8/06/06
        ii.  #2773 – $4822.08 – dated 8/25/06

2.  You are not happy with the way you were served the foreclosure papers for your home and dispute same. You would like a sixty day extension for the date in which you are to answer the papers, but have not been able to get approval for the extension. You stated you have been told by Countrywide that you pre-qualified for payment modifications, but the modification would not be completed for three to four weeks.

*Douglas D. and Patricia De Masi*
*November 20, 2006*
*Page 2*

---

Countrywide's records indicate the following:

From our research, Countrywide cannot find any evidence that your mortgage payments were misapplied on your loan. Enclosed for your records is a spreadsheet which details the payments applied on your loan as well as the check number that corresponds with the payment made.

Our records also reflect the following:

    a.  You stated the following checks were not cashed or returned by Countrywide:
        i.  #2108 - $1205.51 – dated 1/20/04
            1.  Check was applied to the loan on March 3, 2004.
            2.  "Stop Payment" on check, payment reversed March 11, 2004
        ii.  #2415 - $1205.51 – dated 4/03/05
            1.  Countrywide applied Check no. 2405, dated 04/10/05, on April 15, 2005
            2.  Check no.2405 was received by certified mail, tracking #7004 1160 0001 7289 6299.
            3.  Countrywide has no record of Check no.2415 was mailed or received.
        iii.  #2551 - $1205.51 – dated 9/16/05
            1.  Countrywide has no record check no. 2551 was mailed or received.
        iv.  #2643 - $1205.51 – dated 1/12/06
            1.  Countrywide has no record check no. 2643 was mailed or received.
        v.  #2749 - $1205.51 – dated 6/29/06
            1.  Countrywide has no record check no. 2749 was mailed or received.
    b.  Checks that were not cashed, but returned by Countrywide:
        i.  #2764 - $1205.51 – dated 8/06/06
            1.  Funds not enough to cure default on loan, Countrywide returned funds.
        ii.  #2773 - $4822.08 – dated 8/25/06
            1.  Funds not enough to cure default on loan, Countrywide returned funds.

On March 7, 2002, you signed an Adjustable Rate Note and Mortgage secured by a 1st lien on the Property for a loan in the amount of $131,250.00. The Note stated that your first payment was to be made on May 1, 2002, interest rate would initially be 10.550% until the change date of April 1, 2004, and your payment of principal and interest at the 10.550% rate would be $1,205.51. The date in which Countrywide was transferred your loan for servicing was effective with the first payment date of September 1, 2002.

Countrywide's records further indicate that the mortgage loan has been in default at various times throughout the account history. Notices ("Breach Letters") were mailed to the Property on March 12, 2004, November 10, 2004, January 3, 2005, February 9, 2005, June 2, 2005, August 2, 2005, September 2, 2005, December 15, 2005, December 20, 2005, January 3, 2006, January 20, 2006, February 23, 2006, April 7, 2006, May 11, 2006, May 19, 2006, and June 8, 2006. The Breach Letters provided the amount necessary to reinstate your loan as well as your rights to cure the default. The letters further stated that you had thirty-five (35) days from the date of the notice to cure the default owed on your Loan or Countrywide would exercise its rights to accelerate the mortgage debt and start legal action to foreclose on the Property. Because the default was not timely cured, a foreclosure was eventually initiated on the Property on October 9, 2006. Copies of the Breach Letters are enclosed for your records.

*Douglas D. and Patricia De Masi*
*November 20, 2006*
*Page 3*

---

Additionally, outlined in the Breach Letters were Countrywide's rights pursuant to the loan documents, including but not limited to Countrywide's right to return or accept any payment or partial payment if it is for an amount that is less than the amount that is then due. More specifically, under the "Covenants" on page four (4) of the Mortgage, it states, *"Lender is not obligated to apply such lesser payments when it accepts such payments. If interest on principal accrues as if all Periodic Payments had been paid when due, then Lender need not pay interest on unapplied funds. Lender may hold such unapplied funds until I make payments to bring the Loan current."* Our records reflect that the servicing on your loan has been and will continue to be in accordance with the valid, binding loan documents that you signed. Enclosed you will find a copy of your *Note* and *Mortgage* for your review.

With respect to your concerns on how the foreclosure notices were served on you, our local foreclosure counsel inform us that you were served with the papers in accordance with New York State Law.

On September 20, 2006, the foreclosure action on your Property was placed on hold due to Countrywide's receipt of your dispute on the delinquency of your loan. We have thoroughly researched your concerns and based on our findings our position remains unchanged that the mortgage loan is in default. Further, the default on your loan not only includes the unpaid mortgage payments, but also funds which Countrywide has advanced for the payment of the 2005 and 2006 delinquent taxes on the Property. Because Countrywide cannot find any wrongdoing in the accounting on the mortgage loan, the foreclosure action will resume. Enclosed for your records is a spreadsheet which details the payment application on your loan.

As you are aware, the various options that may be available to you through Countrywide to prevent a foreclosure sale of your Property are: Repayment Plan, Loan Modification, Sale of your Property, Deed-in-Lieu. If you are unable to reinstate the loan and would like to discuss these options, please contact the Loan Counseling Center at 1-(800)-669-0102 as soon as possible.

I hope I have satisfactorily addressed your concerns. If you have any questions about the information contained in this letter, please contact me directly at 972-526-3610. If you have other questions related to your loan, please contact Customer Service at 800-669-5176.

Sincerely,

Andrea L. Whitney
Paralegal

Enclosures
cc:    Elden Weigel
       State of New York, Banking Department

*12-12-07.*
*2nd # 1-212-705-7582*
*pdt - mr Kent Brooks*
*pd*
*mr Steve Kinchson ham*

Patty and Doug De Masi Sr.
1214 Beekman road
Hopewell Jct. NY 12533
845 227 5387, Fax 227 7312

December 11, 2007

Country Wide Home Loans
Office of the President
400 Country Wide Way, MS SV 314
Simi Valley, CA 93065

Response to your
letter dated 11 28 2007
loan # 20838162

Phone # 1 800 669 6093
Fax    # 1 800 658 9364

VIA FAX # 1 800 658 9364

Dear Ms. Miller.

I called your office on 12 10 2007 at about 7 PM my time and left a message for you to please call me back.

I'm amazed how your company will lie when the truth will do. We proved your wrong, and yet you're the only one still saying were late, and now nobody is listing at all. Why continue to lie????????? Just tell the truth, you were wrong and we are right.

We proved to all three credit reporting agencies, our bank, and every one else 100 % that we have always paid or mortgage payments on time and all the time.

How do you people look at your selves in the mirror??????????? How do look at your kids every day knowing you deliberately put us through hell for about three years????? cost us hundreds of thousands of dollars, destroyed our credit rating for about three years.

(You hurt my kids, my wife) and I and now I'm going to hurt you the same way you hurt us, and destroy Country Wide Home Loans at the same time.

I'll enjoy watching your stock and credit go south, and then I'll watch the Bank of America stock go even further south because I warned them over a year a go your no different then Enron.

If you have any question, please fell free to call me, or leave a message on what time I should call you back.

Thank you

Doug

Doug