**08 CV 00546**

**JUDGE ROBINSON**

Steven S. Rand
Tracee E. Davis
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, New York 10022
(212) 223-0400

Attorneys for Defendants
 Countrywide Home Loans, Inc., Angelo R. Mozilo,
 and Jill Wosnak

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DOUGLAS D. DE MASI SR.,

        Plaintiff,

 - against -

COUNTRYWIDE HOME LOANS, INC.,
ANGELO R. MOZILO, AND JILL WOSNAK,

        Defendants.

---

Case No.:

**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

*[RECEIVED JAN 22 2008 U.S.D.C. S.D.N.Y. CASHIERS stamp]*

TO: Clerk, United States District Court
   for the Southern District of New York.

   The undersigned attorneys of record for defendant Countrywide Home Loans, Inc., upon information and belief, certify that the named defendant is a wholly-owned subsidiary of Countrywide Financial Corporation ("CFC") whose shares are

publicly traded. Upon information and belief, there is no publicly held corporation that owns 10% or more of CFC's stock.

Dated:   New York, New York
         January 22, 2008

                                        ZEICHNER ELLMAN & KRAUSE LLP

                                        By: _____
                                            Steven S. Rand
                                            Tracee E. Davis
                                            Attorneys for Defendants
                                              Countrywide Home Loans, Inc.,
                                              Angelo R. Mozilo, and Jill Wosnak
                                            575 Lexington Avenue
                                            New York, New York 10022
                                            (212) 223-0400

517215.v1/2978-083/TD