UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Douglas D. De Masi, Sr.

                Plaintiff(s)

                    v.

Countrywide Home Loans, Inc., et al.

                Defendants(s)
------------------------------------------------------------X

**ORDER OF REFERENCE TO A MAGISTRATE JUDGE**

08 CV 546 (SCR)(GAY)

DUPLICATE ORIGINAL

U.S. DISTRICT COURT FILED FEB 20 2008 S.D. OF N.Y. W.P.

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

- [X] General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

- [ ] Specific Non-Dispositive Motion/Dispute:* _____

- If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

- [ ] Settlement*

- [ ] Inquest After Default/Damages Hearing

- [ ] For jury selection

- [ ] Habeas Corpus

- [ ] Social Security

- [ ] Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
  Purpose: _____
  _____

- [ ] Dispositive Motion (i.e., motion requiring a Report and Recommendation)

  Particular Motion: _____

  All such motions: _____

Do not check if already referred for general pretrial.

DATED: White Plains, New York
2/30/08

SO ORDERED.

*Stephen C. Robinson*

United States District Judge
Stephen C. Robinson