## ZEICHNER ELLMAN & KRAUSE LLP

575 LEXINGTON AVENUE
NEW YORK, NEW YORK 10022
(212) 223-0400
FAX: (212) 753-0396
www.zeklaw.com

35 MASON STREET
GREENWICH, CT 06830
(203) 622-0900
FAX: (203) 862-9889

DIRECT DIAL
(212) 826-5358
tdavis@zeklaw.com

103 EISENHOWER PARKWAY
ROSELAND, NJ 07068
(973) 618-9100
FAX: (973) 364-9960

## MEMO ENDORSED

March 11, 2008

**BY OVERNIGHT MAIL**

The Honorable Stephen C. Robinson
United States District Court Judge
Southern District of New York
300 Quarropas Street, Room 633
White Plains, New York 10601



Douglas D. De Masi, Sr. v.
Countrywide Home Loans, Inc., et al. – 08 CIV 00546 (SCR)

Dear Judge Robinson:

We represent Countrywide Home Loans, Inc. ("CHL"), and write with the consent of Pro Se Plaintiff, Mr. Douglas D. De Masi, Sr., regarding the briefing of Mr. De Masi's motion to remand this action back to New York State Court.

In accordance with Section II.2 of Your Honor's Individual Practice Rules, the parties submit for court approval the following proposed briefing schedule:

- **CHL's Answering Papers** – Served on Mr. De Masi and submitted to the Court by April 25, 2008; and

- **Mr. De Masi's Reply Papers** – Served on CHL and submitted to the Court by June 27, 2008.

We recognize that in proposing these dates a considerable amount of time is being sought to brief this motion. We explained to Mr. De Masi that CHL needed only a couple of weeks to prepare and serve its answering papers, which we would have otherwise proposed serving in early April. However, Mr. De Masi, who is traveling from April 12 through April 20, asked that CHL not serve him until after he returns because he said that the need to reply would weigh too heavy on his mind while on vacation. As an accommodation, we agreed to April 25.

**APPLICATION GRANTED**

*Stephen C Robinson*

HON. STEPHEN C. ROBINSION  3/14/08

ZEICHNER ELLMAN & KRAUSE LLP

The Honorable Stephen C. Robinson
United States District Court Judge
March 11, 2008
Page 2

        Mr. De Masi then stated that he would need time to prepare his reply papers. He requested at least until May 30, 2008, but indicated that he would prefer to have until June 27, 2008 to reply. We explained that two months was a considerably lengthy period, but would submit his request for the June 27 date in our letter to the Court.

        Thus, the parties agreed with the April 25 and May 30 dates, but CHL takes no position regarding Mr. De Masi's request for an additional 30 days or until June 27 to serve and submit his reply papers.

        Respectfully submitted,

        Tracee E. Davis

TD/pa

cc:    Douglas D. De Masi, Sr. (by overnight mail)